# EXHIBIT A

Gmail **Simon Stephenson** [redacted]

# Frisco

**Tom McNulty** [redacted] Thu, Oct 24, 2013 at 10:00 AM
To: Geoff Morley [redacted]
Cc: Katie Langridge [redacted] Simon Stephenson < [redacted] Julien Thuan
[redacted]

All sounds good.

I spoke with Craig Gering regrding David Gordon Green last night who unfortunately is passing. He read the script when CAA was chasing script and it was a pass for him. The same for Alexander Payne. I pressed Craig for info and they both loved the writing but Alexander felt this was familiar territory and David wants something less I guess you'd say emotional.

I have a call into Beth Swofford re Linklater and will report back Bonnie he's currently shooting in Austin - but he's always shooting something so no big deal there.

Cholodenko isn't avail to start something until the new year - but her rep (Bazdeikis) is reading this week.

I have a call into Mark Duplass. They have never done anything that they haven't written and I know he and Jay well. They pretty much want to do their own thing and shy away from commerciality - but lemme see what he thinks.

I believe Jake read and passed as well - but I'm checking on that.

Was told Penn is only focused on CRAZY FOR THE STORM but I'm trading with his rep as well.

Will get into Sarah and Shelton today.

That's the update for now!

Talk soon.

Tom
[Quoted text hidden]