# EXHIBIT B

Gmail **Simon Stephenson** [redacted]

## Thinking of you

**Bryan Besser** <bbesser@[redacted] Wed, Aug 28, 2013 at 3:57 PM
To: "simonstephenson[redacted] <simonstephenson[redacted] Tanya Cohen[redacted]>
Cc: Aaron Hart [redacted] "Katie Langridge[redacted]

Simon!

Quick update:

We gave FRISCO to Alexander Payne's producing partner Jim Burke whom we took to lunch yesterday. Our opinion is that in an ideal world this is the best way into Searchlight.

We gave FRISCO to our friends at Pixar and… they loved it. As you know we are BIG believers in their model – our client Michael Arndt went from Little Miss Sunshine to Star Wars after spending 4 years there!

We also gave FRISCO to our friends at LAIKA whom want to meet you – they are based in Portland! Did you see PARANORMAN? We were big fans.

And just to point out the obvious we are sharing your work with the best & the brightest regardless of whom we represent. At the other majors you will be servicing their clients! Less about SIMON…

[Quoted text hidden]