# EXHIBIT C

Gmail **Simon Stephenson** [redacted]

[redacted]

**Geoff Morley** [redacted] Mon, Jan 6, 2014 at 6:20 PM
To: [redacted] simonstephenson[redacted]

I'll speak to Tom probably tomorrow and ask him the latest on reads and see if anything developed over the holidays. I'll steer it towards some of these names below and tell you what the latest is. 2 things I can speak to is that I spoke to Alexander Payne's exec Jim Burke directly a while back and he said that Payne did like it but was not interested in prod or directing it. Scorsese I think has been so buried in finishing Wolf of Wall Street and now promoting it that he likely had no time to read before now.

[Quoted text hidden]

**NOTE: This message contains information which may be confidential and/or privileged. It is intended solely for the addressee. If you are not the intended recipient, you may not use, copy, distribute, or disclose any information contained in the message. If you have received this transmission in error, please notify the sender by reply e-mail and delete this message. Please note, all rights of concurrent review and comment are hereby reserved. Thank you.**