# EXHIBIT D

Gmail Simon Stephenson <simonstephenson[redacted]

# FYI. Giamatti likes frisco

**Julien Thuan**[redacted] Thu, Nov 3, 2016 at 4:03 PM
To: Simon Stephenson [redacted]
Cc: Katie Langridge [redacted]

He finishes shooting in December. They have a couple of offers, but nothing concrete for that period yet.

---

**From:** Simon Stephenson [mailto:[redacted]
**Sent:** Thursday, November 03, 2016 9:07 AM
**To:** Julien Thuan [redacted]
**Cc:** Katie Langridge [redacted]
**Subject:** Re: FYI. Giamatti likes frisco

Great! Can you educate me on when the hiatus slot is? (Am assuming summer from a tv show?)

On Nov 3, 2016, at 4:02 PM, Julien Thuan [redacted] wrote:

> He has a couple of things competing for the hiatus slot, but he likes this a lot as do his reps.
>
> **From:** Simon Stephenson [redacted]
> **Sent:** Thursday, November 03, 2016 8:06 AM
> **To:** Julien Thuan [redacted]
> **Cc:** Katie Langridge [redacted]
> **Subject:** Re: FYI. Giamatti likes frisco
>
> Great! Do we know how interested/if he likes Roger Michell/when he is available?
>
> On Thu, Nov 3, 2016 at 1:18 AM, Julien Thuan [redacted] wrote:
>
> > NOTE: This message contains information which may be confidential and/or privileged. It is intended solely for the addressee. If you are not the intended recipient, you may not use, copy, distribute, or disclose any information contained in the message. If you have received this transmission in error, please notify the sender by reply e-mail and delete this message. Please note, all rights of concurrent review and comment are hereby reserved. Thank you.
> >
> > United Talent Agency
> > 9336 Civic Center Dr. Beverly Hills, CA 90210 (TA-56599-1)
> > 888 7th Ave 9th Floor New York, NY 10106 (DCA-2011819)
> > Bienstock, LLC, a Delaware limited liability company, dba Bienstock, A United Talent Agency

> Company
> 250 West 57th Street, Suite 333 New York, NY 10107 (DCA#2019439-DCA)