# EXHIBIT E

Gmail Simon Stephenson [redacted]

# FRISCO

**John Woodward** [redacted] Fri, Dec 6, 2019 at 2:05 AM
To: simonstephenson[redacted]
Cc: TANYA SEGHATCHIAN [redacted]

Hi Simon,

Sorry to say that Alexander has now read but says it is not quite what he is looking for.

Might be worth following up with BO. Netflix's interest was predicated on Alexander but Odenkirk might be of interest to them too - do you want us to sound them out ? Or there is still Krasinski possibly. Keen to know your thoughts....

All best,

John and Tanya

John Woodward
John[redacted]

Brightstar
First Floor, 30 Tavistock Street
London WC2E 7PB

[redacted]

> On 6 Dec 2019, at 01:18, Simon Stephenson <[redacted] wrote:
>
> [Quoted text hidden]