# EXHIBIT F

# Table 1. Vestigial Element – Medical Conference

**Element**

1 Present for a conference

2 A single room requested

3 Why the hotel is full

4 A plea of need

5 A named suite

6 Amy/Angus confirms with "take"

***Frisco*, pp. 50–51**

50.

WILLIS
1 Dr Willis, I'm here for the conference.

The receptionist starts typing.

WILLIS (CONT'D)
I'm presenting the keynote paper on hazelnuts.

RECEPTIONIST
Then you'll be booked into one of our penthouses.

51.

WILLIS
I'm not, I mean, formally a keynote - I'm kind of the keynote speaker within the hazelnut subsection. So I have a single room at the conference rate. They said it was eighty two dollars. With tax. And
2 I'm also going to need another single room for my daughter.

RECEPTIONIST
3 I'm sorry. The hotel is completely booked for the conference.

WILLIS
My daughter needs her own room.
4 She's not actually very well, and-

RECEPTIONIST
I'm afraid that is not going to be possible. Unless-

The receptionist types something in.

RECEPTIONIST (CONT'D)
Oh, you're in luck.

WILLIS
Great.

RECEPTIONIST
5 We have an Imperial Suite with two bedrooms available.

WILLIS
An Imperial Suite? How much is that?

RECEPTIONIST
It is nine hundred and twelve dollars a night. Before tax.

WILLIS
Yeah, the thing is. I mean, it's not the price, it's just-

AMY
6 We'll take it.

***The Holdovers* – May Draft, p. 40**

40.

**INT. HALLWAY - DAY**

Angus talks on a PAY PHONE.

ANGUS
2 Well if you don't have a single
6 5 3 room, I'll take a junior suite. I understand it's the holidays, but
4 it's kind of an emergency. I'm
1 coming into the city for a medical conference.

Paul comes around the corner.

# Table 2. Removal – Medical Conference

| | | | | | |
|---|---|---|---|---|---|
| 1 Present for a conference | 2 A single room requested | 3 Why the hotel is full | 4 A plea of need | 5 A named suite | 6 Amy/Angus confirms with "take" |

***The Holdovers* – May Draft, p. 40**

40.

INT. HALLWAY - DAY

Angus talks on a PAY PHONE.

ANGUS

[2] [6] [5] [3] [4] [1]
Well if you don't have a single room, I'll take a junior suite. I understand it's the holidays, but it's kind of an emergency. I'm coming into the city for a medical conference.

Paul comes around the corner.

***The Holdovers* – September Draft, p. 39**

39.

INT. HALLWAY - DAY

Angus talks on a PAY PHONE.

ANGUS

[2] [6] [5] [3] [4]
Well, if you don't have a single room, I'll take a junior suite. I understand it's the holidays, but it's kind of an emergency.

Paul comes around the corner.

*(element 1 absent)*

***The Holdovers* – Awards Draft, p. 39**

39

INT. HALLWAY - DAY

Angus talks on a PAY PHONE.

ANGUS

[2] [6] [5] [3] [4]
Well, if you don't have a single room, I'll take a junior suite or the equivalent. I fully understand it's the holidays, but it's kind of an emergency.

Paul comes around the corner.

*(element 1 absent)*

**What changes:** Conference line: May only. Booking: all three drafts.

Highlighting and numbering added by counsel and key the elements listed; unhighlighted text is context; pages reproduced without alteration.

# Table 3. Removal – Redundant Scene Heading

1 Willis/Paul's ineffectual punishment

2 The second scene heading

3 The threat escalates

***Frisco*, p. 60**

```
                                                              60.
                         WILLIS
               1 I'd probably let you walk all over
                 me like my actual daughters do.

      2 66       INT. CAB - NIGHT                          66

                 Amy and Willis get into a cab.

                         WILLIS
                 Union Hotel please.

                         AMY
                 What? I thought we were going for
                 dinner.

                         WILLIS
               3 We'll eat at the hotel.
```

***The Holdovers* – May Draft, p. 41**

```
                                                              41.
                         PAUL
               1 Son of a bitch.  That's another
                 detention!

      2 INT. HALLWAY - CONTINUOUS

        Angus marches down the hallway, knocking over trash cans,
        tearing down fliers, general mayhem.  Paul pursues.

                         PAUL
               3 I don't know what you're playing
                 at, Mr. Tully, but you are courting
                 disaster.  It doesn't have to be
                 this way.
```

***The Holdovers* – September Draft, p. 40**

```
                                                              40.
                         PAUL
               1 Son of a bitch.  That's another
                 detention!

      2 INT. HALLWAY - CONTINUOUS

        Angus marches down the hallway, knocking over trash cans,
        tearing down fliers, general mayhem.

                         PAUL
               3 I don't know what you're playing
                 at, Mr. Tully, but you are courting
                 disaster.  It doesn't have to be
                 this way.
```

***The Holdovers* – Awards Draft, p. 40**

```
                                                              40
                         PAUL
               1 Son of a bitch.  That's another
                 detention!

        Angus sets off down the hallway, knocking over trash cans,
        tearing down fliers, general mayhem.  Paul chases him.

                         PAUL (CONT'D)
               3 I don't know what you're playing
                 at, Mr. Tully, but you are courting
                 disaster.
```

*(element 2 absent)*

**What changes:** "INT. HALLWAY – CONTINUOUS": May, Sept.; absent in Awards.

Highlighting and numbering added by counsel and key the elements listed; unhighlighted text is context; pages reproduced without alteration.

# Table 4. Removal – Longboarding/Skating Lesson and 'Lean'

1 The activity is called fun | 2 Willis/Paul denies it | 3 He is physically pushed into it | 4 He is told to lean | 5 He throws the instruction back | 6 He laughs at the end

## *Frisco*, pp. 87–88

87.

Valerie takes the longboard from Danny and sits down on the back of it.

VALERIE
We're only here tonight, Jeff.
1 It'll be fun.

2 Willis shakes his head and grudgingly sits down at the front of the longboard.

WILLIS
Why do I have to go at the front?

VALERIE
In case we crash into anything.

WILLIS
Okay, look, if we just don't go too fast, then-

3 Valerie uses her legs to push them off very firmly.

WILLIS (CONT'D)
What did you do that for?

VALERIE
I was getting us going!

They start picking up speed and both start to scream, Valerie with joy, Willis with something a little closer to terror.

VALERIE
Yeaahhhhhh!

WILLIS
Aaarrgghhh!

They hurtle down the pavements, people jumping out of the way.

The wind is in their hair as they go, faster all the time.

Amy and Danny are behind them.

VALERIE (CONT'D)
Go left!

WILLIS
I can't! There's no steering wheel!

VALERIE
4 Lean then!

WILLIS
5 I'm already leaning! You lean!

88.

They crash into a lamppost. It looks bad.

Valerie gets up, a little dazed.

Willis remains lying on his back.

AMY
Jeff!

Willis has not moved since the crash.

AMY (CONT'D)
Jeff? Oh my god, Jeff? Are you okay?

6 As Amy arrives she finds Willis still lying on his back but laughing and staring up at the stars.

## *The Holdovers* – May Draft, pp. 88–89

88.

**EXT. SKATING RINK - FANEUIL HALL - DAY**

A HUGE CHRISTMAS TREE looms over the rink. Paul clings to the rail. Angus skates around him.

89.

ANGUS
1 Isn't this fun?

PAUL
2 Not particularly.

ANGUS
Are you allergic to exercise?

PAUL
I'm allergic to breaking my ass bone.

ANGUS
Here, take my arm.

PAUL
I'd rather not.

ANGUS
Come on. I'll teach you.

PAUL
Does it have to involve touching me?

3 Angus grabs his arm and pries Paul off the wall.

ANGUS
4 Lean forward. Like you're falling.

PAUL
5 I am fucking falling!

ANGUS
No, you're not. I've got you. That's it. Now you're getting it.

6 Paul glides forward a few inches. Paul LAUGHS, enjoying it.

## *The Holdovers* – September Draft, pp. 83–84

83.

Paul looks at him, then down, straining not to feel hurt.

**EXT. SKATING RINK - FANEUIL HALL - EVENING**

A HUGE CHRISTMAS TREE looms over the rink. Paul clings to the rail. Angus skates around him.

ANGUS
1 Isn't this fun?

PAUL
2 Not particularly.

ANGUS
What, are you allergic to exercise?

PAUL
I'm allergic to breaking my ass bone.

ANGUS
Come on. I'll teach you. Take my arm.

PAUL
I'd rather not.

3 Angus grabs Paul's arm and pries him off the wall.

ANGUS
4 Lean forward. Like you're falling.

PAUL
5 I am fucking falling!

84.

ANGUS
No, you're not. I've got you. That's it. Now you're getting it.

6 Paul glides forward a few inches. Paul LAUGHS, starting to enjoy it.

## *The Holdovers* – Awards Draft, pp. 78–79

78

**EXT. PARK - SKATING RINK - NIGHT**

Festooned for the holidays, the public rink is alive with SKATERS.

79

From the sidelines, Paul watches Angus skate laps, quietly marveling at the lad's vitality.

*(elements 1, 2, 3, 4, 5 and 6 absent)*

**What changes:** Six-step exchange: May, Sept.; absent in Awards.

Highlighting and numbering added by counsel and key the elements listed; unhighlighted text is context; pages reproduced without alteration.

## Table 5. Removal – ‘Tell Him/Her’ and ‘Now’ in First Summons

***The Holdovers*** **– May Draft, p. 2**

```
                                                     2.
                    VOICE (O.S.)
          1 Dr. Woodruff asked to see you.

INT. FACULTY RESIDENCE - HALLWAY - DAY

Paul opens the door to find MISS CRANE, a secretary in her
early forties -- bright eyes, too much makeup -- holding a
plate with a napkin over it.

                    PAUL
          What does he want?

                    MISS CRANE
          It's about Christmas break.

                    PAUL
          2 Tell him I'll see him after
          breakfast.

                    MISS CRANE
          3 He says now.

                    PAUL
          4 I'll be there presently.
```

***The Holdovers*** **– September Draft, p. 2**

```
                                                     2.
                    WOMAN'S VOICE (O.S.)
          1 Dr. Woodruff asked to see you.

INT. FACULTY RESIDENCE - HALLWAY - DAY

Paul opens the door to find MISS CRANE, a bright-eyed
secretary in her forties, holding a plate with a napkin over
it.

                    PAUL
          What does he want?

                    MISS CRANE
          It's about Christmas break.

                    PAUL
          2 Tell him I'll see him after
          breakfast.

                    MISS CRANE
          3 He says now.

                    PAUL
          4 I'll be there presently.
```

***The Holdovers*** **– Awards Draft, p. 2**

```
                                                     2
                    WOMAN'S VOICE (O.S.)
          1 Dr. Woodrup asked to see you.

INT. FACULTY RESIDENCE - HALLWAY - DAY

Paul opens the door to find MISS CRANE, a bright-eyed, middle-
aged secretary, holding a plate with a napkin over it.

                    PAUL
          What does he want?

                    MISS CRANE
          I think it's about Christmas break.

                    PAUL
          4 I'll see him presently.
```

*(elements 2 and 3 absent)*

***Frisco*****, pp. 9–10**

```
                                                     9.
          Before they even get to the next patient, a NURSE approaches
          them.

                    NURSE
          1 Margaret Brown is on the phone for
          you.
                                                     10.
                    WILLIS
          2 Tell her I'm doing rounds.

          The nurse goes back to the desk where the phone is.

                    WILLIS (CONT'D)
          These administrators. They get an
          MBA and then they think they can
          just interrupt rounds. Rounds are
          sacred, they are holy, they are our
          communion. They are-

          The nurse returns.

                    NURSE
          She wants you to go to her office.

                    WILLIS
          Did you tell her I'm doing rounds?

                    NURSE
          3 She said to tell you to come now.

          4 Willis sighs and wearily trudges off.
```

1 The messenger

2 His deferral

3 “Now”

4 He agrees to go

**What changes:** “Tell him/her” deferral and “He says now”: May, Sept.; absent in Awards.

Highlighting and numbering added by counsel and key the elements listed; unhighlighted text is context; pages reproduced without alteration.

# Table 6. Removal – The Boss's Warning About Parental Complaints

***The Holdovers* – May Draft, p. 9**

```
                                                        9.
---------------------------------------------------------
                    DR. WOODRUFF
              (back to business)
          Here's the manual and a full set of
          keys.  Your only task is to ensure
          the boys' absolute safety and good
     [1]  condition.  I don't need any more
          static from the parents,
          understand?
```

***The Holdovers* – September Draft, pp. 8–9**

```
                                                        8.
---------------------------------------------------------
                    DR. WOODRUFF
          Here's the manual and a full set of
          keys.  Everything you need to know
          is in there.  Your only task is to
          ensure the boys' absolute safety
          and good condition.
                       (MORE)
---------------------------------------------------------
                                                        9.
---------------------------------------------------------
                    DR. WOODRUFF (CONT'D)
          And at least pretend to be a human
          being.  Please.  It's Christmas.
```

*(element 1 absent)*

***The Holdovers* – Awards Draft, p. 9**

```
                                                        9
---------------------------------------------------------
                    DR. WOODRUP
          Here's the manual and a full set of
          keys.  Everything you need to know
          is in there.  Your only task is to
          ensure the boys' absolute safety
          and good condition.  And at least
          pretend to be a human being.
          Please.  It's Christmas.
```

*(element 1 absent)*

***Frisco*, p. 13**

```
                                                        13.
---------------------------------------------------------
                    MARGARET
          This isn't about hazelnuts, Jeff.
          It's about complaints, and the fact
          that you are having way too many.

                    WILLIS
          What are you saying?

                    MARGARET
     [1]  I'm saying if we have any more
          complaints between now and the end
          of the month, Portland Children's
          will not be renewing your contract.
```

[1] The warning about complaints

**What changes:** Warning: May only.

Highlighting and numbering added by counsel and key the elements listed; unhighlighted text is context; pages reproduced without alteration.

## Table 7. Removal – ‘When Did You Last’ Dialogue Reassigned

### *The Holdovers* – May Draft, pp. 38–39

38.

MARY
There’s the rest of you, too.

ANGUS
[1] When’s the last time you actually left campus?

PAUL
Oh, I go into town all the time for groceries--
(glancing into the mug)
[2] --and things. And I was in New York last summer for a fabulous
[3] exhibit of Goya etchings.
(MORE)

39.

PAUL (CONT'D)
But yeah, I don’t leave campus often. Don’t really feel the need.

### *The Holdovers* – September Draft, p. 37

37.

PAUL
Only when required.

MARY
[1] When’s the last time you even left campus?

PAUL
I go into town all the time. For groceries and... various errands
[2] and appointments. In October I
[3] went to New York for a fabulous exhibit of Goya etchings. Spent the whole weekend. But yeah, I don’t leave campus often. Don’t really feel the need.

### *The Holdovers* – Awards Draft, p. 36

36

PAUL
Only when required.

MARY
[1] When’s the last time you even left campus?

PAUL
I go into town all the time. For groceries and various errands and appointments.
(of her look)
OK, yes. I don’t leave campus often. Don’t really feel the need.

*(elements 2 and 3 absent)*

### *Frisco*, pp. 61–62

61.

AMY
My question is this, Jeff: what’s wrong with you?

AMY
Seriously, Jeff. When did you last have fun?

WILLIS
What?

AMY
[1] When did you last have fun?

WILLIS
Honestly?

AMY
Yes, Jeff. Honestly.

Willis thinks about this for a long time.

WILLIS
[2] 1998.

62.

AMY
What happened in 1998?

WILLIS
[3] I went camping with some buddies. Two of them were buddies. The third guy, he was kind of a friend of a friend.

[1] The question

[2] The time given

[3] An underwhelming description

**What changes:** Time and description: May, Sept.; absent in Awards (speaker changes in Sept.).

Highlighting and numbering added by counsel and key the elements listed; unhighlighted text is context; pages reproduced without alteration.

# Table 8. Removal – Bellman/Bellboy and Teen Chooses Bed

***The Holdovers* – May Draft, p. 84**

84.

INT. HOTEL ROOM - LATER

1 Paul tips the BELLMAN, then throws his bag on a bed.

ANGUS
2 I call the bed by the door.

PAUL
3 Why?

ANGUS
In case of fire, I'd like a clean route of escape.

PAUL
It's not so you can sneak out after I'm asleep?

***The Holdovers* – September Draft, p. 79**

79.

INT. HOTEL ROOM - LATER

1 Paul tips the BELLMAN and is about to drop his bag on a bed.

ANGUS
2 Uh-huh. I call that one.

PAUL
3 Why?

ANGUS
Closer to the door. In case of fire. Closer to the bathroom, too.

PAUL
It's not so you can sneak out after I'm asleep?

***The Holdovers* – Awards Draft**

*(scene cut)*

***Frisco*, p. 52**

52.

57 INT. HOTEL SUITE - LIVING ROOM - DAY 57

1 A BELLBOY shows Willis and Amy in to the suite and then departs.

There are large windows with extensive views of the city beneath.

AMY
2 Which bedroom do you want?

WILLIS
3 Nine hundred dollars a night. I think they are both going to be okay.

1 A bellboy shows them in

2 The choice of bed or bedroom

3 Willis/Paul implies no difference

**What changes:** Scene: May, Sept.; absent in Awards.

Highlighting and numbering added by counsel and key the elements listed; unhighlighted text is context; pages reproduced without alteration.

# Table 9. Removal – Lead Characters' Ages Changed or Removed

### *The Holdovers* – May Draft, pp. 3 and 1

3.

1 INT. STUDENT DORMITORY - DORM ROOM - SAME TIME

ANGUS TULLY, 15, intense, dressed and in a hurry, carefully packs the suitcase atop his bed. 2

PROFESSOR PAUL HUNHAM, 50s, a heap of rumpled corduroy, grades exams at his desk, pipe wedged between his teeth, whiskey at his elbow. One eye veers dramatically to the left. 3

### *The Holdovers* – September Draft, pp. 3 and 1

3.

1 INT. STUDENT DORMITORY - DORM ROOM - SAME TIME

ANGUS TULLY, 15, intense, dressed and in a hurry, packs the suitcase atop his bed. 2

PROFESSOR PAUL HUNHAM, 50s, a heap of rumpled corduroy, grades exams at his desk, pipe wedged between his teeth, whiskey at his elbow. One eye veers dramatically to the left. 3

### *The Holdovers* – Awards Draft, pp. 3 and 2

3

1 INT. STUDENT DORMITORY - DORM ROOM - DAY

ANGUS TULLY, 17, hurriedly packs the suitcase atop his bed. He retrieves a PHOTOGRAPH from his nightstand drawer and slips it into his suitcase. 2

2

PAUL HUNHAM, a heap of rumpled corduroy, grades exams at his desk, pipe wedged between his teeth.

*(element 3 absent)*

### *Frisco*, pp. 7 and 2

7.

1 12 INT. AMY'S ROOM - CHILDREN'S WARD - DAY 12

2 Willis enters the hospital room of AMY MORRISON, 15.

The door to the ensuite bathroom is open. Amy is vomiting into the toilet.

2.

Close on DR JEFF WILLIS, sitting in a chair in a consulting room.

3 He is in his late forties or early fifties.

1 The sleeping room

2 Amy/Angus's age

3 Willis/Paul's age

**What changes:** 15 and "50s": May, Sept.; 17 and no age: Awards.

Highlighting and numbering added by counsel and key the elements listed; unhighlighted text is context; pages reproduced without alteration.

# Table 10. Addition – The Man's Moment of Contentment Interrupted by the Handsome Man

### *The Holdovers* – May Draft, pp. 67, 71 and 72

67.

INT. MISS CRANE'S HOUSE - LIVING ROOM

Paul examines the silver Christmas tree. Miss Crane
1 approaches, hands him his drink and KISSES him on the cheek.

71.

They smile. Then her face really lights up at something in
3 the doorway. Paul turns to see a HANDSOME MAN taking off his
coat and waving.

72.

MISS CRANE (CONT'D)
Excuse me for a minute, will you?

4 She rushes to the door and greets the man with a deep kiss.
5 Paul's smile fades. Angus comes over, concerned.

*(element 2 absent)*

### *The Holdovers* – September Draft, pp. 64, 67 and 68

64.

INT. MISS CRANE'S HOUSE - LIVING ROOM

Paul examines the silver Christmas tree. Miss Crane
1 approaches, hands him his drink and KISSES him on the cheek.

67.

They smile. Then her face really lights up at something in
3 the doorway. Paul turns to see a HANDSOME MAN taking off his
coat and waving.

MISS CRANE (CONT'D)
Excuse me for a minute, will you?

68.

4 She rushes to the door and greets the man with a deep kiss.
5 Paul's smile fades. Angus comes over, concerned.

*(element 2 absent)*

### *The Holdovers* – Awards Draft, pp. 62 and 65

62

INT. MISS CRANE'S HOUSE - LIVING ROOM - NIGHT

Paul examines the silver Christmas tree. Miss Crane
approaches with his drink and kisses him on the cheek.

PAUL
(shocked)
Oh!

1 She hands him his glass of Jim and points at the ceIling.

65

2 He basks in this small intimacy. Behind him, the front door
swings open. Her face lights up.

MISS CRANE (CONT'D)
Excuse me for a minute, will you?

3 Paul turns to see a somewhat HANDSOME MAN taking off his coat
4 and waving. She rushes to the door and greets him with a
5 deep kiss. Paul's smile fades. Angus comes over, concerned.

### *Frisco*, p. 65

65.

71 INT. HOTEL BAR - NIGHT 71

Willis enters the hotel bar, sits down and signals the
BARTENDER over.

WILLIS
1 Scotch, please. A big one.

2 Willis sips his drink. A moment of quiet and peace.

3 Then, a little way down the bar, he spots a familiar face:
the HANDSOME MAN from the Portland Children's billboard.

The man is even more perfect-looking in the flesh. He is
4 saying goodnight to TWO WOMEN who look like they are also
models.

5 Willis laughs ruefully into his drink. Of all the bars in all
the world.

After the women depart, Willis glances across at the guy
again. He finds he cannot resist.

1 Willis/Paul is drinking whiskey in a social setting

2 A rare moment of contentment

3 He sees the Handsome Man

4 The Handsome Man is greeting or parting from women

5 The moment collapses

**What changes:** Drink, sighting, kiss, smile fading: all three drafts; "glass of Jim" and the moment of contentment added in Awards.

Highlighting and numbering added by counsel and key the elements listed; unhighlighted text is context; pages reproduced without alteration.

# Table 11. Addition – The Man's 'Not In Here' Rule-Breaking on Return Home

**Element**

1 The "in here" rule

2 To the kitchen

3 He commits the infraction

4 The infraction is completed

5 The camera stays outside

6 Placed immediately before the first skip forward

***Frisco*, pp. 110–111**

110.

113 **INT. WILLIS HOUSE - HALLWAY - DAY** 113

Willis enters the hallway.

As soon as he closes the door Susie, Blake and Alexis converge on him from various rooms.

SUSIE
Jesus Christ, Jeff. The girls are saying you left them on the freeway last night?

BLAKE
It's before eight-fifteen, Dad!

ALEXIS
[1] You shouldn't be in here before eight-fifteen!

[2] Willis walks straight past them all, through to the kitchen.

[3] Willis takes a BEER out of the fridge opens it and pours it into a glass.

111.

He then does the same with ANOTHER BEER and walks upstairs holding his two full glasses of beer.

His family have followed him, though they have now fallen silent.

114 **INT. UPSTAIRS HALLWAY - DAY** 114

[4] Willis walks into the guest room carrying his two beers.

[5] He closes the door behind him, shutting the door on his wife and children.

[6] 115 **INT. CHURCH - DAY** 115

***The Holdovers* – May Draft, p. 106**

106.

WIDE --

Paul, Mary and Angus in the frigid parking lot.

FADE OUT

UNDER BLACK --

**NEW SEMESTER - JANUARY 11, 1971**

*(elements 1, 2, 3, 4, 5 and 6 absent)*

**What changes:** No scene in May; rule, explosion, window and placement in Sept.; kitchen and Paul's own act added in Awards.

Highlighting and numbering added by counsel and key the elements listed; unhighlighted text is context; pages reproduced without alteration.

## Table 11. Addition – The Man's 'Not In Here' Rule-Breaking on Return Home (continued)

**Element**

1 The "in here" rule

2 To the kitchen

3 He commits the infraction

4 The infraction is completed

5 The camera stays outside

6 Placed immediately before the first skip forward

***The Holdovers* – September Draft, pp. 100–101**

100.

**DAY 14 - DECEMBER 31, 1970**

**INT. COMMON ROOM - NIGHT**

Paul, Angus and Mary cluster around the TV. Paul drinks. On screen is GUY LOMBARDO AND HIS ROYAL CANADIANS.

ANGUS
We should have noise-makers.

PAUL
Perhaps, but we don't have noise-makers.

ANGUS
I got a noise-maker.

Angus pulls an M-80 out of his pocket.

PAUL
Where the fuck did you get that?

ANGUS
I can't recall.

PAUL
1 You're not deploying that in here.

ANGUS
Danny, where do you stand on indoor fireworks?

Before Danny can answer, Guy Lombardo begins THE COUNTDOWN...

**EXT. BARTON MAIN BUILDING - CONTINUOUS**

5 Through the windows, from a distance, we see the foursome counting down, and we hear their MUFFLED VOICES.

101.

EVERYONE
Three, two, one. Happy New Year!

4 Danny kisses Mary. Then the FLASH and muffled EXPLOSION of the M-80. Paul shouts. Smoke and laughter.

FADE OUT.

UNDER BLACK --

6 **NEW SEMESTER - JANUARY 11, 1971**

*(elements 2 and 3 absent)*

***The Holdovers* – Awards Draft, pp. 95–96**

95

ANGUS
I've got a noise-maker.

Angus produces an M-80 from his pocket.

PAUL
Where the hell did you get that?

ANGUS
I don't know. Found it.

96

PAUL
1 You're not deploying that in here.

ANGUS
You weren't this uptight in Boston. Danny, where do you stand on indoor fireworks?

DANNY
About as far away as I can.

PAUL
Congratulations, Mr. Tully. Congratulations, Danny. Mary.
(holding up M-80)
Now, as I say, we're not deploying this in here. We're going to light this sucker off in the kitchen.

**EXT. KITCHEN STAFF COMMON ROOM - CONTINUOUS**

2 They head to the adjacent kitchen area. 3 Paul gives the M-80 to Angus and lights it for him. 4 Angus throws it off-screen. LOUD EXPLOSION.

5 Through the windows we see the threesome hugging one another.

FADE OUT

UNDER BLACK --

6 **NEW SEMESTER - JANUARY 11, 1971**

**What changes:** No scene in May; rule, explosion, window and placement in Sept.; kitchen and Paul's own act added in Awards.

Highlighting and numbering added by counsel and key the elements listed; unhighlighted text is context; pages reproduced without alteration.

# Table 12. Addition – The Tag Question at the End of the Check-in Fraud

### *The Holdovers* – May Draft, pp. 44–45

44.

NURSE
1 There are certain protocols. Like
I said, standard procedure.

PAUL
Angus. Protocols.

ANGUS
2 Please. I never get to see my dad.
It was my fault. All mine. I
don't want to get him in trouble.
(MORE)

45.

ANGUS (CONT'D)
(fighting tears)
4 We don't have to go through
insurance. We can pay cash.

*(elements 3 and 5 absent)*

### *The Holdovers* – September Draft, p. 43

43.

NURSE
1 Okay, that's your business. But
there are certain protocols. Like
I said, standard procedure.

PAUL
Protocols.

ANGUS
2 Please. I never get to see my dad.
It was my fault. All mine. I
don't want to get him in trouble.
(fighting tears)
4 We don't have to go through
insurance. We can pay cash.
5 Right, Dad?

*(element 3 absent)*

### *The Holdovers* – Awards Draft, pp. 43–44

43

NURSE
1 Okay, that's your business. But we
just have certain protocols.

PAUL
Yeah. Protocols.

ANGUS
2 Please. I never get to see my dad.
It was my fault, all mine. I don't
want to get him in trouble.
(MORE)

44

ANGUS (CONT'D)
3 (to Paul)
I don't want her dragging you to
court again.
4 (to the Nurse)
Can we can skip the whole insurance
thing? We can pay cash. Right,
5 Dad?

### *Frisco*, pp. 51–52

51.

RECEPTIONIST
1 It is nine hundred and twelve
dollars a night. Before tax.

WILLIS
Yeah, the thing is. I mean, it's
not the price, it's just-

AMY
2 We'll take it.

Amy holds out her stepmother's credit card.

Willis pushes it away and tries to give the receptionist his own card instead.

Amy forcefully gives the receptionist her card.

52.

AMY (CONT'D)
3 Live a little, Jeff. Anne doesn't
even read the bills.

The receptionist looks at her with concern.

AMY (CONT'D)
4 Private joke between me and my dad.
Anne's my mom. His wife. She's just
5 a crazy shopaholic, hey Dad?

1 The official raises an obstacle

2 Amy/Angus takes charge

3 Amy/Angus addresses Willis/Paul about the fictitious wife

4 Amy/Angus addresses the official

5 "Dad?"

**What changes:** May 3 of 5; "Right, Dad?" added Sept.; court line added in Awards.

# Table 13. Addition – The Step-Parent in Financial Terms

### *The Holdovers* – May Draft, pp. 73–74

73.

PAUL
First of all, watch your language
around Mary. And second, Jesus
Christ, you're a presumptuous little
shit! Need I remind you, it's not
1 my fault that you're stuck here. Do
you think I want to be babysitting
you?
(MORE)

74.

PAUL (CONT'D)
I was praying to the God I don't
even believe in that your mother
would pick up the phone, or, failing
2 that, your father would arrive in a
helicopter or a submarine or a
fucking flying saucer to take you
off my hands!

ANGUS
First of all, you watch *your*
3 language around Mary. Second, my
father's dead.

That hangs in the air for a moment.

*(elements 4, 5 and 6 absent within this exchange)*

### *The Holdovers* – September Draft, pp. 69–70

69.

PAUL
First of all, watch your language
around Mary. And second, you
presumptuous little shit, need I
remind you it's not my fault you're
1 stuck here. Do you think I want to
be babysitting you? I was praying
to the god I don't believe in that
your mother would pick up the phone,
2 or your father would arrive in a
helicopter or a submarine or a
fucking flying saucer to take you
off my hands.

ANGUS
First of all, watch your language
3 around Mary. Second, my father's
dead.

As that hangs in the air --

PAUL
4 But I thought your father...?

70.

ANGUS
5 That's my new stepfather.

*(element 6 absent within this exchange)*

### *The Holdovers* – Awards Draft, p. 67

67

PAUL
Need I remind you it's not my fault
1 you're stuck here? Do you think I
want to be babysitting you? I was
praying to the God I don't believe
in that your mother would pick up
2 the phone, or your father would
arrive in a helicopter or a
submarine or a flying fucking saucer
to take you off my hands.

ANGUS
3 My father's dead.

PAUL
4 But I thought your father --

ANGUS
6 That's just some rich guy my mom
married. Give me your keys.

*(element 5 absent within this exchange)*

### *Frisco*, p. 8

8.

WILLIS
1 People were looking at me. I felt
obliged to come in here and, you
know, pretend to do something.

Amy visibly softens at this: at least Willis is honest.

WILLIS (CONT'D)
2 Also your mom seemed upset.

AMY
3 My mom's dead.

WILLIS
4 So who was that woman?

AMY
That would be Anne.

WILLIS
Anne Frank? Anne of Cleves? Anne of
Greengables?

AMY
5 She used to be my stepmother, but
6 my dad's dead too now. So she's
really just the woman that is going
to inherit my trust fund.

1 Willis/Paul laments the obligation

2 Names the step-parent as parent

3 Amy/Angus says the parent is dead

4 He asks for clarification

5 Step-parent named as such

6 Described in financial terms with "just"

**What changes:** May 3 of 6; question and "stepfather" added Sept.; "just"/money added in Awards.

Highlighting and numbering added by counsel and key the elements listed; unhighlighted text is context; pages reproduced without alteration.

# Table 14. Addition – The Nephew Lie and the Name 'Leonard'

***The Holdovers* – May Draft, p. 91**

91.

HUGH
Is this your son?

PAUL
Oh, I'm sorry. This is my --

ANGUS
[2] Nephew. Jeremy.

MRS. CAVANAUGH
Nice to meet you, Jeremy.

*(element 1 absent)*

***The Holdovers* – September Draft, p. 85**

85.

HUGH
Is this your son?

ANGUS
[2] I'm his nephew. Jeremy.

MRS. CAVANAUGH
Nice to meet you, Jeremy.

*(element 1 absent)*

***The Holdovers* – Awards Draft, p. 80**

80

HUGH
Is this your son?

ANGUS
[2] [1] I'm his nephew. Leonard.

MRS. CAVANAUGH
Nice to meet you, Leonard.

***Frisco*, pp. 12 and 91**

12.

MARGARET (CONT'D)
[1] Leonard Moss. Seven. Fractured his skull falling from a tree.

91.

OFFICER
That's a pity. See, I could have let him off with a warning, but if he's an unaccompanied minor-

VALERIE
[2] He's my nephew.

[1] The name "Leonard"

[2] A child passed off as a nephew

**What changes:** The false name is "Jeremy" in May and Sept.; "Leonard" in Awards.

Highlighting and numbering added by counsel and key the elements listed; unhighlighted text is context; pages reproduced without alteration.

## Table 15. Addition – Celebratory Meal and the Woman's Tease with Textual Residue

### *The Holdovers* – May Draft, p. 77

77.

**INT. DINING HALL - LATER**

[1] Paul, Mary and Angus sit at the long table, finishing a beautiful Christmas dinner.

PAUL
[3] This is incredible.

MARY
(lighting a cigarette)
You're damn right.

*(elements 2 and 4 absent)*

### *The Holdovers* – September Draft, p. 73

73.

**INT. DINING HALL - LATER**

[1] Paul, Mary and Angus finish a lovely Christmas dinner in the middle of the immense room. [2] They exchange looks, a new sort of intimacy among them. Mary lights a cigarette.

PAUL
[3] Thank you, Mary. That was lovely.

MARY
You're damn right.

ANGUS
I don't think I've ever had a real family Christmas like this. Christmas dinner, I mean -- family style, out of the oven, all the trimmings. My mom always just orders in from Delmonico's.

MARY
She's got the right idea. Next year I'm gonna order in from Delmonico's.

*(element 4 absent)*

### *The Holdovers* – Awards Draft, p. 71

71

**DINING HALL - LATER**

[1] Paul, Mary and Angus finish a lovely Christmas dinner in the middle of the immense room.

[2] They exchange looks, a new sort of intimacy among them. Mary lights a cigarette.

PAUL
[3] Thank you, Mary. That was just lovely.

MARY
[4] It that an actual compliment?

ANGUS
I don't think I've ever had a real family Christmas like this. Christmas dinner, I mean -- family style, out of the oven, all the trimmings. My mom always just orders in from Delmonico's.

MARY
She's got the right idea. Next year I'm ordering in from Delmonico's.

### *Frisco*, p. 75

75.

80 **INT. CHINATOWN RESTAURANT - NIGHT** 80

A cheap and cheerful restaurant in Chinatown.

[1] Willis, Amy, Valerie and Danny all sit around a table at the end of a meal.

[2] Everybody is cracking up with laughter.

WILLIS
[3] And then this girl at the desk says, you are in luck, it is nine hundred dollars! Before tax!

VALERIE
[4] It doesn't sound so lucky, Jeff!

WILLIS
Well, I sleep in the garage at home, so this is definitely better!

[1] The meal joined at its end

[2] The group at ease

[3] His line, in unusual good humor

[4] Valerie/Mary's tease

**What changes:** Group at ease added Sept.; tease added in Awards. Note: the incorrect 'It' in the replacement line in *The Holdovers* matches the start of the *Frisco* line.

Highlighting and numbering added by counsel and key the elements listed; unhighlighted text is context; pages reproduced without alteration.