# EXHIBIT G

## Sequence – Table 16. The 24 Shared Elements (The Elements)

The 24 elements of Table 16 by title, in the order they occur in both works.

| No. | Element | *Frisco* pp. | Awards Draft pp. | Film |
|---|---|---|---|---|
| 1 | The opening montage | 1 | 1 | 0:00:00–0:01:00 |
| 2 | Willis/Paul introduced, and the first summons | 2–10 | 2 | 0:03:50–0:04:29 |
| 3 | The first boss meeting | 10–14 | 5–9 | 0:09:05–0:11:52 |
| 4 | Thrown together | 38–39 | 33–34 | 0:40:59 |
| 5 | The failed calls and the injured child | 40–43 | 33–35 | 0:41:58–0:42:26 |
| 6 | The hotel booking, the mocked gift, the permission and the hotel infraction | 51–53, 59 | 38–39 | 0:49:01 |
| 7 | The caretaking argument | 59–60 | 39–40 | 0:49:10–0:50:02 |
| 8 | The medical emergency | 60–63 | 40–42 | 0:49:59–0:51:40 |
| 9 | The hospital, the wooziness and the drink | 63–65 | 44–48 | 0:52:55–0:55:49 |
| 10 | Breakfast and the request | 67–68 | 54–56 | 1:01:59, 1:03:58–1:04:39 |
| 11 | Getting ready alone | 69–70 | 55–57 | 1:04:49 |
| 12 | The event: the love interest arrives and the man’s specialty is misstated | 70 | 58–59, 62 | 1:06:04–1:07:21, 1:10:50 |
| 13 | The event goes wrong for Willis/Paul | 72–74 | 62–66 | 1:11:01–1:15:00 |
| 14 | The aftermath and the contrast | 73–75 | 66–67 | 1:15:58–1:16:48 |
| 15 | The celebratory meal | 75 | 71 | 1:21:08 |
| 16 | The request to see the city | 80 | 72–73 | 1:22:12–1:22:53 |
| 17 | The shared-interest visit | 81–83 | 77–78 | 1:29:22–1:30:27 |
| 18 | Fun in the city | 86–92 | 78–79, 85–87 | 1:38:50–1:40:13 |
| 19 | The slip-away | 93–95 | 87–90 | 1:41:23–1:44:15 |
| 20 | The daytime journey back | 97–99 | 95 | 1:53:02 |
| 21 | Back at work | 103–104 | 97–98 | 0:04:21, 1:55:55, 1:56:35 |
| 22 | The second summons and the parents’ meeting | 104–105, 114–115 | 98–102 | 1:57:06–1:57:23, 1:58:04–2:02:01 |
| 23 | The youthful ambition, stated tentatively | 115 | 103 | 2:03:44–2:04:11 |
| 24 | The departure and the symbolic object | 118 | 106–107 | 2:07:55–2:08:56, the cognac at 2:08:24 |

Elements 3, 6–10, 12, 13, 16, 22 and 23 are set out in greater detail in the pages that follow.

The development of elements 2, 3, 6, 7, 15 and 18 across the drafts of *The Holdovers* is set out in Exhibit 1.

## Sequence – Table 16. The 24 Shared Elements (Map: Where the Elements Fall in Each Script)

Each bar is scaled to its own script. The 24 elements of Table 16 are marked at the page where each occurs; lines join the same element in the two works. No two lines cross: the elements occur in the same order in both.




Example: element 7 falls on p. 59.5 of 118 in Frisco and p. 39.5 of 107 in The Holdovers, so its circles sit 50% and 37% of the way along their bars. Elements shown in detail in this exhibit: 3 (Table 17); 6–9 (Table 18); 10, 12, 13 (Table 20); 16 (Table 21); 22 (Table 22); 23 (Table 23). Table 24's out-of-order elements are not shown. Page positions are the printed folios of the Frisco Second Draft (Jan. 20, 2013) and the Holdovers Awards Draft; markers added by counsel.

## Sequence – Scene Ladders (1 of 2): Summary of Tables 17–22

Rung numbers are the beat numbers of the scene tables that follow; page ranges are the tables' crops; intervening material is shown with its page count. This sheet summarizes those tables; it is not a substitute for them.

Matched beat, numbered as in the scene table — Matched pair outside the sequence (dashed) — Material between beats, with its length

### Table 17 · The First Boss Meeting




*a* the wisecrack and flat response (Frisco p. 10; The Holdovers p. 7)
*b* the documents (Frisco p. 11; The Holdovers p. 7)
*c* the insult to the intelligence of the politician or the family, and its escalation (Frisco p. 11; The Holdovers p. 8)

### Table 18 · Story Day 6: The Scorned Gift to the Drink




*a* no single room (Frisco p. 51; The Holdovers p. 39)
*b* a suite instead (Frisco p. 51; The Holdovers p. 39)
*c* Amy/Angus pays (Frisco p. 51; The Holdovers p. 39)

### Table 19 · The Check-in Lie




*a* a request refused (Frisco p. 51; The Holdovers p. 43)
*b* the official is uneasy (Frisco p. 52; The Holdovers p. 43)
*c* Amy/Angus pays (Frisco p. 51; The Holdovers p. 44)

## Sequence – Scene Ladders (2 of 2): Summary of Tables 17–22

Rung numbers are the beat numbers of the scene tables that follow; page ranges are the tables' crops; intervening material is shown with its page count. This sheet summarizes those tables; it is not a substitute for them.

Matched beat, numbered as in the scene table — Matched pair outside the sequence (dashed) — Material between beats, with its length

### Table 20 · The Request to Attend and the Event




*a* a wordless moment of physical-comedy failure: the bellyflop / the football throw (Frisco p. 69; The Holdovers p. 55)
*b* his reflection on what he had hoped for (Frisco p. 73; The Holdovers p. 63)
*c* Willis/Paul disparages the teenager's love interest (Frisco p. 75; The Holdovers p. 67)

### Table 21 · The Ask to See the City




### Table 22 · The Second Boss Meeting




*a* his plan to pursue his dream (Frisco p. 115; The Holdovers p. 103)
*b* the mother's first retort (Frisco p. 115; The Holdovers p. 101)

## Sequence – Table 17. The First Boss Meeting (text table, sheet 1 of 4)

Each cell quotes the passage highlighted for that beat, with its page: *Frisco*, Second Draft (Jan. 20, 2013); *The Holdovers*, Awards Draft. Rows a–c: matched pairs outside the sequence.

| # | Beat | *Frisco* | *The Holdovers* |
|---|---|---|---|
| 1 | The opening action lines have Willis/Paul facing Margaret/Woodrup | "Willis sits across from a Hospital Manager, MARGARET BROWN." (p. 10) | "Paul stands before an acre of desk. DR. HARDY WOODRUP, late 40s, sits writing a list and smoking." (p. 6) |
| 2 | Addressing him by his first name, Margaret/Woodrup praises him as outstanding at his profession | "You are the best pediatrician we have on staff, Jeff." (p. 10) | "Paul, at your core you're an excellent teacher," (p. 7) |
| 3 | But segues into criticism of how he deals with people | "the problem is not with your colleagues." (p. 11) | "but your approach to the students is rather... traditional." (p. 7) |
| 4 | Willis/Paul defends himself, repeating Margaret/Woodrup's word (problem / tradition) | "Then there is no problem. My patients love me." (p. 11) | "The school was founded in 1797. I thought tradition was our stock in trade." (p. 7) |
| 5 | Margaret/Woodrup negates the defense | "Their parents don't." (p. 11) | "Then let's call it hidebound." (p. 7) |
| 6 | Willis/Paul waves the criticism away | "It's a statistical anomaly. I'm sure it'll average out." (p. 11) | "Yes, yes, yes - I know what 'hidebound' means. Look, I get it. You're still angry" (p. 8) |
| 7 | Margaret/Woodrup reveals the parent's title as a legislator | "'Congresswoman' would have been fine." (p. 11) | "Senator Osgood was very upset" (p. 8) |
| 8 | Willis/Paul continues to defend himself | "I used a metaphor. It's no big deal." (p. 12) | "Hardy, are we supposed to let these boys skate by as long as daddy builds a new gymnasium?" (p. 8) |
| 9 | Exasperated, Margaret/Woodrup addresses him by first name | "Jeff, this is a children's hospital." (p. 12) | "Jesus Christ, Paul." (p. 8) |
| 10 | Margaret/Woodrup alludes to pressure from those the institution answers to | "The board think that if we combine allergy with general pediatrics-" (p. 12) | "Ever think his dad might be expecting a little consideration for his dollar?" (p. 8) |
| 11 | Willis/Paul appeals with "Come on, [first name]" | "Come on, Margaret. I do too much general pediatrics as it is. It's all runny noses and diarrhoea and-" (p. 12) | "Come on, Hardy." (p. 8) |
| 12 | Willis/Paul invokes a higher authority (his paper to the Congress of Allergists; the former head, Dr. Green) | "in three days I'm presenting a paper in San Francisco at the United States Congress of Allergists." … "My work on the hazelnut is - look, I don't want to boast here, but as far as the hazelnut goes, I'm one of …" (p. 13) | "(gesturing at a portrait)" … "As Dr. Green used to say, our one true purpose is to produce young men of good character --" (p. 8) |
| 13 | An action line shows Margaret/Woodrup unmoved | "Margaret looks unimpressed." (p. 13) | "Hardy rubs the bridge of his nose. This bullshit again." (p. 8) |
| 14 | Margaret/Woodrup goes back to the original offense (the complaints / failing the senator's son) | "This isn't about hazelnuts, Jeff. It's about complaints" (p. 13) | "I begged you -- begged you -- to give the kid a C-minus." (p. 9) |
| 15 | Margaret/Woodrup sends him out with a warning (Frisco) or a rebuke (The Holdovers) | "if we have any more complaints between now and the end of the month, Portland Children's will not be renewing …" (p. 13) | "Your only task is to ensure the boys' absolute safety and good condition …" (p. 9) [The warning is explicit in the May Draft: 'I don't need any more static from the parents, understand?' (May 9).] |
| a | The wisecrack and flat response (outside the sequence) | "a little thing I call" (p. 10) | "Non nobis solum nati sumus" (p. 7) |
| b | The documents (outside the sequence) | "Margaret motions at a LARGE PILE OF CASE NOTES" (p. 11) | "Woodrup absorbs Paul's 'praise,' then finishes writing and hands over a LIST." (p. 7) |
| c | The insult to the intelligence of the politician or the family, and its escalation (outside the sequence) | "It's pretty moronic. In more advanced cultures it's probably attempted murder." (p. 11) | "That boy is too dumb to pour piss out of a boot. A genuine troglodyte." (p. 8) |

# Sequence – Table 17. The First Boss Meeting (sheet 2 of 4, beats 1–5)

**Matched beat**

1 The opening action lines have Willis/Paul facing Margaret/Woodrup

2 Addressing him by his first name, Margaret/Woodrup praises him as outstanding at his profession

3 But segues into criticism of how he deals with people

4 Willis/Paul defends himself, repeating Margaret/Woodrup's word (problem / tradition)

5 Margaret/Woodrup negates the defense

***Frisco*, pp. 10–11**

10.

14 **INT. HOSPITAL - MEETING ROOM - DAY** 14

1 Willis sits across from a Hospital Manager, MARGARET BROWN.

Willis takes a sip from his insulated coffee mug.

MARGARET
2 You are the best pediatrician we have on staff, Jeff. If your colleagues can't diagnose a case, they ask you.

WILLIS
If anybody ever tells them about a little thing I call 'Google' I'm screwed.

MARGARET
Was that a joke?

WILLIS
If you found it funny it was.

MARGARET
I didn't.

WILLIS
Then it wasn't a joke.

11.

MARGARET
3 What I'm saying, Jeff, is the problem is not with your colleagues.

WILLIS
4 Then there is no problem. My patients love me.

MARGARET
5 Their parents don't.

***The Holdovers*, pp. 6–7**

6

**INT. HEADMASTER'S OFFICE - DAY**

Large and stately. Portraits of past headmasters.

1 Paul stands before an acre of desk. DR. HARDY WOODRUP, late 40s, sits writing a list and smoking. His wardrobe may be Brooks Bros, but his beard says 1970.

Paul's eyes settle on a crystal bottle of COGNAC tied with ribbon.

DR. WOODRUP
(noticing)
Remy Martin, Louis XIII. Christmas gift from the Board of Trustees.

PAUL
How generous of them.

DR. WOODRUP
Thank you again for doing this, Hunham. I wouldn't have asked if it weren't an emergency.

PAUL
Mr. Endicott's mother. Right. What a tragedy.

DR. WOODRUP
It's not as though you had plans to leave campus anyway. And of course there's a nice little bonus in it for you.

7

*[p. 7: intervening unmatched material omitted]*

DR. WOODRUP
Let's be a little more... elastic in our assessment, shall we? It's hard enough for them to be away from home on the holidays.

PAUL
Latitude is the last thing these boys need.

DR. WOODRUP
2 Paul, at your core you're an excellent teacher, 3 but your approach to the students is rather... traditional.

PAUL
4 The school was founded in 1797. I thought tradition was our stock in trade.

DR. WOODRUP
5 Then let's call it hidebound. You know, unwavering, resistant to --

Highlighting and numbering added by counsel; unhighlighted text is context and is not claimed; pages reproduced without alteration.

# Sequence – Table 17. The First Boss Meeting (sheet 3 of 4, beats 6–11)

**Matched beat**

6 Willis/Paul waves the criticism away

7 Margaret/Woodrup reveals the parent's title as a legislator

8 Willis/Paul continues to defend himself

9 Exasperated, Margaret/Woodrup addresses him by first name

10 Margaret/Woodrup alludes to pressure from those the institution answers to

11 Willis/Paul appeals with "Come on, [first name]"

***Frisco*, pp. 11–12**

11.

WILLIS
6 It's a statistical anomaly. I'm sure it'll average out.

Margaret motions at a LARGE PILE OF CASE NOTES beside her.

MARGARET
This is from the last fortnight alone.

WILLIS
What's on the top there?

MARGARET
Claudia Jackson. Eight. You called her mother a moron.

WILLIS
The girl had a peanut allergy and they gave her peanut butter. It's pretty moronic. In more advanced cultures it's probably attempted murder.

MARGARET
You still can't call the woman a moron.

WILLIS
What would you like me to call her?

MARGARET
7 'Congresswoman' would have been fine.

Willis winces. Forgot about that.

12.

MARGARET (CONT'D)
Leonard Moss. Seven. Fractured his skull falling from a tree.

WILLIS
8 I used a metaphor. It's no big deal.

*[p. 12: intervening unmatched material omitted]*

MARGARET
9 Jeff, this is a children's hospital.

WILLIS
You're kidding me. I thought I was the world's greatest gerontologist.

MARGARET
We're considering reconfiguring the service.

WILLIS
What?

MARGARET
10 The board think that if we combine allergy with general pediatrics-

WILLIS
11 Come on, Margaret. I do too much general pediatrics as it is. It's all runny noses and diarrhoea and-

***The Holdovers*, p. 8**

8

PAUL
6 Yes, yes, yes – I know what "hidebound" means. Look, I get it. You're still angry that I failed Jordan Osgood.

DR. WOODRUP
7 *Senator* Osgood was very upset when Princeton rescinded Jordan's acceptance, yes. And I've continued to have to deal with the fallout.

PAUL
8 Hardy, are we supposed to let these boys skate by as long as daddy builds a new gymnasium?

DR. WOODRUP
Of course not. That's not who we are. But we can't be ignorant of politics.

PAUL
That boy is too dumb to pour piss out of a boot. A genuine troglodyte.

DR. WOODRUP
9 Jesus Christ, Paul. He was a legacy and the son of one of our
10 biggest donors. Ever think his dad might be expecting a little consideration for his dollar?

PAUL
And he got it -- a first-class
11 education for his son. Come on, Hardy.

Highlighting and numbering added by counsel; unhighlighted text is context and is not claimed; pages reproduced without alteration.

# Sequence – Table 17. The First Boss Meeting (sheet 4 of 4, beats 12–15)

**Matched beat**

12 Willis/Paul invokes a higher authority (his paper to the Congress of Allergists; the former head, Dr. Green)

13 An action line shows Margaret/Woodrup unmoved

14 Margaret/Woodrup goes back to the original offense (the complaints / failing the senator's son)

15 Margaret/Woodrup sends him out with a warning (Frisco) or a rebuke (The Holdovers)

***Frisco*, pp. 12–13**

12.

MARGARET
You're not hearing me Jeff. If we
combined allergy with general then
your job-

WILLIS
'Lead Pediatric Allergist with an
interest in General Pediatrics.'

13.

MARGARET
Right. Your job wouldn't exist
anymore.

WILLIS
What? Who would do Allergy?

MARGARET
Your colleagues.

WILLIS
Margaret, you might not have heard,
12 but in three days I'm presenting a
paper in San Francisco at the
United States Congress of
Allergists.

Willis pauses to see what effect this has. None.

WILLIS (CONT'D)
My work on the hazelnut is - look,
I don't want to boast here, but as
far as the hazelnut goes, I'm one
of this country's leading
authorities.

13 Margaret looks unimpressed.

WILLIS (CONT'D)
Top five, definitely.

MARGARET
14 This isn't about hazelnuts, Jeff.
It's about complaints, and the fact
that you are having way too many.

WILLIS
What are you saying?

MARGARET
15 I'm saying if we have any more
complaints between now and the end
of the month, Portland Children's
will not be renewing your contract.

***The Holdovers*, pp. 8–9**

8

12 (gesturing at a portrait)
As Dr. Green used to say, our one
true purpose is to produce young
men of good character --

DR. WOODRUP
-- I don't care what Dr. Green used
to say --

PAUL
-- and we cannot sacrifice our
integrity on the altar of their
entitlement.

13 Hardy rubs the bridge of his nose. This bullshit again.

9

PAUL (CONT'D)
I'm just trying to instill basic
academic discipline. That's my
job. Isn't it yours?

DR. WOODRUP
It was, until I became headmaster
and saw that it's not so simple to
14 keep the damned school afloat. I
begged you -- begged you -- to give
the kid a C-minus.

PAUL
There are instructors here who will
do that. I am not one of them.

DR. WOODRUP
Here's the manual and a full set of
keys. Everything you need to know
15 is in there. Your only task is to
ensure the boys' absolute safety
and good condition. And at least
pretend to be a human being.
Please. It's Christmas.

Paul fixes him with a sour stare.

Highlighting and numbering added by counsel; unhighlighted text is context and is not claimed; pages reproduced without alteration.

## Sequence – Table 18. Story Day 6: The Scorned Gift, the Caretaking Argument, the Emergency, the Wooziness and the Drink (text table, sheet 1 of 8)

Each cell quotes the passage highlighted for that beat, with its page: *Frisco*, Second Draft (Jan. 20, 2013); *The Holdovers*, Awards Draft. Rows a–c: matched pairs outside the sequence.

| # | Beat | *Frisco* | *The Holdovers* |
|---|---|---|---|
| 1 | Willis/Paul offers Amy/Angus a small gift | "Keep twenty dollars in your sock" (p. 53) | "These were a gift to me, and I would like to share them with both of you." (p. 38) |
| 2 | Amy/Angus meets it with scorn | "Even ignoring the whole sock thing, that's ridiculous." (p. 53) | "Angus stares at this loser." (p. 38) |
| 3 | A limited permission is agreed (out until dark / to the bathroom) | "Oh. Well, give me the twenty bucks and you have a deal." … "Willis takes out a TWENTY DOLLAR BILL and gives it to her." (pp. 53–54) | "May I go to the bathroom, sir?" … "You may." (p. 39) |
| 4 | An action line has Willis/Paul moving in pursuit | "Willis has to push his way through" (p. 59) | "Paul comes around the corner." (p. 39) |
| 5 | Willis/Paul opens with a question starting with Amy/Angus's name | "Amy?" (p. 59) | "Mr. Tully, what are you doing?" (p. 39) |
| 6 | Amy/Angus responds nonchalantly, unaware of or uninterested in being in trouble | "Jeff! What are you doing here?" (p. 59) | "(holding up a finger)" (p. 39) |
| 7 | Willis/Paul's response is cross but calm | "Oh, you know, I just wanted to pick up a little Ferlinghetti." (p. 59) | "I didn't say you could use the phone." (p. 39) |
| 8 | Amy/Angus remains nonchalant | "You like Ferlinghetti?" (p. 59) | "Okay, then can you recommend somewhere else, maybe downtown?" (p. 39) |
| 9 | Willis/Paul names the infraction, which concerns a hotel | "No! You were supposed to be back at the hotel before dark!" (p. 59) | "Was that a hotel?" (p. 39) |
| 10 | Amy/Angus denies Willis/Paul's authority | "You're not my dad." (p. 59) | "None of your business." (p. 39) |
| 11 | Willis/Paul claims responsibility for Amy/Angus | "I'm in loco parentis." (p. 59) | "I'm looking after you." (p. 40) |
| 12 | Amy/Angus questions the claim | "What you just said is ridiculous." (p. 59) | "Looking after me?" (p. 40) |
| 13 | Amy/Angus makes light of the role | "You said that you are a crazy parent." (p. 59) | "Like what, like my warden? Like my butler?" (p. 40) |
| 14 | Amy/Angus wants nothing to do with Willis/Paul | "No offence, but if you were my parent I'd run away from home." (p. 59) | "You stay out of my way, and I'll stay out of yours." (p. 40) |
| 15 | Willis/Paul raises punishment | "if you were my daughter I'd probably -" (p. 60) | "That's a detention." … "You just earned a detention, sir. Now get back here." (p. 40) |
| 16 | Amy/Angus suggests Willis/Paul is powerless to punish them | "You'd what, Jeff? What would you do?" (p. 60) | "Being here with you is already one big fucking detention!" (p. 40) |
| 17 | The exchange ends on Willis/Paul's powerlessness to punish | "I'd probably let you walk all over me like my actual daughters do." (p. 60) | "That's another detention!" (p. 40) |
| 18 | The threat escalates | "We'll eat at the hotel." (p. 60) | "I don't know what you're playing at, Mr. Tully, but you are courting disaster." (p. 40) |
| 19 | A statement of physical vulnerability foreshadows the medical emergency with dramatic irony | "I'm dying of cancer, Jeff." (p. 60) | "Without sufficient exercise, the body devours itself." (p. 40) |
| 20 | Willis/Paul answers the joke by pressing the punishment | "Well, you should have thought about that before you broke curfew." (p. 60) | "You are careening toward a suspension!" (p. 40) |
| 21 | At the place where the emergency will happen, Willis/Paul lectures | "You're too young to understand this, but when you get a bit older life has this way of knocking the stuffing …" (p. 62) | "You are a hair's breadth from suspension." … "This is your Rubicon. Do not cross the Rubicon." (p. 41) |
| 22 | At first, it is not clear that anything is wrong | "Amy has started to stare straight ahead at Willis." … "What?" … "Amy does not reply." (p. 63) | "A beat" (p. 41) |

**Sequence – Table 18. Story Day 6: The Scorned Gift, the Caretaking Argument, the Emergency, the Wooziness and the Drink (text table, sheet 2 of 8)**

| # | Beat | *Frisco* | *The Holdovers* |
|---|---|---|---|
| 23 | Then the specific sight of Amy/Angus's arm shows that something is seriously wrong | "Willis now notices that one of Amy's fingers is twitching. The twitch spreads to Amy's hand, and then her arm." (p. 63) | "then Angus rises to his knees, his LEFT ARM DANGLING oddly. He SCREAMS in agony." (p. 41) |
| 24 | Willis/Paul gets Amy/Angus to the emergency room at once | "Can somebody call an ambulance, please?" (p. 63) | "A frantic Paul struggles to scrape the windshield of his 1964 NOVA." … "Paul white-knuckles the wheel." (pp. 41–42) |
| 25 | Not as bad as it looked | "Amy lies on a trolley in a busy emergency room." … "Willis is sitting beside her reading the chapbook of poetry she bought." … "You didn't die." (p. 63) | "A shirtless Angus sits on a stretcher, his shoulder blade protruding at a sickening angle." … "Paul stands nearby." … "The good news is nothing's broken." (p. 44) |
| 26 | But a caveat — the underlying problem remains | "Has the astroglioma all gone away and we can live happily ever after?" … "Willis shakes his head." (p. 63) | "But you did dislocate your shoulder pretty badly." (p. 44) |
| 27 | Amy/Angus asks what happens next | "So what happens now?" (p. 63) | "What does that mean?" (p. 44) |
| 28 | The first request | "I want there to be sea lions in the morning, Jeff." (p. 64) | "I think I'll start with a beer." (p. 46) |
| 29 | The request returns | "And I really want to see sea lions tomorrow." (p. 65) | "They've got Miller High Life. "The Champagne of Beers."" (p. 46) |
| 30 | Willis/Paul ends the day with a large whisky | "A big one." (p. 65) | "a double Jim." (p. 48) |
| a | No single room (outside the sequence) | "I'm sorry. The hotel is completely booked for the conference." (p. 51) | "Well, if you don't have a single room," (p. 39) |
| b | A suite instead (outside the sequence) | "We have an Imperial Suite with two bedrooms available." (p. 51) | "I'll take a junior suite or the equivalent." (p. 39) |
| c | Amy/Angus pays (outside the sequence) | "Amy holds out her stepmother's credit card." (p. 51) | "No, no credit card. I'll pay cash or traveler's checks." (p. 39) |

# Sequence – Table 18. Story Day 6: The Scorned Gift, the Caretaking Argument, the Emergency, the Wooziness and the Drink (sheet 3 of 8, beats 1–3)

| Matched beat | *Frisco*, pp. 51, 53 and 54 | *The Holdovers*, pp. 38–39 |
|---|---|---|
| 1 Willis/Paul offers Amy/Angus a small gift | 53. WILLIS: [1] Keep twenty dollars in your sock and get back here before dark. | 38. PAUL (CONT'D): [1] These were a gift to me, and I would like to share them with both of you. Look at them. Look at the festive shapes. Snowflakes. Gingerbread men. A tree. A little mitten. And they've got frosting! |
| 2 Amy/Angus meets it with scorn | 53. AMY: [2] Even ignoring the whole sock thing, that's ridiculous. Why do I have to be back before dark? | 38. [2] Angus stares at this loser. |
| 3 A limited permission is agreed (out until dark / to the bathroom) | 53. AMY: [3] Oh. Well, give me the twenty bucks and you have a deal. 54. [3] Willis takes out a TWENTY DOLLAR BILL and gives it to her. | 39. ANGUS: [3] May I go to the bathroom, sir? PAUL: You may. |

The unmarked portion on the *Frisco* side is the check-in fraud that occurs on arrival at the hotel. In *The Holdovers*, the check-in fraud occurs on arrival at the ER and is positioned later in this sequence between beats 24 and 25.

**Frisco, p. 51.**

```
                    RECEPTIONIST
          I'm sorry. The hotel is completely
          booked for the conference.

                    WILLIS
          My daughter needs her own room.
          She's not actually very well, and-

                    RECEPTIONIST
          I'm afraid that is not going to be
          possible. Unless-

     The receptionist types something in.

                    RECEPTIONIST (CONT'D)
          Oh, you're in luck.

                    WILLIS
          Great.

                    RECEPTIONIST
          We have an Imperial Suite with two
          bedrooms available.

                    WILLIS
          An Imperial Suite? How much is
          that?

                    RECEPTIONIST
          It is nine hundred and twelve
          dollars a night. Before tax.

                    WILLIS
          Yeah, the thing is. I mean, it's
          not the price, it's just-

                    AMY
          We'll take it.

     Amy holds out her stepmother's credit card.

     Willis pushes it away and tries to give the receptionist his
     own card instead.

     Amy forcefully gives the receptionist her card.
```

*[pp. 51–53: intervening unmatched material omitted]*

**Frisco, p. 53.**

```
     Willis sighs.

                    WILLIS
        1 Keep twenty dollars in your sock
          and get back here before dark.

                    AMY
        2 Even ignoring the whole sock thing,
          that's ridiculous. Why do I have to
          be back before dark?

                    WILLIS
          So that we can go for dinner.

                    AMY
        3 Oh. Well, give me the twenty bucks
          and you have a deal.
```

**Frisco, p. 54.**

```
   3 Willis takes out a TWENTY DOLLAR BILL and gives it to her.
```

**The Holdovers, p. 38**

```
     INT. DINING HALL - DAY

     Paul and Angus eat lunch.  Mary has coffee and a smoke.

                         PAUL
               I have a surprise.

     He produces the Christmas cookies Miss Crane gave him.

                         PAUL (CONT'D)
             1 These were a gift to me, and I
               would like to share them with both
               of you.  Look at them.  Look at the
               festive shapes.  Snowflakes.
               Gingerbread men.  A tree.  A little
               mitten.  And they've got frosting!

     Paul smiles thinly, bites into one, makes "yummy" noises.
   2 Angus stares at this loser.
```

**The Holdovers, p. 39**

```
                         ANGUS
             3 May I go to the bathroom, sir?

                         PAUL
               You may.

     Angus stalks out of the room.  Paul looks at Mary, flummoxed.

                         PAUL (CONT'D)
               Well, I'm trying.

     Mary can't help but laugh at his pathetic attempt.
```

Highlighting and numbering added by counsel; unhighlighted text is context and is not claimed; pages reproduced without alteration.

# Sequence – Table 18. Story Day 6: The Scorned Gift, the Caretaking Argument, the Emergency, the Wooziness and the Drink (sheet 4 of 8, beats 4–14)

**Matched beat**

4 An action line has Willis/Paul moving in pursuit

5 Willis/Paul opens with a question starting with Amy/Angus's name

6 Amy/Angus responds nonchalantly, unaware of or uninterested in being in trouble

7 Willis/Paul's response is cross but calm

8 Amy/Angus remains nonchalant

9 Willis/Paul names the infraction, which concerns a hotel

10 Amy/Angus denies Willis/Paul's authority

11 Willis/Paul claims responsibility for Amy/Angus

12 Amy/Angus questions the claim

13 Amy/Angus makes light of the role

14 Amy/Angus wants nothing to do with Willis/Paul

***Frisco*, p. 59**

59.

65 **EXT. CITY LIGHTS BOOKSTORE - NIGHT** 65

The crowd filtering out to the exits.

4 Willis has to push his way through to catch up with Amy. She is carrying a chapbook of poetry she has bought.

WILLIS
5 Amy?

AMY
6 Jeff! What are you doing here?

WILLIS
7 Oh, you know, I just wanted to pick up a little Ferlinghetti.

AMY
8 Really? You like Ferlinghetti?

WILLIS
9 No! You were supposed to be back at the hotel before dark!

AMY
10 You're not my dad.

WILLIS
11 I'm *in loco parentis.*

AMY
12 I take Spanish, Jeff. What you just said is ridiculous.

WILLIS
What?

AMY
13 You said that you are a crazy parent.

WILLIS
It's not Spanish, it's Latin. It means that for the purposes of this trip I am your parent. It might be Greek.

AMY
14 No offence, but if you were my parent I'd run away from home.

***The Holdovers*, pp. 39–40**

39

**INT. HALLWAY - DAY**

Angus talks on a PAY PHONE.

ANGUS
Well, if you don't have a single room, I'll take a junior suite or the equivalent. I fully understand it's the holidays, but it's kind of an emergency.

4 Paul comes around the corner.

PAUL
5 Mr. Tully, what are you doing?

ANGUS
6 (holding up a finger)
No, no credit card. I'll pay cash or traveler's checks.

PAUL
7 I didn't say you could use the phone.

ANGUS
8 I see. Okay, then can you recommend somewhere else, maybe downtown?

Paul hangs up the phone on him.

PAUL
9 Was that a hotel?

ANGUS
10 None of your business.

40

PAUL
11 It is absolutely my business. I'm looking after you.

ANGUS
12 Looking after me? 13 Like what, like my warden? Like my butler? There's nobody here, okay? Just us two losers and a grieving mom, so 14 let's cut the shit. You stay out of my way, and I'll stay out of yours.

Highlighting and numbering added by counsel; unhighlighted text is context and is not claimed; pages reproduced without alteration.

# Sequence – Table 18. Story Day 6: The Scorned Gift, the Caretaking Argument, the Emergency, the Wooziness and the Drink (sheet 5 of 8, beats 15–20)

**Matched beat**

15 Willis/Paul raises punishment

16 Amy/Angus suggests Willis/Paul is powerless to punish them

17 The exchange ends on Willis/Paul's powerlessness to punish

18 The threat escalates

19 A statement of physical vulnerability foreshadows the medical emergency with dramatic irony

20 Willis/Paul answers the joke by pressing the punishment

***Frisco*, p. 60**

60.

WILLIS
You have run away from home. And no
[15] offence, but if you were my
daughter I'd probably –

AMY
[16] You'd what, Jeff? What would you
do?

WILLIS
[17] I'd probably let you walk all over
me like my actual daughters do.

66 **INT. CAB - NIGHT** 66

Amy and Willis get into a cab.

WILLIS
Union Hotel please.

AMY
What? I thought we were going for
dinner.

WILLIS
[18] We'll eat at the hotel.

AMY
Very adventurous, Jeff.

WILLIS
I have a big day tomorrow.

AMY
What about me?

WILLIS
You're fifteen. There is no what
about you.

AMY
[19] I'm dying of cancer, Jeff.

WILLIS
[20] Well, you should have thought about
that before you broke curfew.

AMY
Harsh, Jeff. Very harsh.

Amy slumps back in the seat of the taxi.

67 **INT. HOTEL RESTAURANT - NIGHT** 67

***The Holdovers*, p. 40**

40

Paul stares at him incredulously, then pulls a slip of paper from his pocket.

PAUL
[15] That's a detention.

Angus walks away.

PAUL (CONT'D)
You just earned a detention, sir.
Now get back here.

ANGUS
[16] Being here with you is already one
big fucking detention!

PAUL
[17] Son of a *bitch*. That's another
detention!

Angus sets off down the hallway, knocking over trash cans, tearing down fliers, general mayhem. Paul chases him.

PAUL (CONT'D)
[18] I don't know what you're playing
at, Mr. Tully, but you are courting
disaster.

Angus rounds a corner, stops, and turns to peer back at Paul, who is huffing and puffing in pursuit.

ANGUS
[19] Without sufficient exercise, the
body devours itself.

As Paul struggles to catch up, Angus sprints away.

PAUL
[20] You are careening toward a
suspension!

Highlighting and numbering added by counsel; unhighlighted text is context and is not claimed; pages reproduced without alteration.

## Sequence – Table 18. Story Day 6: The Scorned Gift, the Caretaking Argument, the Emergency, the Wooziness and the Drink (sheet 6 of 8, beats 21–24)

| Matched beat | *Frisco*, pp. 62–63 | *The Holdovers*, pp. 41–42 |
|---|---|---|
| 21 At the place where the emergency will happen, Willis/Paul lectures | 62. WILLIS<br>21 You're too young to understand this, but when you get a bit older life has this way of knocking the stuffing out of you and- | 41 **INT. NEW GYMNASIUM - CONTINUOUS**<br>Angus stands at the threshold. It's pristine. Jordan Osgood's father really did spend a lot.<br>PAUL<br>Don't even think about it, Mr. Tully!<br>(catching up)<br>21 You are a hair's breadth from suspension. I'll wash my hands of you. You hear me? Wash my hands. Stop right there. You know the gym is strictly off limits. This is your Rubicon. Do not cross the Rubicon.<br>Angus steps onto the freshly lacquered floor.<br>ANGUS<br>*Alea jacta est.*<br>Despite the circumstances, Paul is impressed by Angus's reference.<br>Angus eyes a POMMEL HORSE across the gym, takes a deep breath and runs toward it. He vaults over it but topples clumsily -- and hard -- on the other side. |
| 22 At first, it is not clear that anything is wrong | 63.<br>22 Amy has started to stare straight ahead at Willis.<br>WILLIS (CONT'D)<br>What?<br>Amy does not reply. | 22 A beat, |
| 23 Then the specific sight of Amy/Angus's arm shows that something is seriously wrong | 23 Willis now notices that one of Amy's fingers is twitching.<br>The twitch spreads to Amy's hand, and then her arm.<br>WILLIS (CONT'D)<br>Right.<br>Willis lays Amy out on the floor, places a cushion under her head.<br>Amy starts having a tonic-clonic seizure, her arms and legs jerking rhythmically. | 23 then Angus rises to his knees, his LEFT ARM DANGLING oddly. He SCREAMS in agony.<br>ANGUS (CONT'D)<br>Oh fuck! Mr. Hunham!<br>Paul goes white. |
| 24 Willis/Paul gets Amy/Angus to the emergency room at once | WILLIS (CONT'D)<br>24 Can somebody call an ambulance, please? | **EXT. FACULTY PARKING LOT - DAY**<br>24 A frantic Paul struggles to scrape the windshield of his 1964 NOVA. In excruciating pain, Angus wears his coat with only one arm in a sleeve.<br>42<br>ANGUS<br>Hurry up! Hurry!<br>PAUL<br>I *am* hurrying!<br>**INT. NOVA - DAY**<br>24 Paul white-knuckles the wheel. Angus whimpers in the back. |

Highlighting and numbering added by counsel; unhighlighted text is context and is not claimed; pages reproduced without alteration.

# Sequence – Table 18. Story Day 6: The Scorned Gift, the Caretaking Argument, the Emergency, the Wooziness and the Drink (sheet 7 of 8, beats 25–27)

| Matched beat | *Frisco*, p. 63 | *The Holdovers*, p. 44 |
|---|---|---|
| 25 Not as bad as it looked | 63.<br>68 **INT. EMERGENCY ROOM - SAN FRANCISCO HOSPITAL - NIGHT** 68<br>[25] Amy lies on a trolley in a busy emergency room.<br>Willis is sitting beside her reading the chapbook of poetry she bought.<br>Amy drowsily stirs and sees Willis.<br>AMY<br>Jesus, Jeff. What are you doing here? Don't tell me you died too.<br>WILLIS<br>You didn't die. You had a seizure.<br>AMY<br>Did they scan me?<br>WILLIS<br>Yeah. | 44<br>**INT. BARTON HOSPITAL - TREATMENT ROOM - LATER**<br>[25] A shirtless Angus sits on a stretcher, his shoulder blade protruding at a sickening angle. Paul stands nearby. A young INTERN points at an x-ray.<br>INTERN<br>The good news is nothing's broken.<br>PAUL<br>Thank God. |
| 26 But a caveat — the underlying problem remains | AMY<br>[26] Has the astroglioma all gone away and we can live happily ever after?<br>Willis shakes his head. | INTERN<br>[26] But you did dislocate your shoulder pretty badly. |
| 27 Amy/Angus asks what happens next | AMY (CONT'D)<br>[27] So what happens now? | ANGUS<br>[27] What does that mean? |

Highlighting and numbering added by counsel; unhighlighted text is context and is not claimed; pages reproduced without alteration.

# Sequence – Table 18. Story Day 6: The Scorned Gift, the Caretaking Argument, the Emergency, the Wooziness and the Drink (sheet 8 of 8, beats 28–30)

**Matched beat**

28 The first request

29 The request returns

30 Willis/Paul ends the day with a large whisky

***Frisco*, pp. 64–65**

64.

70 **INT. BEDROOM - HOTEL SUITE - NIGHT** 70

Willis lays Amy on the bed and tucks the covers over her.

AMY
(Sleep-talking.)
28 I want there to be sea lions in the morning, Jeff.

WILLIS
Yeah.

Willis goes to leave the room.

AMY
And I don't want a crappy funeral.

Amy still has her eyes closed and is talking in a murmur.

WILLIS
What?

65.

AMY
I don't want a whole lot of people who barely even know me talking bullshit and listening to sentimental music that doesn't even mean anything to anyone there.
(Beat.)
29 And I really want to see sea lions tomorrow.

WILLIS
Yeah. Goodnight Amy.

AMY
Goodnight Jeff.

71 **INT. HOTEL BAR - NIGHT** 71

Willis enters the hotel bar, sits down and signals the BARTENDER over.

WILLIS
30 Scotch, please. A big one.

***The Holdovers*, pp. 46 and 48**

46

**INT. THE WINNING TICKET - EVENING**

A working class tavern -- pizza, burgers, beer, jukebox, pinball machines. A TV shows protests, Nixon, and choppers with wounded.

Paul and Angus sit at a table. Angus scans the menu.

ANGUS
28 I think I'll start with a beer.
How about you?

PAUL
Don't be ridiculous, Mr. Tully.

ANGUS
We've had a hard day. We deserve to loosen up a little.

PAUL
You've had ten milligrams of Percodan. You're plenty loose already.

ANGUS
29 They've got Miller High Life. "The Champagne of Beers."

*[pp. 46–48: intervening unmatched material omitted]*

48

MISS CRANE
30 A Coke and a double Jim. I charged you for a single.

Highlighting and numbering added by counsel; unhighlighted text is context and is not claimed; pages reproduced without alteration.

## Sequence – Table 19. The Check-in Lie (text table, sheet 1 of 2)

Each cell quotes the passage highlighted for that beat, with its page: *Frisco*, Second Draft (Jan. 20, 2013); *The Holdovers*, Awards Draft. Rows a–c: matched pairs outside the sequence.

| # | Beat | *Frisco* | *The Holdovers* |
|---|---|---|---|
| 1 | The official's line reveals something that will be a problem for Willis/Paul | "The receptionist types something in." … "We have an Imperial Suite with two bedrooms available." (p. 51) | "A friendly NURSE comes by and hands Paul a clipboard." … "If you could just fill this out, please. Admissions and insurance." (p. 43) |
| 2 | Willis/Paul responds reluctantly | "An Imperial Suite? How much is that?" … "Yeah, the thing is. I mean, it's not the price, it's just-" (p. 51) | "Paul reluctantly starts writing -- it's going to be official now." (p. 43) |
| 3 | Amy/Angus takes over | "We'll take it." (p. 51) | "Excuse me. Is there any way we could skip this whole insurance thing?" (p. 43) |
| 4 | Amy/Angus makes a move Willis/Paul has not agreed to | "Amy holds out her stepmother's credit card." (p. 51) | "I understand. But look, we were over at Squantz pond playing hockey, and I slipped on the ice." (p. 43) |
| 5 | Willis/Paul tries to stop Amy/Angus | "Willis pushes it away and tries to give the receptionist his own card instead." (p. 51) | "Angus, what are you doing?" (p. 43) |
| 6 | Amy/Angus overrides Willis/Paul and begins the lie by talking about the mother figure | "Amy forcefully gives the receptionist her card." … "Live a little, Jeff. Anne doesn't even read the bills." (pp. 51–52) | "My mom told him not to take me, but I made him. My folks are divorced, and we don't get to see each other …" (p. 43) |
| 7 | Amy/Angus describes Willis/Paul to the official as "my dad" | "Private joke between me and my dad." (p. 52) | "I never get to see my dad." (p. 43) |
| 8 | Amy/Angus gives Willis/Paul their mother as his wife or former wife (also occurs at beat 6 in The Holdovers) | "Anne's my mom. His wife." (p. 52) | "I don't want her dragging you to court again." (p. 44) |
| 9 | The scene ends on a tag question to Willis/Paul that addresses him as "Dad" and makes "Dad" the last word in the scene | "She's just a crazy shopaholic, hey Dad?" (p. 52) | "We can pay cash. Right, Dad?" (p. 44) |
| a | A request refused (outside the sequence) | "I'm afraid that is not going to be possible. Unless-" (p. 51) | "It's just standard procedure." (p. 43) |
| b | The official is uneasy (outside the sequence) | "The receptionist looks at her with concern." (p. 52) | "Okay, that's your business." (p. 43) |
| c | Amy/Angus pays (outside the sequence) | "Amy holds out her stepmother's credit card." (p. 51) | "We can pay cash." (p. 44) |

# Sequence – Table 19. The Check-in Lie (sheet 2 of 2)

**Matched beat**

1. The official's line reveals something that will be a problem for Willis/Paul
2. Willis/Paul responds reluctantly
3. Amy/Angus takes over
4. Amy/Angus makes a move Willis/Paul has not agreed to
5. Willis/Paul tries to stop Amy/Angus
6. Amy/Angus overrides Willis/Paul and begins the lie by talking about the mother figure
7. Amy/Angus describes Willis/Paul to the official as "my dad"
8. Amy/Angus gives Willis/Paul their mother as his wife or former wife (also occurs at beat 6 in The Holdovers)
9. The scene ends on a tag question to Willis/Paul that addresses him as "Dad" and makes "Dad" the last word in the scene

***Frisco*, pp. 51–52**

```
                                                        51.
          I'm afraid that is not going to be
          possible. Unless-

[1] The receptionist types something in.

                    RECEPTIONIST (CONT'D)
          Oh, you're in luck.

                    WILLIS
          Great.

                    RECEPTIONIST
          We have an Imperial Suite with two
          bedrooms available.

                    WILLIS
      [2] An Imperial Suite? How much is
          that?

                    RECEPTIONIST
          It is nine hundred and twelve
          dollars a night. Before tax.

                    WILLIS
          Yeah, the thing is. I mean, it's
          not the price, it's just-

                    AMY
      [3] We'll take it.

[4] Amy holds out her stepmother's credit card.

[5] Willis pushes it away and tries to give the receptionist his
    own card instead.

[6] Amy forcefully gives the receptionist her card.

                                                        52.

                    AMY (CONT'D)
      [6] Live a little, Jeff. Anne doesn't
          even read the bills.

The receptionist looks at her with concern.

                    AMY (CONT'D)
      [7] Private joke between me and my dad.
      [8] Anne's my mom. His wife. She's just
          a crazy shopaholic, hey Dad?
      [9]

57  INT. HOTEL SUITE - LIVING ROOM - DAY                    57

A BELLBOY shows Willis and Amy in to the suite and then
departs.

There are large windows with extensive views of the city
beneath.
```

***The Holdovers*, pp. 43–44**

```
                                                        43
          This is the end.  They'll inform
          the school, who will inform your
          parents, and then it's curtains.
          You're going to get me fired.  You!

                    ANGUS
          I'm the one who might lose an arm,
          and all you can think about is
          yourself.

[1] A friendly NURSE comes by and hands Paul a clipboard.

                    NURSE
          If you could just fill this out,
          please.  Admissions and insurance.

[2] Paul reluctantly starts writing -- it's going to be official
    now.  Angus clocks Paul's dread and calls the Nurse back.

                    ANGUS
      [3] Excuse me.  Is there any way we
          could skip this whole insurance
          thing?

                    NURSE
          It's just standard procedure.

                    ANGUS
      [4] I understand.  But look, we were
          over at Squantz pond playing
          hockey, and I slipped on the ice.

                    PAUL
      [5] Angus, what are you doing?

                    ANGUS
      [6] My mom told him not to take me, but
          I made him.  My folks are divorced,
          and we don't get to see each other
          very often.  She'll be mad as a
          hornet if she finds out.

                    NURSE
          Okay, that's your business.  But we
          just have certain protocols.

                    PAUL
          Yeah.  Protocols.

                    ANGUS
      [7] Please.  I never get to see my dad.
          It was my fault, all mine.  I don't
          want to get him in trouble.
                    (MORE)

                                                        44
                    ANGUS (CONT'D)
               (to Paul)
      [8] I don't want her dragging you to
          court again.
               (to the Nurse)
          Can we can skip the whole insurance
      [9] thing?  We can pay cash.  Right,
          Dad?
```

Highlighting and numbering added by counsel; unhighlighted text is context and is not claimed; pages reproduced without alteration.

## Sequence – Table 20. The Request to Attend and the Event (text table, sheet 1 of 6)

Each cell quotes the passage highlighted for that beat, with its page: *Frisco*, Second Draft (Jan. 20, 2013); *The Holdovers*, Awards Draft. Rows a–c: matched pairs outside the sequence.

| # | Beat | *Frisco* | *The Holdovers* |
|---|---|---|---|
| 1 | Amy/Angus seizes on the event | "I want to come." (p. 67) | "What Christmas party? There's a Christmas party?" (p. 55) |
| 2 | Amy/Angus says they want to go | "I want to come to your talk." (p. 67) | "I want to go to the party." (p. 55) |
| 3 | Willis/Paul's excuse | "You're not a delegate. You don't have a pass." (p. 67) | "She didn't mean it. We were just making small talk." (p. 56) |
| 4 | Amy/Angus's workaround | "You can put me on the guest list." (p. 67) | "Mary can take me." (p. 56) |
| 5 | Willis/Paul rejects it | "It's not a band. There isn't a guest list." (p. 68) | "No, that's not how it works. You're under my supervision." (p. 56) |
| 6 | Amy/Angus's final appeal | "I'd really like to see it, Jeff." (p. 68) | "Okay, maybe it's fine for you to sit around reading books all day, but I am losing my goddamned mind! Jesus!" (p. 56) |
| 7 | Each gets ready at a mirror in his temporary accommodation | "Willis stands practicing his lines in front of the mirror in the suite." … "He irons his shirt, puts on his best cuff-links and adjusts his tie." (pp. 69–70) | "Paul stands at a mirror in a fresh shirt and tie under his corduroy jacket." (p. 57) |
| 8 | Preparations with the unrequited love in mind end in an ineptly comic action: the answerphone message / the sniff and spray | "He then picks up his phone and dials a number." … "His face falls as the call goes through to answerphone." … "Hey, maybe you're actually on your way down here and you're just going to surprise me? That'd be nice." … "I don't know if I already said so, but this was Jeff, by the way." (p. 70) | "He smooths his hair, checks his breath, discreetly smells himself." … "Not good." … "where he finds a can of AIR FRESHENER, sprays a little under each arm of his jacket. Sniffs. Close enough." (p. 57) |
| 9 | At the crowded event Willis/Paul did not want Amy/Angus to attend, a love interest for Amy/Angus is introduced | "It is bustling with delegates." … "Amy is there, holding hands with a boy, DANNY." … "DANNY is about sixteen." (p. 70) | "A Christmas party is in full swing." … "a lovely GIRL, 16." (p. 58) |
| 10 | Willis/Paul's specialty is misstated, swapped for something nearby and more familiar | "The whole cashew nut thing sounds -" (p. 70) | "History, right?" … "Ancient Civilizations, yes." (p. 59) |
| 11 | With the event under way, his romantic hopes are raised: he thinks Susie has arrived / that Miss Crane kissed him because she likes him | "A door noisily opens at the back of the room." … "Willis looks up, hopefully, expectantly." (p. 72) | "Miss Crane approaches with his drink and kisses him on the cheek." … "(shocked)" … "Oh!" (p. 62) |
| 12 | But they are quickly dashed | "Valerie slips in and takes a seat." (p. 72) | "Mistletoe." (p. 62) |
| 13 | A pronouncement from his specialism that he thinks people will like | "...And in conclusion, we must never be hazy about hazelnut allergy." (p. 72) | "Aeneas carried mistletoe when he descended into Hades in search of his father." (p. 63) |
| 14 | It falls flat | "The few delegates present look impassive and disinterested." (p. 73) | "Huh." (p. 63) |
| 15 | Willis/Paul's mood worsens and he is left isolated in the room | "Willis' gloom visibly deepens." (p. 73) | "Paul's smile fades." (p. 65) |
| 16 | An action line primes Amy/Angus to intervene | "Seeing this, Amy puts her hand up." (p. 73) | "Angus comes over, concerned." (p. 65) |
| 17 | Amy/Angus intervenes | "It's not a question so much as a comment. I just wanted to say I thought this was really an excellent talk." (p. 73) | "Mr. Hunham, could you come with me, please?" (p. 66) |
| 18 | Amy/Angus's question lets Willis/Paul exit with purpose | "Thank you." … "Willis smiles and nods and turns and walks off stage." (p. 73) | "Yeah, what is it?" … "Angus pulls Paul across the living room and into--" (p. 66) |
| 19 | His disillusion | "Ten years. Danny. A decade. What a goddamn waste." (p. 73) | "That was a disaster. Total disaster!" (p. 66) |
| 20 | Amy/Angus wants to keep the evening going | "So take us all to dinner in Chinatown to celebrate the occasion of you talking at the Congress of Allergists." (p. 75) | "Let's take Mary home, make sure she's okay and we'll come back." (p. 66) |

## Sequence – Table 20. The Request to Attend and the Event (text table, sheet 2 of 6)

| # | Beat | *Frisco* | *The Holdovers* |
|---|---|---|---|
| a | A wordless moment of physical-comedy failure: the bellyflop / the football throw (outside the sequence) | “draws his hands up above him as if about to make a graceful dive. And then bellyflops in.” (p. 69) | “He stares at it, then picks it up and throws it. It’s the most awkward throw ever.” (p. 55) |
| b | His reflection on what he had hoped for (outside the sequence) | “Do you know how long I spent preparing for that moment?” (p. 73) | “And I guess I thought I could make a difference.” (p. 63) |
| c | Willis/Paul disparages the teenager’s love interest (outside the sequence) | “He’s not her boyfriend. She met him on the street today.” (p. 75) | “all you can think about is some silly girl.” (p. 67) |

# Sequence – Table 20. The Request to Attend and the Event (sheet 3 of 6, beats 1–6)

| Matched beat | *Frisco*, pp. 67–68 | *The Holdovers*, pp. 55–56 |
|---|---|---|
| | 67. Willis and Amy sit eating breakfast in the hotel. Willis glances around to make sure nobody is watching then fills his own insulated cup from the pot on the table. WILLIS: How are you feeling today? AMY: Fine. WILLIS: I'm going to be at the conference all day. I've got my talk at three so– | 55 Just take one. The rest are for the Christmas party tonight. Angus snags a brownie and devours it. |
| 1 Amy/Angus seizes on the event | AMY: 1 I want to come. WILLIS: What? | ANGUS (mouth full): 1 What Christmas party? There's a Christmas party? MARY: At Miss Crane's house. I'm only gonna go for a little bit and show my face. She said she invited you. |
| 2 Amy/Angus says they want to go | AMY: 2 I want to come to your talk. | ANGUS: 2 I want to go to the party. |
| 3 Willis/Paul's excuse | WILLIS: 3 You're not a delegate. You don't have a pass. | 56 PAUL: 3 She didn't mean it. We were just making small talk. MARY: If you don't want to go, then don't go. I'll take him. |
| 4 Amy/Angus's workaround | AMY: 4 You can put me on the guest list. WILLIS: What? AMY: Like it was a band. | ANGUS: 4 Mary can take me. |
| 5 Willis/Paul rejects it | 68. WILLIS: 5 It's not a band. There isn't a guest list. AMY: So then you could smuggle me in. WILLIS: It's an important session. It's probably going to be full. | PAUL: 5 No, that's not how it works. You're under my supervision. |
| 6 Amy/Angus's final appeal | AMY: 6 I'd really like to see it, Jeff. | ANGUS: 6 Okay, maybe it's fine for you to sit around reading books all day, but I am losing my goddamned mind! Jesus! Angus flings his half-finished brownie and storms out. |

Highlighting and numbering added by counsel; unhighlighted text is context and is not claimed; pages reproduced without alteration.

# Sequence – Table 20. The Request to Attend and the Event (sheet 4 of 6, beats 7–10)

**Matched beat**

7 Each gets ready at a mirror in his temporary accommodation

8 Preparations with the unrequited love in mind end in an ineptly comic action: the answerphone message / the sniff and spray

9 At the crowded event Willis/Paul did not want Amy/Angus to attend, a love interest for Amy/Angus is introduced

10 Willis/Paul's specialty is misstated, swapped for something nearby and more familiar

***Frisco*, pp. 69–70**

69.

73 **INT. HOTEL SUITE - DAY** 73

7 Willis stands practicing his lines in front of the mirror in the suite.

*[p. 69: intervening unmatched material omitted]*

75 **INT. HOTEL SUITE - DAY** 75

Willis getting dressed for his big moment.

70.

7 He irons his shirt, puts on his best cuff-links and adjusts his tie.

8 He then picks up his phone and dials a number.

His face falls as the call goes through to answerphone.

WILLIS
Hi Susie. It's Jeff. I just - I'm doing my talk today and I kind of - well, I was just calling so you could wish me luck. I am sure you're thinking of me and you are probably just busy with something. I'll see you soon.
(Beat.)
Hey, maybe you're actually on your way down here and you're just going to surprise me? That'd be nice. But, I mean, I understand if you're not. I just-
(Beat.)
I don't know if I already said so, but this was Jeff, by the way.

Willis hangs up the phone.

76 **INT. HOTEL - LOBBY - DAY** 76

Willis, dressed in his best suit, hurries in to the lobby.

9 It is bustling with delegates.

Amy is there, holding hands with a boy, DANNY.

DANNY is about sixteen. He is covered in tattoos and piercings and he has a goatee beard. He is carrying a longboard.

WILLIS
Who is this?

AMY
Danny. He wants to come to the talk too.

WILLIS
What?

DANNY
I've heard a lot about you, Jeff.
10 The whole cashew nut thing sounds -

***The Holdovers*, pp. 57–59**

57

**INT. NURSE'S QUARTERS - NIGHT**

7 Paul stands at a mirror in a fresh shirt and tie under his corduroy jacket. He smooths his hair, checks his breath,
8 discreetly smells himself. Not good. He heads into --

**THE BATHROOM**

-- where he finds a can of AIR FRESHENER, sprays a little under each arm of his jacket. Sniffs. Close enough.

*[pp. 57–58: intervening unmatched material omitted]*

58

**INT. MISS CRANE'S HOUSE - LIVING ROOM - NIGHT**

9 A Christmas party is in full swing. There's a large silver Christmas tree in the corner. ADULTS drink, talk, laugh, smoke. KIDS run around.

*[p. 58: intervening unmatched material omitted]*

Jolted back to reality, he turns to Miss Crane, who stands with a lovely GIRL, 16.

59

MISS CRANE (CONT'D)
This is Angus Tully. He's one of our students at Barton. Angus, this is my niece, Elise.

ANGUS
Niece Elise. Nice.

Paul gives him a look.

MISS CRANE
This is Mr. Hunham. He's one of
10 our finest teachers. History, right?

PAUL
Ancient Civilizations, yes.

Highlighting and numbering added by counsel; unhighlighted text is context and is not claimed; pages reproduced without alteration.

# Sequence – Table 20. The Request to Attend and the Event (sheet 5 of 6, beats 11–14)

| Matched beat | *Frisco*, pp. 72–73 | *The Holdovers*, pp. 62–63 |
| --- | --- | --- |
| 11 With the event under way, his romantic hopes are raised: he thinks Susie has arrived / that Miss Crane kissed him because she likes him | 72. 11 A door noisily opens at the back of the room. Willis looks up, hopefully, expectantly. | 62 She leans closer, pointing to a blank space. Their eyes meet. She smiles and kisses him gently. We can tell it's his first. It takes a moment for him to process it before kissing back. INT. MISS CRANE'S HOUSE - LIVING ROOM - NIGHT 11 Paul examines the silver Christmas tree. Miss Crane approaches with his drink and kisses him on the cheek. PAUL (shocked) Oh! She hands him his glass of Jim and points at the ceIling. |
| 12 But they are quickly dashed | 12 Valerie slips in and takes a seat. 78 INT. AUDITORIUM - HOTEL - DAY 78 [p. 72: intervening unmatched material omitted] | MISS CRANE 12 Mistletoe. PAUL Right. Of course. (a beat, then, awkwardly) You know, it's interesting. (MORE) |
| 13 A pronouncement from his specialism that he thinks people will like | WILLIS 13 ...And in conclusion, we must never be hazy about hazelnut allergy. [pp. 72–73: intervening unmatched material omitted] | 63 PAUL (CONT'D) 13 Aeneas carried mistletoe when he descended into Hades in search of his father. |
| 14 It falls flat | 73. 14 The few delegates present look impassive and disinterested. | MISS CRANE 14 Huh. |

Highlighting and numbering added by counsel; unhighlighted text is context and is not claimed; pages reproduced without alteration.

# Sequence – Table 20. The Request to Attend and the Event (sheet 6 of 6, beats 15–20)

**Matched beat**

15 Willis/Paul's mood worsens and he is left isolated in the room

16 An action line primes Amy/Angus to intervene

17 Amy/Angus intervenes

18 Amy/Angus's question lets Willis/Paul exit with purpose

19 His disillusion

20 Amy/Angus wants to keep the evening going

***Frisco*, pp. 73 and 75**

73.

15 Willis' gloom visibly deepens.

16 Seeing this, Amy puts her hand up.

WILLIS (CONT'D)
The young lady in the middle there?

AMY
17 It's not a question so much as a comment. I just wanted to say I thought this was really an excellent talk.

WILLIS
18 Thank you.

Willis smiles and nods and turns and walks off stage.

79 **INT. HOTEL BAR - DAY** 79

Willis sits with Amy and Danny.

He has a large drink in front of him and he is staring straight into the distance.

WILLIS
Do you know how long I spent preparing for that moment? Dreaming about it, planning it all out?

DANNY
A couple of hours?

WILLIS
A couple of hours? That's what you think? That's how long you think that took me?

DANNY
A week?

WILLIS
19 Ten years. Danny. A decade. What a goddamn waste.

*[pp. 73–75: intervening unmatched material omitted]*

75.

AMY
20 So take us all to dinner in Chinatown to celebrate the occasion of you talking at the Congress of Allergists.

***The Holdovers*, pp. 65–66**

65

He basks in this small intimacy. Behind him, the front door swings open. Her face lights up.

MISS CRANE (CONT'D)
Excuse me for a minute, will you?

Paul turns to see a somewhat HANDSOME MAN taking off his coat and waving. She rushes to the door and greets him with a
15 deep kiss. Paul's smile fades. Angus comes over, concerned.
16

66

ANGUS
17 Mr. Hunham, could you come with me, please?

PAUL
18 Yeah, what is it?

Angus pulls Paul across the living room and into--

**INT. MISS CRANE'S HOUSE - KITCHEN - NIGHT**

-- where Mary stands by the sink, her back turned away. Danny is next to her, trying in vain to comfort her.

Paul approaches, finding Mary weeping quietly.

PAUL
Mary? Mary, are you all right?

MARY
Just leave me alone.

DANNY
You want me to take you home?

MARY
Back off!

Stung, Danny retreats. Paul closes the door. Mary starts to SOB.

MARY (CONT'D)
He's gone.

No more brave face. Real grief in real time. The enormity of her heartbreak leaves the men speechless.

**EXT. MISS CRANE'S HOUSE - NIGHT**

Supporting her on either side, Paul and Angus guide Mary down the front steps and toward the Nova.

PAUL
I was right. This is why I hate
19 parties. That was a disaster. Total disaster!

ANGUS
Speak for yourself. I was having
20 fun. Let's take Mary home, make sure she's okay and we'll come back.

Highlighting and numbering added by counsel; unhighlighted text is context and is not claimed; pages reproduced without alteration.

## Sequence – Table 21. The Ask to See the City (text table, sheet 1 of 2)

Each cell quotes the passage highlighted for that beat, with its page: *Frisco*, Second Draft (Jan. 20, 2013); *The Holdovers*, Awards Draft.

| # | Beat | *Frisco* | *The Holdovers* |
|---|---|---|---|
| 1 | Willis/Paul's line prompts Amy/Angus's request | "Hey. You guys ready to go home?" (p. 79) | "if there's anything I can do to make the holidays a little cheerier for either of you, just say the word." (p. 72) |
| 2 | Amy/Angus raises going to see the city | "Jeff, we are leaving tomorrow. Have you even seen any of the sights of Frisco?" (p. 80) | "Okay, I want to go to Boston." (p. 72) |
| 3 | Willis/Paul's noncommittal response | "I've been to Chinatown. So yeah, I think I've done pretty well with the sights." (p. 80) | "Boston. Why?" (p. 72) |
| 4 | Amy/Angus names specific things to do there, in an anaphoric list* | "What about the Golden Gate Bridge? What about the steep hills? What about the sea lions?" (p. 80) | "I want a real Christmas. I want to go ice skating. I want to see a real Christmas tree with ornaments" (p. 72) |
| 5 | Willis/Paul refuses | "I'll see them next time I'm here. It's too late now." (p. 80) | "Well, we're not going to Boston. It's out of the question." (p. 72) |
| 6 | Valerie/Mary intervenes for Amy/Angus | "It's not really too late, is it?" (p. 80) | "You just told the boy 'anything.' So take the kid to Boston." (p. 72) |
| 7 | The pressure is kept up | "Live a little, Jeff! We'll all be dead soon enough." (p. 80) | "Paul catches Mary and Angus's look. Sighs." (p. 72) |
| 8 | Willis/Paul relents | "Alright, alright, fine. Let's see the Bridge. Find us a taxi." (p. 80) | "But I suppose we could call it a field trip." (p. 73) |
| 9 | A physical action by Amy/Angus gets things moving | "Amy whistles for a taxi." (p. 80) | "Angus rises and sprints away happily." (p. 73) |
| 10 | Cut to the characters traveling into the city | "82 INT. TAXI DRIVING OVER GOLDEN GATE BRIDGE - NIGHT" (p. 80) | "HIGH AND WIDE" … "The Nova cruises past steepled churches and colonial clapboard houses strung with Christmas lights." (p. 73) |
| 11 | The city's landmark comes into view | "They are driving over the golden gate bridge." (p. 80) | "The BOSTON SKYLINE comes into view." (p. 73) |

*The first part of the teenager's wish — the Golden Gate Bridge / Boston — is granted at the end of this sequence. The second part — the sea lions / ice skating — is granted later in both works, in the fun-in-the-city sequence.

# Sequence – Table 21. The Ask to See the City (sheet 2 of 2)

**Matched beat**

1 Willis/Paul's line prompts Amy/Angus's request

2 Amy/Angus raises going to see the city

3 Willis/Paul's noncommittal response

4 Amy/Angus names specific things to do there, in an anaphoric list*

5 Willis/Paul refuses

6 Valerie/Mary intervenes for Amy/Angus

7 The pressure is kept up

8 Willis/Paul relents

9 A physical action by Amy/Angus gets things moving

10 Cut to the characters traveling into the city

11 The city's landmark comes into view

***Frisco*, pp. 79–80**

79.

WILLIS (CONT'D)
1 Hey. You guys ready to go home?

AMY
No.

WILLIS
What?

VALERIE
The night is still pretty young,
Jeff.

80.

WILLIS
It's after eleven. The night is
elderly. If it's not elderly then
it's certainly middle aged.

AMY
2 Jeff, we are leaving tomorrow. Have
you even seen any of the sights of
Frisco?

WILLIS
3 I've been to Chinatown. So yeah, I
think I've done pretty well with
the sights.

AMY
4 What about the Golden Gate Bridge?
What about the steep hills? What
about the sea lions? Those are the
things Frisco is famous for, and
you've not seen any of them!

WILLIS
5 I'll see them next time I'm here.
It's too late now.

VALERIE
6 It's not really too late, is it?

AMY
7 Live a little, Jeff! We'll all be
dead soon enough.

WILLIS
8 Alright, alright, fine. Let's see
the Bridge. Find us a taxi.

9 Amy whistles for a taxi.

10 82 **INT. TAXI DRIVING OVER GOLDEN GATE BRIDGE - NIGHT** 82

Willis sits in the front, Amy, Danny and Valerie squeezed in
the back.

11 They are driving over the golden gate bridge.

***The Holdovers*, pp. 72–73**

72

PAUL
I'd like to propose a toast. To my
two unlikely companions on this
snowy island. And to our absent
friends and family. I realize that
none of us is here because he wants
1 to be, so if there's anything I can
do to make the holidays a little
cheerier for either of you, just
say the word.

ANGUS
2 Okay, I want to go to Boston.

PAUL
3 Boston. Why?

ANGUS
4 Why not? I want a real Christmas.
I want to go ice skating. I want
to see a real Christmas tree with
ornaments, not that stupid thing.

PAUL
You said it was nice.

MARY
It is nice.

ANGUS
Come on. Let's get out of here. I
want a real holiday.

PAUL
5 Well, we're not going to Boston.
It's out of the question.

MARY
6 You just told the boy "anything."
So take the kid to Boston.

PAUL
Mary, we're not allowed to leave
campus or the immediate environs.

7 Paul catches Mary and Angus's look. Sighs.

73

PAUL (CONT'D)
8 But I suppose we could call it a
*field* trip. A field trip would
fall under the ambit of additional
academic pursuits. There's even a
fund set aside for additional
academic pursuits.

ANGUS
I'll go pack.

9 Angus rises and sprints away happily.

MARY
I'm gonna need you to drive me to
Roxbury.

PAUL
All right.

10 **HIGH AND WIDE**

The Nova cruises past steepled churches and colonial
clapboard houses strung with Christmas lights. Currier &
Ives New England, snowbound and gorgeous.

11 The BOSTON SKYLINE comes into view.

Highlighting and numbering added by counsel; unhighlighted text is context and is not claimed; pages reproduced without alteration.

## Sequence – Table 22. The Second Boss Meeting (text table, sheet 1 of 3)

Each cell quotes the passage highlighted for that beat, with its page: *Frisco*, Second Draft (Jan. 20, 2013); *The Holdovers*, Awards Draft. Rows a–b: matched pairs outside the sequence.

| # | Beat | *Frisco* | *The Holdovers* |
|---|---|---|---|
| 1 | The opening action line places Margaret/Woodrup and the angry parents | "Willis sits opposite MR and MRS LAKOVIC whilst Margaret Brown looks on." (p. 114) | "Dr. Woodrup sits across from the Well-Groomed Couple." (p. 99) |
| 2 | Margaret/Woodrup sets the scene | "Firstly, thank you for coming in today." (p. 114) | "Mr. Hunham, meet Judy and Stanley Clotfelter, Angus Tully's mother" (p. 99) |
| 3 | A piece of mistaken identity that will further irritate the parents | "That's okay. I was here anyway." (p. 114) | "and father." (p. 99) |
| 4 | The mistake is corrected | "I meant Mr and Mrs Lakovic." (p. 114) | "Stepfather." (p. 99) |
| 5 | Woodrup and the parents press for the concession | "Now, Dr Willis has something he'd like to say to you about your recent interaction." (p. 114) | "They've brought something very important to my attention." … "however he manipulated your sympathies or slipped the leash, just tell us." (pp. 99, 101) |
| 6 | An action line: silence when Willis/Paul is expected to speak | "Willis tries but cannot physically say the words." (p. 114) | "The Clotfelters and Dr. Woodrup look at Paul expectantly for a long beat." (p. 101) |
| 7 | Willis/Paul refuses, at first relatively politely | "She wants me to say I'm sorry. But I can't." (p. 114) | "He didn't trick me or slip the leash. I took him to see his father. In fact, I convinced him to do so." (p. 101) |
| 8 | Then he becomes deliberately inflammatory | "That's because I'm not sorry." (p. 114) | "I don't give a shit." (p. 101) |
| 9 | Margaret/Woodrup rebukes him with one word, his name | "Jeff." (p. 114) | "Hunham!" (p. 101) |
| 10 | He repeats the provocation | "I'm not." (p. 114) | "I said I don't give a shit." (p. 101) |
| 11 | Willis/Paul justifies himself: he is the one looking after their kids in the middle of the night or at Christmas | "I don't do this job because it's fun or because I like getting up in the middle of the night or because I …" (p. 114) | "You two were unreachable. He was all alone at Christmas." (p. 101) |
| 12 | He ends on his care for the children, referred to as "kid(s)" | "I do it because I want to look after your kids and because I'm good at looking after your kids." (p. 114) | "I just thought the kid should see his father." (p. 101) |
| 13 | The mother retorts again (her second retort in each) | "Mrs Brown, you said that if we came here he was going to apologize." (p. 115) | "Do you understand what you've done? I have to move Tom now. It was hard even finding a facility that would …" (p. 102) |
| 14 | Again addressing him by name, Margaret/Woodrup tells him the consequences are out of her or his hands | "Jeff, if these people complain there won't be anything I can do about your position." (p. 115) | "You did this to yourself, Hunham. Not me. I want you to remember that." (p. 102) |
| 15 | The scene ends on his parting insult, medical in nature in both | "But who will cover allergy?" … "Maybe Jenna can." (p. 115) | "I have the requisite experience and insight to aver that you are, and always have been, penis cancer in human …" (p. 102) |
| a | His plan to pursue his dream (outside the sequence) | "I've been thinking I might drive across the United States." (p. 115) | "Maybe I'll start in Carthage." (p. 103) |
| b | The mother's first retort (outside the sequence) | "You said a doctor not believing in vaccination was like a chef not believing in broiling." (p. 115) | "This is a family matter. You had no right to interfere." (p. 101) |

## Sequence – Table 22. The Second Boss Meeting (sheet 2 of 3, beats 1–12)

**Matched beat**

1 The opening action line places Margaret/Woodrup and the angry parents

2 Margaret/Woodrup sets the scene

3 A piece of mistaken identity that will further irritate the parents

4 The mistake is corrected

5 Woodrup and the parents press for the concession

6 An action line: silence when Willis/Paul is expected to speak

7 Willis/Paul refuses, at first relatively politely

8 Then he becomes deliberately inflammatory

9 Margaret/Woodrup rebukes him with one word, his name

10 He repeats the provocation

11 Willis/Paul justifies himself: he is the one looking after their kids in the middle of the night or at Christmas

12 He ends on his care for the children, referred to as “kid(s)”

***Frisco*, p. 114**

114.

1 Willis sits opposite MR and MRS LAKOVIC whilst Margaret Brown looks on.

MARGARET
2 Firstly, thank you for coming in today.

WILLIS
3 That’s okay. I was here anyway.

MARGARET
4 I meant Mr and Mrs Lakovic.

WILLIS
Oh.

MARGARET
5 Now, Dr Willis has something he’d like to say to you about your recent interaction.

WILLIS
I’m-
(Beat.)
I mean-
(Beat.)
I-

6 Willis tries but cannot physically say the words.

WILLIS (CONT’D)
7 She wants me to say I’m sorry. But
I can’t. That’s because I’m not
8 sorry.

MARGARET
9 Jeff.

WILLIS
10 I’m not. I don’t do this job
11 because it’s fun or because I like
getting up in the middle of the
night or because I like driving a
car that cost a tenth of what Bill
Drake’s did. I do it because I want
12 to look after your kids and because
I’m good at looking after your
kids.
(MORE)

***The Holdovers*, pp. 99 and 101**

99

1 Dr. Woodrup sits across from the Well-Groomed Couple.

DR. WOODRUP
2 Mr. Hunham, meet Judy and Stanley
Clotfelter, Angus Tully’s mother
3 and father.

STANLEY
4 Stepfather.

JUDY
Hello.

PAUL
Good morning.

DR. WOODRUP
5 They’ve brought something very important to my attention.

*[pp. 99–101: intervening unmatched material omitted]*

101

JUDY (CONT’D)
Look, Angus has defied me lots of
times about a lot of things,
5 including this. So however he
manipulated your sympathies or
slipped the leash, just tell us.

6 The Clotfelters and Dr. Woodrup look at Paul expectantly for a long beat. Then:

PAUL
It was my idea.
(off everyone’s stare)
7 He didn’t trick me or slip the
leash. I took him to see his
father. In fact, I convinced him
to do so.

JUDY
This is a family matter. You had no right to interfere.

PAUL
8 I don’t give a shit.

DR. WOODRUP
9 Hunham!

PAUL
10 I said I don’t give a shit. You
11 two were unreachable. He was all
alone at Christmas. I just thought
12 the kid should see his father.

Highlighting and numbering added by counsel; unhighlighted text is context and is not claimed; pages reproduced without alteration.

# Sequence – Table 22. The Second Boss Meeting (sheet 3 of 3, beats 13–15)

| Matched beat | *Frisco*, p. 115 | *The Holdovers*, p. 102 |
|---|---|---|
| 13 The mother retorts again (her second retort in each) | MRS LAKOVIC<br>Mrs Brown, you said that if we came here he was going to apologize. | Do you understand what you've done? I have to move Tom now. It was hard even finding a facility that would take him, and now I have to move him. |
| 14 Again addressing him by name, Margaret/Woodrup tells him the consequences are out of her or his hands | MARGARET<br>Jeff, if these people complain there won't be anything I can do about your position. | DR. WOODRUP<br>You did this to yourself, Hunham. Not me. I want you to remember that. |
| 15 The scene ends on his parting insult, medical in nature in both | MARGARET<br>But who will cover allergy?<br>WILLIS<br>Maybe Jenna can. | PAUL<br>Hardy, I have known you since you were a boy, so I think I have the requisite experience and insight to aver that you are, and always have been, penis cancer in human form. |

**Frisco, p. 115 (full page):**

115.

WILLIS (CONT'D)
And if you think your friend Jenna who once read something in a magazine knows as much about this as me who has only spent my whole life doing this, well, that's fine, but don't ask for my opinion then, and don't be upset when it's not the same as Jenna's.

MRS LAKOVIC
You said a doctor not believing in vaccination was like a chef not believing in broiling.

WILLIS
I'm going to use that one again.

MRS LAKOVIC
13 Mrs Brown, you said that if we came here he was going to apologize.

MARGARET
14 Jeff, if these people complain there won't be anything I can do about your position.

WILLIS
I know.

MARGARET
But if we fire you what will you do? We're the only children's hospital in the city and-

WILLIS
I've been thinking I might drive across the United States.

MARGARET
What? Why?

WILLIS
I'm going to look for the pearl.

MARGARET
15 But who will cover allergy?

WILLIS
Maybe Jenna can.

118 **INT. HOSPITAL CORRIDOR - DAY** 118

A clock ticking in an empty waiting room.

**The Holdovers, p. 102 (full page):**

102

13 Do you understand what you've done? I have to move Tom now. It was hard even finding a facility that would take him, and now I have to move him.

PAUL
And that is deeply unfortunate. But why compound the misery by ruining the boy? I just spent two solid weeks with him. He's a pain in the ass, sure, but he's also really smart. I don't know about brilliant, but really smart. You must know that. He's got enormous potential. It would be devastating if you pulled him out now.

**INT. HEADMASTER'S OUTER OFFICE - DAY**

Mary and Angus wait, holding hands. They hear approaching footsteps.

**INT. HEADMASTER'S OFFICE - CONTINUOUS**

Dr. Woodrup opens the door. Paul slowly walks over and joins Woodrup at the threshold.

DR. WOODRUP
14 You did this to yourself, Hunham. Not me. I want you to remember that.

PAUL
Hardy, I have known you since you
15 were a boy, so I think I have the requisite experience and insight to aver that you are, and always have been, penis cancer in human form.

Highlighting and numbering added by counsel; unhighlighted text is context and is not claimed; pages reproduced without alteration.

## Sequence – Table 23. The Ambition (text table, sheet 1 of 2)

Each cell quotes the passage highlighted for that move, with its page: *Frisco*, Second Draft (Jan. 20, 2013); *The Holdovers*, Awards Draft.

| # | Move | *Frisco* | *The Holdovers* |
|---|---|---|---|
| 1 | Willis/Paul is asked what he will do | "But if we fire you what will you do? We're the only children's hospital in the city and-" (p. 115) | "Have you decided where you're going to go?" (p. 103) |
| 2 | Willis/Paul states the dream in the conditional | "I've been thinking I might drive across the United States." (p. 115) | "Yes and no. First I'm going to stash my stuff at a friend's in Syracuse. Then... I don't know. Maybe I'll …" (p. 103) |
| 3 | The purpose is named | "What? Why?" … "I'm going to look for the pearl." (p. 115) | "I was hoping you'd say that." … "She hands him a small gift. He opens it. It's a leather-bound NOTEBOOK. He's touched." … "For your monograph." (p. 103) |

## Sequence – Table 23. The Ambition (sheet 2 of 2)

| Matched move | *Frisco*, p. 115 | *The Holdovers*, p. 103 |
|---|---|---|
| | 115. | 103 |
| | MARGARET<br>Jeff, if these people complain there won't be anything I can do about your position.<br><br>WILLIS<br>I know. | INT. FACULTY RESIDENCE - PAUL'S ROOM - DAY<br><br>The place is largely emptied out. Paul is packing a box. In one box is a stack of copies of "Meditations."<br><br>Mary appears in the doorway.<br><br>MARY<br>I missed you at breakfast.<br><br>PAUL<br>I was busy. |
| 1 Willis/Paul is asked what he will do | MARGARET<br>1 But if we fire you what will you do? We're the only children's hospital in the city and- | MARY<br>1 Have you decided where you're going to go? |
| 2 Willis/Paul states the dream in the conditional | WILLIS<br>2 I've been thinking I might drive across the United States. | PAUL<br>2 Yes and no. First I'm going to stash my stuff at a friend's in Syracuse. Then... I don't know. Maybe I'll start in Carthage. |
| 3 The purpose is named | MARGARET<br>3 What? Why?<br><br>WILLIS<br>I'm going to look for the pearl. | MARY<br>3 I was hoping you'd say that.<br><br>She hands him a small gift. He opens it. It's a leather-bound NOTEBOOK. He's touched.<br><br>MARY (CONT'D)<br>For your monograph. |

Highlighting and numbering added by counsel; unhighlighted text is context and is not claimed; pages reproduced without alteration.

## Plot – Table 24. Elements That Recur Out of Order

| No. | Element | Fr. p. | Aw. p. | Film | Displacement |
|---|---|---|---|---|---|
| 1 | Amy/Angus curses the step-parent at the step-parent's introduction (Amy off-screen; Stanley unseen) | 7–8 | 15 | 0:19:58 | 8 later |
| 2 | First scene between Willis/Paul and Amy/Angus: sparring, ending at odds; the shared interest planted; Amy/Angus not yet in his charge | 8–9 | 10–12 | 0:12:36–0:15:56 | 3 later |
| 3 | A presumed living parent corrected to a step-parent, then defined in financial terms | 8 | 67 | 1:16:48 | 56 later |
| 4 | Willis/Paul's youthful travel ambition stated, rooted in the shared interest; his resigned answer scolded | 9 | 37 | 0:45:08 | 27 later |
| 5 | Willis/Paul misreads an invitation from Susie/Miss Crane as interest | 15 | 49 | 0:57:24 | 33 later |
| 6 | The leverage (Table 38): Amy/Angus uses Willis/Paul's jeopardy with a threatened parental complaint, and gets something that forces proximity | 25, 28–29, 44 | 42–45 | 0:51:27–0:54:27 | 11 later |
| 7 | An exchange with the woman in charge (Susie / Judy) keeps Amy/Angus at the institution, in Willis/Paul's particular care | 27, 33–35 | 15–16 | 0:19:11–0:21:05 | 12 earlier |
| 8 | The medication excuse: Amy/Angus says something indiscreet in company (before two strangers; about Paul and Miss Crane) and Willis/Paul puts it down to medication | 31 | 48 | 0:56:06 | 19 later |
| 9 | A fear confided alone with Willis/Paul; a direct answer | 45–46 | 91–92 | 1:48:28–1:49:33 | 47 later |
| 10 | The Companion's first two friendship beats, in the same order: a shared cab or drink; a defense against a teenager rude about her work | 48, 50 | 21, 25 | 0:24:05; 0:29:48 | 21 and 19 earlier |
| 11 | The check-in lie: Amy/Angus rescues Willis/Paul by casting him as parent and the unseen mother as the one deceived, ending on "Dad" | 51–52 | 43–44 | 0:52:01–0:52:38 | 3 earlier |
| 12 | The Companion's third friendship beat, in a matched scene: Willis/Paul looks round his workplace (the conference hall; the night rounds) and notices her in the distance (seen at her stand; heard through the TV laughter); she explains something (Ventran; "The Newlywed Game"); a poor prize (branded laser pens; a barbecue and picnic utensils); they bond over her cynicism | 54–57 | 25–27 | 0:31:20–0:32:47 | 23 earlier |
| 13 | Willis/Paul finds Amy/Angus's room empty, follows a clue, and watches them absorbed in a performance before making himself known; in The Holdovers again at the rink, 'quietly marveling at the lad's vitality' (Aw. 79) | 58 | 69–70, 79 | 1:18:11–1:19:50 | 20 later |
| 14 | "No wonder": leave to be personal, a "how long" question, then the reproach; Willis/Paul pulled up short | 61–62 | 52–53 | 1:01:25 | 3 earlier |
| 15 | One-off encounter with a Successful Double, with female company, an encounter we expect to wound Willis/Paul's self-esteem, which he comes through surprisingly well | 65–67 | 79–81 | 1:31:47–1:34:11 | 19 later |
| 16 | Amy/Angus urges Willis/Paul to sleep with a woman; principle, mockery, and a claim of hidden depth | 76–77 | 76–77 | 1:27:54–1:29:26 | 7 later |
| 17 | The drinking-minor incident: an unfamiliar name, the rule on minors, a protest, the exit; the group next seen outdoors at night before light or flame | 82–86 | 92–95 | 1:51:22; 1:52:34 | 16 later |
| 18 | The breakfast disclosure (the Librium, in The Holdovers): at a hotel breakfast something Amy/Angus has kept quiet about their health comes out | 95 | 84–85 | 1:37:15 | 2 earlier |
| 19 | The restrained farewell: the mother mentioned, the firing remarked on, a wry reference to their time, no embrace; Willis/Paul's last words follow the departing Amy/Angus | 108–110 | 105–106 | 2:06:01–2:07:47 | 6 later |
| 20 | A two-scene rule-breaking indoors (Table 28): rule stated, the kitchen, the act without dialogue, the camera outside as it ends | 110–111 | 96 | 1:54:10 | 4 earlier |
| 21 | The two forward jumps in Act 3, at the same points: the first after Willis/Paul breaks the indoor rule, lasting until the funeral or the start of term; the second before his departure, lasting until he has arranged it | 111–113, 117–118 | 95–97, 103 | | first 5 earlier; second 3 earlier |
| 22 | A second montage of the institution in Act 3 echoing the first, Willis/Paul off screen, ending on him at work | 115–116 | 96–97 | | 8 earlier |

## Pace – Table 25. Story Days: The Full Calendar

*Frisco* is cited by page of the Second Draft (Jan. 20, 2013) as Fr.; *The Holdovers* by page of the Awards Draft as Aw. Each work's opening is counted as Day 1. The calendar claims alignment of days elapsed, not of calendar dates.

| Stage | Event | *Frisco* day (pp.) | *The Holdovers* day · card (pp.) | Alignment |
|---|---|---|---|---|
| Set-up | Willis/Paul at work: disgruntled, scornful of his charges | Day 1 (1–3) | Day 1 · Dec 18 (1–2) | Same day |
| Set-up | The love interest; Amy/Angus introduced; Margaret/Woodrup's warning; Willis/Paul isolated at work; the smoke break | Day 2 (3–25) | Day 1 · Dec 18 (2–28) | Folded into Day 1 |
| Set-up | Amy/Angus's leverage over Willis/Paul's job; the trip set up | Day 3 (25–29) | Day 6 · Dec 23 (45) | Relocated |
| Thrown together | Amy/Angus speaks of getting away | Day 4 (34) | Day 4 · Dec 21 (29) | Same day |
| Thrown together | Calls to the parent fail; the pair are left together; Amy/Angus is hurt | Day 5 (40–43) | Day 5 · Dec 22 (33–35) | Same day |
| The hotel day | The hotel booking | Day 6 (51) | Day 6 · Dec 23 (39) | Same day |
| The hotel day | The check-in lie ending on "Dad" | Day 6 (51–52) | Day 6 · Dec 23 (43–44) | Same day |
| The hotel day | The caretaking argument | Day 6 (59–60) | Day 6 · Dec 23 (39–40) | Same day |
| The hotel day | The medical emergency | Day 6 (63) | Day 6 · Dec 23 (41) | Same day |
| The hotel day | The hospital bed | Day 6 (63) | Day 6 · Dec 23 (44) | Same day |
| The hotel day | The medicated Amy/Angus's demands | Day 6 (63–65) | Day 6 · Dec 23 (45–47) | Same day |
| The hotel day | Willis/Paul drinks at a bar | Day 6 (65) | Day 6 · Dec 23 (46–47) | Same day |
| The event day | Breakfast; Amy/Angus asks to attend | Day 7 (67–69) | Day 7 · Dec 24 (54–56) | Same day |
| The event day | Getting ready | Day 7 (69–70) | Day 7 · Dec 24 (57) | Same day |
| The event day | The event; a love interest of 16 | Day 7 (70) | Day 7 · Dec 24 (58) | Same day |
| The event day | Willis/Paul's disillusion | Day 7 (72–73) | Day 7 · Dec 24 (62–64) | Same day |
| The city | The celebratory meal; the ask to see the city; travel into the city | Day 7 evening (75–80) | Day 8 · Dec 25 (71–73) | Same order, later day |
| The city | Outings; the "nephew" claim | Day 7 night (81–92) | Day 10 · Dec 27 (76–83) | Same order, later day |
| The city | The slip-away; caught | Day 7 night into Day 8 (93–94) | Day 11 · Dec 28 (87–88) | Same order, later day |
| The city | The morning after; the journey home | Day 8 (94–102) | Day 11 · Dec 28 (84–85); Day 12 · Dec 29, uncarded (95) | Same order, later day |
| Before jump 1 | Back at work in the first clothes; the ward; Amy dies | Days 9–10 (103–110) | — (the first-clothes beat follows jump 1(b) in *The Holdovers*, 97–98) | Later in *The Holdovers* |
| Jump 1(a) | Lands on a single set-piece | Undated: the funeral (111–112) | New Year's Eve · Dec 31 (95–96); uncarded in the Awards Draft, carded in the September 16, 2021 draft (p. 100) | Matched jump |
| Jump 1(b) | Lands on Willis/Paul back at the institution; fired | Undated: the bridge, the billboard changed (113–117) | New Semester · Jan 11 (96–102) | Matched jump |
| Jump 2 | Lands on the departure in a changed vehicle | Undated: the RV in the garage (117–118) | DISSOLVE: the emptied room; the U-Haul (103–107) | Matched jump |

# Pace – Table 26. Story Days: Notes on the Calendar

Days 4–7 are four consecutive story days on which the same events fall in both works, including seven on Day 6 and four on Day 7. The two forward jumps in Act 3 fall at the same structural points and land on the same kind of scene; in the Awards Draft the first is broken by the New Year's Eve scene that was added at the Awards Draft stage, so the calendar shows it in two parts.

## How *Frisco*'s days are derived

*Frisco* has no title cards. Its story days are reconstructed from three kinds of cue, which cross-check against one another.

- **DAY / NIGHT scene headings.** Each run of DAY headings followed by NIGHT headings is one story day; a return to DAY after NIGHT starts the next.
- **Willis's commutes.** Each morning drive over the Fremont Bridge (pp. 5, 29, 113) marks the start of a working day at the hospital.
- **Dialogue cues.** "Day after tomorrow" (p. 28) and "Case conference tomorrow at three" (p. 29) both land on the days the headings and commutes give. "We are leaving tomorrow" (p. 80) fixes the city sequence to the night before the flight home. Willis tells his boss Margaret Brown "in three days I'm presenting" (p. 13), which times to his departure for San Francisco.

The 2019 draft of *Frisco* yields the same days. Day 1 (pp. 1–3) is marked only by the opening in the 2013 draft; the 2019 draft makes it explicit.

## Title cards across the three *Holdovers* drafts

*The Holdovers* marks its days with cards headed UNDER BLACK (except the Day 8 card).

| Card | May 6, 2021 | September Draft (September 16, 2021) | Awards Draft |
|---|---|---|---|
| Day 1 · Dec 18 | present | present | present |
| Days 4–8 · Dec 21–25 | present | present | present |
| Day 9 · Dec 26 | present (p. 79) | present (p. 75) | cut |
| Days 10–11 · Dec 27–28 | present | present | present |
| Dec 31 | absent | present (p. 100) | absent |
| New Semester · Jan 11 | present | present | present |

The days on which the alignment rests (1, 4, 5, 6, 7) carry cards in all three drafts.

- **The gaps after the return.** *The Holdovers*' first jump leaves Dec 30 and Jan 1–10 unaccounted for while Paul and Angus remain alone at the school. It is pleaded with the evidence of copying, as an anomaly in *The Holdovers*' own calendar.

# Dialogue – Scene Ladders: Summary of Tables 27–29

Rung numbers are the beat numbers of the scene tables that follow; page ranges are the tables' crops; intervening material is shown with its page count. This sheet summarizes those tables; it is not a substitute for them.

Matched beat, numbered as in the scene table — Matched pair outside the sequence (dashed) — Material between beats, with its length

Table 27 · The Minor and Alcohol




Table 28 · The "Not in Here" Rule




Table 29 · The Farewell




*a* the age-appropriate alternative (Frisco p. 83; The Holdovers p. 93)
*b* his disapproval softens (Frisco p. 85; The Holdovers p. 94)

## Dialogue – Table 27. Exchange – The Minor and Alcohol (text table, sheet 1 of 4)

Each cell quotes the passage highlighted for that beat, with its page: *Frisco*, Second Draft (Jan. 20, 2013); *The Holdovers*, Awards Draft. Rows a–b: matched pairs outside the sequence.

| # | Beat | *Frisco* | *The Holdovers* |
|---|---|---|---|
| 1 | Willis/Paul, the woman and Amy/Angus — in Frisco, also the love interest — assemble on their last night in the city | "Amy, Danny, Valerie are taking in the scene as Willis descends the stairs and joins them." (p. 82) | "Mary approaches the table. They stand as Mary sits." (p. 92) |
| 2 | Something to drink or eat is offered | "What do you all want to drink?" (p. 83) | "And you, gentlemen? Did you save room for dessert?" (p. 93) |
| 3 | The item is introduced | "Fine. Just get us jaegerbombs then." (p. 83) | "A WAITER at a nearby table sets fire to a chafing dish." (p. 93) |
| 4 | Someone asks what it is | "What's a jaegerbomb?" (p. 83) | "What's that?" (p. 93) |
| 5 | The answer leaves out the alcohol | "Root beer and coke. You know, what little kids drink?" (p. 83) | "That's our signature dessert. Cherries jubilee." (p. 93) |
| 6 | "Sounds great" (its only use in either script) | "Sounds great." (p. 83) | "That sounds great." (p. 93) |
| 7 | Willis/Paul orders the alcoholic item for the minor | "Miss! Two jaegerbombs and two whiskey sours please." (p. 84) | "Bring the young vandal here cherries jubilee." (p. 93) |
| 8 | A staff member declares a problem | "You folks have to leave now." (p. 84) | "I'm afraid I can't. The dish contains brandy." (p. 93) |
| 9 | An adult protests | "What? We just got here." (p. 84) | "But all the alcohol burns off, right?" (p. 93) |
| 10 | The staff member cites the rule | "You've been giving alcohol to minors." (p. 84) | "It's still against the rules, ma'am." (p. 93) |
| 11 | Willis/Paul pushes back against the rule | "They've only been drinking jaegerbombs. They're just root beer and coke." (p. 84) | "Fine. I'll order the cherries jubilee. We can share it." (p. 93) |
| 12 | The staff member insists | "They're jaegermeister and red bull." (p. 84) | "I can't allow that either." (p. 93) |
| 13 | The group prepares to leave | "Willis looks across to where Amy and Danny are standing - with their coats already on" (p. 85) | "And the check." (p. 94) |
| 14 | Outside at night, the group stands together | "86 EXT. NOB HILL - SAN FRANCISCO - NIGHT" … "so the four of them are now stood in a line." (p. 85) | "EXT. FANCY RESTAURANT PARKING LOT - NIGHT" … "Paul, Angus and Mary stand before a TAKEOUT CONTAINER atop the trunk of a car." (p. 94) |
| 15 | A spectacle of light against the dark | "Spread out beneath them are the night-time lights of the city, and beyond those the bay and then the sea. It …" (p. 85) | "Mary lights a match and touches it to the cherries. FLAMES." … "The flames shoot up so much that the takeout container catches fire." (p. 95) |
| 16 | The moment is held in a wordless reaction | "They stare at it in wonder for a some moments." (p. 86) | "LAUGHTER as they knock the flaming container onto the pavement and struggle to extinguish the blaze." … "WIDE" (p. 95) |
| a | The age-appropriate alternative (outside the sequence) | "What do you want that doesn't have any alcohol in it?" (p. 83) | "age-appropriate dessert" (p. 93) |
| b | His disapproval softens (outside the sequence) | "Willis starts to smile too but quickly looks away" (p. 85) | "I don't approve, but good thinking." (p. 94) |

## Dialogue – Table 27. Exchange – The Minor and Alcohol (sheet 2 of 4, beats 1–7)

**Matched beat**

1 Willis/Paul, the woman and Amy/Angus — in Frisco, also the love interest — assemble on their last night in the city

2 Something to drink or eat is offered

3 The item is introduced

4 Someone asks what it is

5 The answer leaves out the alcohol

6 “Sounds great” (its only use in either script)

7 Willis/Paul orders the alcoholic item for the minor

***Frisco*, pp. 82–84**

82.

84 **INT. SIXTH GALLERY - NIGHT** 84

Inside, the Sixth Gallery is a dark and busy basement jazz club.

The band on stage are a HIPSTER JAZZ GROUP. They are playing loud, free-form jazz. The band - and indeed the place - are the polar opposite of the hotel restaurant from the previous night.

[1] Amy, Danny, Valerie are taking in the scene as Willis descends the stairs and joins them.

*[pp. 82–83: intervening unmatched material omitted]*

83.

(Sighs.)
[2] What do you all want to drink?

AMY
What do you think we want? Whiskey sours.

WILLIS
Okay. What do you want that doesn’t have any alcohol in it?

AMY
Really, Jeff?

WILLIS
Really, Amy.

Amy sighs.

AMY
[3] Fine. Just get us jaegerbombs then.

WILLIS
[4] What’s a jaegerbomb?

AMY
[5] Root beer and coke. You know, what little kids drink?

Willis turns to Valerie.

WILLIS
Whiskey sour?

VALERIE
[6] Sounds great.

85 **INT. SIXTH GALLERY - A LITTLE LATER - NIGHT** 85

The four of them sit at a table, watching the band who are really rocking out.

Eight empty glasses on the table show that they have been here a little while and have had a couple of rounds.

A WAITRESS is passing nearby.

84.

AMY
Can we have one more round?

Willis looks at Valerie. She shrugs at him: why the hell not?

WILLIS
[7] Miss! Two jaegerbombs and two whiskey sours please.

WAITRESS
Coming up.

***The Holdovers*, pp. 92–93**

92

[1] Mary approaches the table. They stand as Mary sits.

MARY
Thank you. Sorry I’m late.

PAUL
We’re just happy to see you.

HOST
Madame, your menu.

The host leaves, and shortly the WAITRESS approaches.

WAITRESS
Hello, ma’am. Would you like a cocktail to start?

MARY
I’ll just have tea, please. And I’ve eaten.

PAUL
Have a cocktail.

MARY
Just a cup of tea.

93

WAITRESS
[2] And you, gentlemen? Did you save room for dessert?

[3] A WAITER at a nearby table sets fire to a chafing dish. A YOUNG COUPLE marvels at the spectacle.

ANGUS
[4] What’s that?

WAITRESS
[5] That’s our signature dessert. Cherries jubilee.

ANGUS
[6] That sounds great.

PAUL
[7] Bring the young vandal here cherries jubilee.

Highlighting and numbering added by counsel; unhighlighted text is context and is not claimed; pages reproduced without alteration.

# Dialogue – Table 27. Exchange – The Minor and Alcohol (sheet 3 of 4, beats 8–13)

**Matched beat**

8 A staff member declares a problem

9 An adult protests

10 The staff member cites the rule

11 Willis/Paul pushes back against the rule

12 The staff member insists

13 The group prepares to leave

***Frisco*, pp. 84–85**

84.

8 You folks have to leave now.

WILLIS
9 What? We just got here. Look how much she's enjoying herself.

BOUNCER
10 You've been giving alcohol to minors.

WILLIS
11 They've only been drinking jaegerbombs. They're just root beer and coke.

BOUNCER
12 They're jaegermeister and red bull.

On Willis as he realizes.

85.

13 Willis looks across to where Amy and Danny are standing – with their coats already on and looking a little sheepish –

***The Holdovers*, pp. 93–94**

93

8 I'm afraid I can't. The dish contains brandy. Same deal with the bananas foster.

MARY
9 But all the alcohol burns off, right?

WAITRESS
10 It's still against the rules, ma'am.

PAUL
11 Fine. I'll order the cherries jubilee. We can share it.

WAITRESS
12 I can't allow that either.

MARY
What if it's his birthday?

ANGUS
It's my birthday.

WAITRESS
Happy birthday, young man. Let's get you a slice of cake or some other age-appropriate dessert.

94

PAUL
Christ on a crutch, what kind of fascist hash foundry are you running here?

MARY
Let me ask you a question. Do you have cherries?

WAITRESS
Yes.

MARY
Great. And do you have ice cream?

WAITRESS
Yes.

MARY
Fantastic. Can we please get cherries and ice cream to go?

PAUL
13 And the check.

Highlighting and numbering added by counsel; unhighlighted text is context and is not claimed; pages reproduced without alteration.

# Dialogue – Table 27. Exchange – The Minor and Alcohol (sheet 4 of 4, beats 14–16)

**Matched beat**

14 Outside at night, the group stands together

15 A spectacle of light against the dark

16 The moment is held in a wordless reaction

***Frisco*, pp. 85–86**

85.

14 86 **EXT. NOB HILL - SAN FRANCISCO - NIGHT** 86

Nob Hill. Amy and Danny lead the way, then Valerie, then Willis straggling behind.

WILLIS
You know, this can't actually be the right way to our hotel. You do all realize that?

*[p. 85: intervening unmatched material omitted]*

Willis who has now joined them at the top, turns back and looks down the hill too, so the four of them are now stood in a line.

15 Spread out beneath them are the night-time lights of the city, and beyond those the bay and then the sea. It is breathtakingly beautiful.

86.

16 They stare at it in wonder for a some moments.

***The Holdovers*, pp. 94–95**

94

14 **EXT. FANCY RESTAURANT PARKING LOT - NIGHT**

Paul, Angus and Mary stand before a TAKEOUT CONTAINER atop the trunk of a car. Mary has a cigarette in her mouth and matches in her hand.

ANGUS
I swiped us spoons.

PAUL
I don't approve, but good thinking.

MARY
Hurry up. I'm cold.

Paul unscrews his flask and soaks the cherries a little too much.

95

PAUL
James Beam....

15 Mary lights a match and touches it to the cherries. FLAMES.

PAUL (CONT'D)
Presto! Cherries jubilee!

The flames shoot up so much that the takeout container catches fire.

ANGUS
Shit! Shit!

MARY
How much alcohol did you put on there?

**WIDE**

16 LAUGHTER as they knock the flaming container onto the pavement and struggle to extinguish the blaze.

Highlighting and numbering added by counsel; unhighlighted text is context and is not claimed; pages reproduced without alteration.

## Dialogue – Table 28. Exchange – The “Not in Here” Rule (text table, sheet 1 of 2)

Each cell quotes the passage highlighted for that move, with its page: *Frisco*, Second Draft (Jan. 20, 2013); *The Holdovers*, Awards Draft.

| # | Move | *Frisco* | *The Holdovers* |
|---|---|---|---|
| 1 | The rule is stated, around the same words, “in here” | “You shouldn’t be in here before eight-fifteen!” (p. 110) | “You’re not deploying that in here.” (p. 96) |
| 2 | He moves to the kitchen | “Willis walks straight past them all, through to the kitchen.” (p. 110) | “They head to the adjacent kitchen area.” (p. 96) |
| 3 | He commits the infraction himself | “Willis takes a BEER out of the fridge opens it and pours it into a glass.” (p. 110) | “Paul gives the M-80 to Angus and lights it for him.” (p. 96) |
| 4 | The infraction is completed | “Willis walks into the guest room carrying his two beers.” (p. 111) | “Angus throws it off-screen. LOUD EXPLOSION.” (p. 96) |
| 5 | The scene ends with the camera outside the room | “He closes the door behind him” (p. 111) | “Through the windows we see the threesome hugging one another.” (p. 96) |

# Dialogue – Table 28. Exchange – The "Not in Here" Rule (sheet 2 of 2)

**Matched move**

1. The rule is stated, around the same words, "in here"
2. He moves to the kitchen
3. He commits the infraction himself
4. The infraction is completed
5. The scene ends with the camera outside the room

***Frisco*, pp. 110–111**

110.

113 **INT. WILLIS HOUSE - HALLWAY - DAY** 113

Willis enters the hallway.

As soon as he closes the door Susie, Blake and Alexis converge on him from various rooms.

*[p. 110: intervening unmatched material omitted]*

SUSIE
Jesus Christ, Jeff. The girls are saying you left them on the freeway last night?

BLAKE
It's before eight-fifteen, Dad!

ALEXIS
[1] You shouldn't be in here before eight-fifteen!

[2] Willis walks straight past them all, through to the kitchen.

[3] Willis takes a BEER out of the fridge opens it and pours it into a glass.

111.

He then does the same with ANOTHER BEER and walks upstairs holding his two full glasses of beer.

His family have followed him, though they have now fallen silent.

114 **INT. UPSTAIRS HALLWAY - DAY** 114

[4] Willis walks into the guest room carrying his two beers.

[5] He closes the door behind him, shutting the door on his wife and children.

***The Holdovers*, pp. 95–96**

95

ANGUS
I've got a noise-maker.

Angus produces an M-80 from his pocket.

PAUL
Where the hell did you get that?

ANGUS
I don't know. Found it.

96

PAUL
[1] You're not deploying that in here.

ANGUS
You weren't this uptight in Boston. Danny, where do you stand on indoor fireworks?

DANNY
About as far away as I can.

*[p. 96: intervening unmatched material omitted]*

PAUL
Congratulations, Mr. Tully. Congratulations, Danny. Mary.
(holding up M-80)
Now, as I say, we're not deploying this in here. We're going to light this sucker off in the kitchen.

**EXT. KITCHEN STAFF COMMON ROOM - CONTINUOUS**

[2] They head to the adjacent kitchen area. [3] Paul gives the M-80 to Angus and lights it for him. [4] Angus throws it off-screen. LOUD EXPLOSION.

[5] Through the windows we see the threesome hugging one another.

Highlighting and numbering added by counsel; unhighlighted text is context and is not claimed; pages reproduced without alteration.

## Dialogue – Table 29. Exchange – The Farewell (text table, sheet 1 of 3)

Each cell quotes the passage highlighted for that beat, with its page: *Frisco*, Second Draft (Jan. 20, 2013); *The Holdovers*, Awards Draft.

| # | Beat | *Frisco* | *The Holdovers* |
|---|---|---|---|
| 1 | The mother figure is mentioned, with communication problems ongoing | “Do you want me to call Anne?” … “Amy shakes her head.” (pp. 108–109) | “I don’t know what you said to my mom and Stanley and Woodrup.” (p. 105) |
| 2 | Willis/Paul’s dismissal is mentioned, with ‘fired’ (in Frisco, dismissal as Amy’s doctor; in The Holdovers, dismissal from his position) | “I’m pretty sure I fired you.” (p. 109) | “And you got fired.” (p. 105) |
| 3 | The importance of their time together is not described; it is recalled only obliquely, introduced with ‘you know’ | “Well, you know, paying for the hotel suite.” (p. 109) | “You know, it’s only PE. Maybe I could skip it, and we could head over to the Winning Ticket, grab a burger …” (p. 105) |
| 4 | He offers a last word of support | “Is there anything I can do?” (p. 109) | “Keep your head up, all right? You can do this.” (p. 106) |
| 5 | Amy/Angus’s reply is understated | “You could read to me, Jeff.” (p. 109) | “I was gonna tell you the same thing.” (p. 106) |
| 6 | His last words go unheard as Amy/Angus leaves his life* | “He picks it up and begins to read.” … “Amy has closed her eyes and rested back on the pillow.” (pp. 109–110) | “See ‘ya. Paul watches him go” (p. 106) |

*In the film, Paul’s ‘See ya’ comes thirteen seconds after Angus’s (2:07:34, 2:07:47), when Angus is in the far distance — matching Willis still reading as Amy drifts away.

## Dialogue – Table 29. Exchange – The Farewell (sheet 2 of 3, beats 1–3)

**Matched beat**

1 The mother figure is mentioned, with communication problems ongoing

2 Willis/Paul's dismissal is mentioned, with 'fired' (in Frisco, dismissal as Amy's doctor; in The Holdovers, dismissal from his position)

3 The importance of their time together is not described; it is recalled only obliquely, introduced with 'you know'

***Frisco*, pp. 108–109**

```
                                                  108.
109  INT. AMY'S HOSPITAL ROOM - NIGHT              109

     Willis enters Amy's room.

     She is in bed, looks pale, sweaty and drowsy.

                          AMY
               Am I dying, Jeff?

     Willis studies her chart.

                          WILLIS
               Yeah.

                          AMY
               Well, that really sucks.

                          WILLIS
             1 Do you want me to call Anne?

                                                  109.

   1 Amy shakes her head.

                          AMY
             2 Why are you even here, anyway? I'm
               pretty sure I fired you.

                          WILLIS
               I actually came by to say thank
               you.

                          AMY
               For what?

                          WILLIS
             3 Well, you know, paying for the
               hotel suite. Some other stuff too.

                          AMY
               Are you thanking me for telling you
               your wife was sleeping with
               Melcher?

                          WILLIS
               Mainly for paying for the hotel
               suite. But the other thing too. A
               little bit.

                          AMY
               We'll always have Frisco, Jeff.
```

***The Holdovers*, p. 105**

```
                                                  105
     EXT. FACULTY PARKING LOT - DAY

     Paul loads the last box.  He slams the door to the U-Haul
     shut.  Angus is there.

                          ANGUS
               Hi.

                          PAUL
               Oh, hi.

     They look at each other a moment.

                          ANGUS
             1 I don't know what you said to my
               mom and Stanley and Woodrup.  All I
               know is I'm not getting kicked out.
             2 And you got fired.

                          PAUL
               I just told the truth.  Mostly.

                          ANGUS
               Barton man.

                          PAUL
               Barton man.

     The BELL rings.

                          PAUL (CONT'D)
               That's fifth period.

     Reflexively, Angus takes a couple steps away, then turns.

                          ANGUS
             3 You know, it's only PE.  Maybe I
               could skip it, and we could head
               over to the Winning Ticket, grab a
               burger and a beer?

                          PAUL
               A Miller High Life, no doubt.  You
               never give up, do you?
```

Highlighting and numbering added by counsel; unhighlighted text is context and is not claimed; pages reproduced without alteration.

# Dialogue – Table 29. Exchange – The Farewell (sheet 3 of 3, beats 4–6)

**Matched beat**

4 He offers a last word of support

5 Amy/Angus's reply is understated

6 His last words go unheard as Amy/Angus leaves his life*

***Frisco*, pp. 109–110**

109.

WILLIS
4 Is there anything I can do? Are you sure you don't need me to call anyone? Do you maybe need some water or your feet massaged or–

AMY
5 You could read to me, Jeff.

Willis looks puzzled, but then sees the paperback copy of 'On the Road' on the bedside table and understands.

6 He picks it up and begins to read.

WILLIS
(Reads.)
I first met Dean Moriarty not long after my wife and I split up. I had just gotten over a serious illness that I won't bother to talk about, except that it had something to do with the miserably weary split-up and my feeling that everything was dead. With the coming of Dean Moriarty began the part of my life you could call my life on the road...

110.

6 Amy has closed her eyes and rested back on the pillow.

110 **INT. CORRIDOR - DAWN** 110

Willis emerges from Amy's hospital room and closes the door behind him.

Something about the weary way he moves tells us Amy has passed away.

***The Holdovers*, p. 106**

106

They look at each other a long moment.

PAUL (CONT'D)
4 Keep your head up, all right? You can do this.

ANGUS
5 I was gonna tell you the same thing.

They lock eyes. They want to hug, but instead they just SHAKE HANDS. Angus abruptly starts running back to campus.

ANGUS (CONT'D)
(over his shoulder)
See 'ya.

PAUL
6 See 'ya.

Paul watches him go until he disappears inside the building, and then stares after him for a moment or two longer.

Highlighting and numbering added by counsel; unhighlighted text is context and is not claimed; pages reproduced without alteration.

## Dialogue – Table 30. Matched Rhetorical Device – Tag Question: The Check-in Lie, Ending on "Dad"

**Matched beat**

1 Tag question assumes Willis/Paul's assent to the title Dad

***Frisco*, p. 52**

52.

AMY (CONT'D)
Live a little, Jeff. Anne doesn't even read the bills.

The receptionist looks at her with concern.

AMY (CONT'D)
Private joke between me and my dad. [1] Anne's my mom. His wife. She's just a crazy shopaholic, hey Dad?

57 **INT. HOTEL SUITE - LIVING ROOM - DAY** 57

***The Holdovers*, pp. 43–44**

43

ANGUS
Please. I never get to see my dad. It was my fault, all mine. I don't want to get him in trouble.
(MORE)

44

ANGUS (CONT'D)
(to Paul)
I don't want her dragging you to court again.
(to the Nurse)
Can we can skip the whole insurance [1] thing? We can pay cash. Right, Dad?

**INT. BARTON HOSPITAL - TREATMENT ROOM - LATER**

Highlighting and numbering added by counsel; unhighlighted text is context and is not claimed; pages reproduced without alteration.

---

## Dialogue – Table 31. Matched Rhetorical Device – Anaphora: The Ask to See the City

**Matched beat**

1 Earlier, Amy lists the sights on 'I'm going to' (Frisco only)

2 Amy/Angus voices the wish to see the city in an anaphora: 'What about the …' / 'I want …'

***Frisco*, pp. 53 and 80**

53.

AMY
Well, I didn't! I'm going out to [1] explore. I'm going to go to the Mission, I'm going to ride a street car to the Castro, I'm going to walk up the steep hills and cross the Golden Gate Bridge and then I'm going to go down and look at the goddamn sea lions!

80.

AMY
Jeff, we are leaving tomorrow. Have you even seen any of the sights of Frisco?

WILLIS
I've been to Chinatown. So yeah, I think I've done pretty well with the sights.

AMY
[2] What about the Golden Gate Bridge? What about the steep hills? What about the sea lions? Those are the things Frisco is famous for, and you've not seen any of them!

***The Holdovers*, p. 72**

72

PAUL
Boston. Why?

ANGUS
[2] Why not? I want a real Christmas. I want to go ice skating. I want to see a real Christmas tree with ornaments, not that stupid thing.

Highlighting and numbering added by counsel; unhighlighted text is context and is not claimed; pages reproduced without alteration.

## Dialogue – Table 32. Matched Rhetorical Device – Parthian Shot: The Parting Medical Jibe

**Matched beat**

1 Addressing him by name, Margaret/Woodrup tells him the consequences are out of her or his hands

2 The scene ends on his parting insult, medical in nature in both

***Frisco*, p. 115**

115.

MARGARET
1 Jeff, if these people complain there won't be anything I can do about your position.

WILLIS
I know.

MARGARET
But if we fire you what will you do? We're the only children's hospital in the city and–

WILLIS
I've been thinking I might drive across the United States.

MARGARET
What? Why?

WILLIS
I'm going to look for the pearl.

MARGARET
But who will cover allergy?

WILLIS
2 Maybe Jenna can.

118 INT. HOSPITAL CORRIDOR - DAY 118

***The Holdovers*, p. 102**

102

DR. WOODRUP
1 You did this to yourself, Hunham. Not me. I want you to remember that.

PAUL
2 Hardy, I have known you since you were a boy, so I think I have the requisite experience and insight to aver that you are, and always have been, penis cancer in human form.

EXT. HEADMASTER'S OFFICE - CONTINUOUS

Highlighting and numbering added by counsel; unhighlighted text is context and is not claimed; pages reproduced without alteration.

---

## Dialogue – Table 33. Matched Rhetorical Device – Tapinosis: The Step-Parent Reduced to Money

**Matched beat**

1 Willis/Paul assumes a living parent

2 Amy/Angus: that parent is dead

3 Willis/Paul questions it

4 The step-parent identified and dismissed with "just", reduced to money

***Frisco*, p. 8**

8.

WILLIS
I heard the yelling.

AMY
And?

WILLIS
People were looking at me. I felt obliged to come in here and, you know, pretend to do something.

Amy visibly softens at this: at least Willis is honest.

WILLIS (CONT'D)
1 Also your mom seemed upset.

AMY
2 My mom's dead.

WILLIS
3 So who was that woman?

AMY
4 That would be Anne.

WILLIS
Anne Frank? Anne of Cleves? Anne of Greengables?

AMY
She used to be my stepmother, but my dad's dead too now. So she's really just the woman that is going to inherit my trust fund.

***The Holdovers*, p. 67**

67

PAUL
Need I remind you it's not my fault you're stuck here? Do you think I *want* to be babysitting you? I was praying to the God I don't believe
1 in that your mother would pick up the phone, or your father would arrive in a helicopter or a submarine or a flying fucking saucer to take you off my hands.

ANGUS
2 My father's dead.

PAUL
3 But I thought your father --

ANGUS
4 That's just some rich guy my mom married. Give me your keys.

Highlighting and numbering added by counsel; unhighlighted text is context and is not claimed; pages reproduced without alteration.

# Dialogue – Table 34. Matched Rhetorical Device – Double Meaning / Simile: The Put-Down in the Companion's Defense

**Matched beat**

1 Amy/Angus is critical of the woman's work (pharma rep / school cook)

2 Amy/Angus goes further

3 Willis/Paul defends the woman with a put-down with a double meaning

***Frisco*, p. 50**

50.

WILLIS
I won't say no to a free ride, Valerie.

AMY
[1] It's not free. It just ultimately makes the drugs more expensive.

WILLIS
What?

AMY
[2] It is paid for by the families of sick and dying children. Lots of them don't even have insurance. This particular cab ride was probably paid for by a foundry worker pulling double shifts to buy a medicine that he thinks is making his kid better but is actually just making his kid's hair fall out.

WILLIS
Amy, are you feeling okay?

AMY
Actually, I'm a little nauseous right now.

WILLIS
[3] Well, that's funny, because I have a severe pain in the neck.

56 **INT. RECEPTION - HILTON UNION SQUARE - DAY** 56

***The Holdovers*, p. 25**

25

PAUL (CONT'D)
Mary, maybe you'd, um, maybe you'd care to join us.

Kountze looks up -- "Join us?" Mary clocks his disdain.

MARY
I'm all right, thank you.

Mary exits.

KOUNTZE
[1] I mean, I know she's sad about her son and everything, but still, she's being paid to do a job. And she should do it well, right?

The other boys are unsure whether to agree or be horrified, or both.

KOUNTZE (CONT'D)
[2] But I guess no matter how bad a cook she is, now they can never fire her.

PAUL
(slamming his silverware)
Will you shut up! You have no idea what that woman has...
(reining it in)
[3] For most people, Mr. Kountze, life is like a henhouse ladder -- shitty and short. You were born lucky. Maybe someday you entitled little degenerates will appreciate that. If you don't, I feel sorry for you, and we will not have done our jobs. Now eat!

**INT. INFIRMARY - NIGHT**

Highlighting and numbering added by counsel; unhighlighted text is context and is not claimed; pages reproduced without alteration.

## Dialogue – Table 35. Matched Rhetorical Device – Diacope: The Verdict on His Barb

| Matched beat | *Frisco*, p. 60 | *The Holdovers*, p. 86 |
|---|---|---|
| 1 Willis/Paul lands a cutting reply | WILLIS<br>1 Well, you should have thought about that before you broke curfew. | PAUL<br>You're a pretty good teacher, kid.<br>1 Too bad everyone dislikes you. Pretty much hates you. But you must know that, right? |
| 2 Amy/Angus concedes the hit in a diacope, the repeated word a form of address | AMY<br>2 Harsh, Jeff. Very harsh. | ANGUS<br>2 Touché, sir. Touché. |

Page headers in excerpts: 60. / 86

Highlighting and numbering added by counsel; unhighlighted text is context and is not claimed; pages reproduced without alteration.

## Dialogue – Table 36. Shorter Matched Exchange – Amy/Angus as Romantic Adviser (sheet 1 of 2, first scene, beats 1–2)

| Matched beat | *Frisco*, p. 74 | *The Holdovers*, pp. 47–48 |
|---|---|---|
| 1 Amy/Angus tells Willis/Paul a woman is interested in him | AMY<br>It wasn't a waste, Jeff.<br>WILLIS<br>Yeah. It was.<br>AMY<br>Jeff, she came.<br>WILLIS<br>What? Susie was here? Are you sure? I didn't see–<br>AMY<br>No. The child catcher wasn't here.<br>1 Valerie came. She likes you. | 47<br>1 She smiles and exits. Paul watches her go. Angus grins.<br>ANGUS<br>Ouch. You two have chemistry. |
| 2 Willis/Paul dismisses the idea | WILLIS<br>2 How would you even know that? | 48<br>PAUL<br>2 That's the Percodan talking. |

Page header in excerpt: 74.

Highlighting and numbering added by counsel; unhighlighted text is context and is not claimed; pages reproduced without alteration.

## Dialogue – Table 36. Shorter Matched Exchange – Amy/Angus as Romantic Adviser (sheet 2 of 2, second scene, beats 3–7)

**Matched beat**

3 Second scene: the woman leaves

4 Amy/Angus proposes Willis/Paul sleep with her

5 Willis/Paul invokes a principle

6 Amy/Angus bluntly challenges his sex life

7 Willis/Paul retreats to a hidden depth Amy/Angus cannot know

***Frisco*, pp. 76–77**

76.

3 Valerie gets up and hurries away.

AMY
4 You should totally bone her tonight.

WILLIS
What?

AMY
Tell him, Danny.

DANNY
I've been observing Valerie's body language carefully. She wants to bone you.

AMY
Danny is an expert in body language.

77.

WILLIS
5 Well, I'm married. I made a vow. That doesn't mean much at your age, but when you have spent as long being faithful as my wife and I have–

AMY
6 She makes you sleep in the garage!

WILLIS
7 Our love is more complicated than you could ever understand.

***The Holdovers*, pp. 76–77**

76

**EXT. BRATTLE BOOK SHOP – DAY**

Paul and Angus browse at an outdoor bookstore open even during winter. Soon a HOOKER in a short coat and go-go boots wanders by. She approaches Paul.

HOOKER
Hi there, handsome. Got a cigarette?

PAUL
No, sorry, I smoke a pipe.

HOOKER
Then how about a date? You want a date?

PAUL
No, thank you.

HOOKER
Come on. Let's go somewhere warm.

ANGUS
(to Paul)
Go ahead. I can wait here.

HOOKER
See? He can wait here and read some books. Get educated. He doesn't mind if daddy gets a little candy cane.

PAUL
Thank you, but I've never really liked candy canes. Plus, I'm pre-diabetic.

77

3 This is hopeless. The Hooker walks away.

ANGUS
4 You know, if you do want a little candy cane, I won't tell anyone.

PAUL
5 Mr. Tully, for most people, sex is ninety-nine percent friction and one percent good will. Call me old-fashioned, but I place value on physical intimacy. So should you.

They leave the bookstore. Paul lights his pipe.

ANGUS
6 You've never had sex, have you?

PAUL
7 Believe it or not, Mr. Tully, there was a time when the fire in my loins burned white hot.

Highlighting and numbering added by counsel; unhighlighted text is context and is not claimed; pages reproduced without alteration.

# Dialogue – Table 37. Shorter Matched Exchange – The Doctor Cut Off

| Matched beat | *Frisco*, p. 28 | *The Holdovers*, p. 48 |
| --- | --- | --- |
| 1 Willis/Paul begins a measured description of a colleague with the title of doctor and breaks off, or is cut off, mid-sentence | 28.<br>WILLIS<br>1 Dr Turner is a very good physician. She is a Stanford graduate and- | 48<br>PAUL<br>1 I'm being punished. Dr. Woodrup is, how can I put this -- |
| 2 The dialogue cutting him off is a base insult that stands in contrast to the 'Doctor' framing | AMY<br>2 She's a mewling quim. | MISS CRANE<br>2 A pompous ass with a dictator complex? Oops. What I meant to |

Highlighting and numbering added by counsel; unhighlighted text is context and is not claimed; pages reproduced without alteration.

# Dialogue – Table 38. Shorter Matched Exchange – The Leverage (sheet 1 of 2, beats 1–2)

**Matched beat**

1 Willis/Paul confides that one more complaint will cost him his job

2 Amy/Angus turns the threat into a hold over him

***Frisco*, pp. 25, 28 and 29**

25.

Willis waits until he is sure the nurse is out of earshot before speaking.

WILLIS
Thanks for the cigarette. Please don't tell anyone about it.

AMY
Who would I even tell?

WILLIS
1 Seriously, if I get another complaint I get fired.

*[pp. 25–28: intervening unmatched material omitted]*

28.

AMY
2 But I think Anne might complain.

WILLIS
What?

AMY
Yeah. She saw us smoking together.

WILLIS
Did she?

29.

AMY
2 No. But if I tell her to say she did then she will.

Willis is about to say something but realizes he is trapped.

***The Holdovers*, pp. 42, 43 and 45**

42

PAUL
1 I was on thin ice already. If Woodrup finds out, the facts won't matter. He'll make it my fault.

*[pp. 42–43: intervening unmatched material omitted]*

43

PAUL
This is the end. They'll inform the school, who will inform your parents, and then it's curtains.
1 You're going to get me fired. You!

*[pp. 43–45: intervening unmatched material omitted]*

45

ANGUS
2 You said that if Woodrup finds out, you're screwed. So now he won't find out.

Highlighting and numbering added by counsel; unhighlighted text is context and is not claimed; pages reproduced without alteration.

# Dialogue – Table 38. Shorter Matched Exchange – The Leverage (sheet 2 of 2, beats 3–7)

**Matched beat**

3 His worry that the parent will complain or find out, answered with "going to happen"

4 Amy/Angus makes the hold explicit

5 Willis/Paul holds back

6 Amy/Angus reframes the ask as small

7 He gives way, and the next scene has them spending more time together

***Frisco*, p. 44**

44.

AMY
Then we can share.

WILLIS
We can't share.

AMY
3 Why? What do you think is going to happen?

WILLIS
Well, for one thing you might get your stepmother to complain. If I get another complaint-

AMY
4 (Interrupts.)
Maybe I'll get her to complain if you don't share.

5 Willis is still looking hesitant.

AMY (CONT'D)
6 I absolutely promise you it is not going to be awkward. I'll go in first and go on the top bunk, you come in after ten minutes and go on the bottom one. I swear I won't peek. We don't even have to talk to one another.

7 49 **INT. BERTH - AMTRAK TRAIN - NIGHT** 49

Willis lies in the bottom bunk, Amy in the top.

***The Holdovers*, pp. 45–46**

45

PAUL
3 What happens if your parents inquire?

ANGUS
Never going to happen. Trust me.

PAUL
Okay, then. This all remains *entre nous*. Got it? You know what *entre nous* means?

ANGUS
4 *Oui, monsieur.* Now you owe me.

PAUL
5 Owe you? Do not try to leverage me, Mr. Tully.

46

ANGUS
6 All I'm looking for is little thank you that I did something nice for you. That's all.

7 **EXT. THE WINNING TICKET - EVENING**

A weather-beaten watering hole in the heart of Barton.

**INT. THE WINNING TICKET - EVENING**

A working class tavern -- pizza, burgers, beer, jukebox, pinball machines. A TV shows protests, Nixon, and choppers with wounded.

Paul and Angus sit at a table. Angus scans the menu.

Highlighting and numbering added by counsel; unhighlighted text is context and is not claimed; pages reproduced without alteration.

## Dialogue – Table 39. Shorter Matched Exchange – The Medication Excuse

**Matched beat**

1. Amy/Angus says something indiscreet about sex or romance
2. Willis/Paul puts it down to medication
3. Amy/Angus rejects the excuse and presses the point

***Frisco*, p. 31**

31.

AMY
There is. But I don't think you can
help.

JULIE
You'd be surprised.

AMY
1 Okay. I really want to have sex
with a boy. Preferably a handsome
boy who looks like Jack Kerouac.
But time is short so I'd probably
settle.

Jane and Julie look horrified.

WILLIS
2 Amy is on medication. It makes her
loopy.

AMY
3 I'm only on Tylenol. It doesn't
make me loopy.

***The Holdovers*, pp. 47–48**

47

She smiles and exits. Paul watches her go. Angus grins.

ANGUS
1 Ouch. You two have chemistry.

48

PAUL
2 That's the Percodan talking.

ANGUS
3 Seeing her like this, I think she's
pretty attractive.

Highlighting and numbering added by counsel; unhighlighted text is context and is not claimed; pages reproduced without alteration.

---

## Dialogue – Table 40. Shorter Matched Exchange – "No Wonder"

**Matched beat**

1. A 'how long' question confirms a lasting condition
2. Willis/Paul assents
3. Amy/Angus answers with a 'no wonder' that ties it to his failure with women
4. He is stung

***Frisco*, p. 62**

62.

AMY
1 You've been too busy to have fun
since nineteen ninety-eight?

WILLIS
2 Yeah.

AMY
It's as if you've given up, Jeff.

WILLIS
I have given up.

AMY
3 Then it's no wonder your wife wants
a divorce.

WILLIS
4 What?

***The Holdovers*, p. 53**

53

ANGUS
1 Wow. Your whole life?
2 (off Paul's nod)
3 No wonder you're afraid of women.

PAUL
4 (stung)
I am not afraid of women. Jesus.

Highlighting and numbering added by counsel; unhighlighted text is context and is not claimed; pages reproduced without alteration.

# Theme – Table 41. The Central Theme: Youthful Vitality and the Risk of Losing It

**Matched beat**

1 The child's vitality, and the risk that it is lost in adulthood

***Frisco*, p. 117**

117.

WILLIS
So what I am saying to you is this.
[1] Right now, you have a twinkle in
your eye. You don't know it is
there, because to you it is just
your eye, and it's there every time
you look in the mirror. And
besides, all your friends have the
same twinkle too. But, Clive, when
I see you in this clinic in a
year's time, I want it to still be
there.

Pull back to see that Willis is addressing a bemused-looking
Clive, the asthmatic kid from the start.

WILLIS (CONT'D)
And even better, when I bring my
grandchildren in to see you in
thirty years time, I want it to
still be there. That is when I
really want it to still be there.

***The Holdovers*, p. 60**

60

ELISE
I grew up playing down here during
my aunt's parties. I think it's
kind of cool. There's a purity to
[1] it. I mean, every child is an
artist. The problem is remaining
an artist when we grow up. Picasso
said that.

Highlighting and numbering added by counsel; unhighlighted text is context and is not claimed; pages reproduced without alteration.

---

# Theme – Table 42. The Speech Before the Adults Who Failed the Child

**Matched beat**

1 He acknowledges Amy/Angus's difficult temperament

2 He stresses how short a time they spent together

3 He insists on Amy/Angus's worth and wasted potential

***Frisco*, p. 112**

112.

WILLIS (CONT'D)
Well, Amy Morrison was fifteen
years old. She liked Jack Kerouac
[1] and she took absolutely no shit
from anybody. She would have made
[3] more of even one more week of life
than any of us in this room have
done in years and even though I
[2] only knew her for a short time she
was my friend and I am going to
miss the absolute hell out of her.

***The Holdovers*, p. 102**

102

PAUL
And that is deeply unfortunate.
But why compound the misery by
[2] ruining the boy? I just spent two
solid weeks with him. He's a pain
[1] in the ass, sure, but he's also
really smart. I don't know about
brilliant, but really smart. You
[3] must know that. He's got enormous
potential. It would be devastating
if you pulled him out now.

Highlighting and numbering added by counsel; unhighlighted text is context and is not claimed; pages reproduced without alteration.

# Theme – Table 43. The Shared Interest and the Forgotten Dream (sheet 1 of 2, steps 1–6)

**Matched beat**

1 The first sign of the shared interest

2 The unfulfilled dream

3 The dream's goal, not yet reached

4 Willis/Paul is mocked for his unfulfilled dream

5 Willis/Paul reaches for a reference from the shared interest

6 Amy/Angus knows enough to challenge him

***Frisco*, pp. 9 and 24**

9.

Willis notices a book on the bedside table and picks it up.
1 It is a battered paperback copy of 'On the Road'

WILLIS (CONT'D)
You like Kerouac?

AMY
Have you heard of him?

WILLIS
2 When I read this book I made a vow
I was going to drive across
America. Just get in the car and
go. See what happened along the
3 way. Find the pearl.

AMY
And did you?

WILLIS
Well, no.

AMY
Why not?

WILLIS
I went to college. I was pre-med. I
had to earn money. I got married. I
had kids. Life got in the way.

AMY
4 How depressingly square. Could you
leave now, Jeff?

24.

WILLIS (CONT'D)
Did you finish the Kerouac?

AMY
I've read it before. I've read all
of them.

WILLIS
Oh. Yeah. Me too.

AMY
So what do you think of 'Visions of
Cody'?

WILLIS
Maybe I missed that one. But I
always liked his poems.

AMY
Really?

WILLIS
5 'I saw the best minds of my
generation destroyed by madness'

AMY
That's Ginsberg.

WILLIS
What?

AMY
6 That's 'Howl' by Allen Ginsberg.

WILLIS
Are you sure?

***The Holdovers*, pp. 10, 37 and 41**

10

Whistling happily, Paul drops exam after exam onto the Boys'
desks. They stare with queasy disbelief at the parade of Cs,
1 Ds and Fs. Angus, however, got a B+.

37

MARY
Let me ask you something: if you
could go anywhere on Earth, where
would you go?

PAUL
Oh... Greece, Italy, Egypt, Peru.
Carthage -- Tunisia now, of course.
2 In college I started a monograph on
Carthage. I'd like to finish it
3 one day. A monograph is like a
book, only shorter.

MARY
I know what a monograph is.

ANGUS
Why not just write a book?

PAUL
I'm not sure I have an entire book
in me.

Mary and Angus exchange a look.

MARY
4 You can't even have a whole dream,
can you?

41

Stop right there. You know the gym
5 is strictly off limits. This is
your Rubicon. Do not cross the
Rubicon.

Angus steps onto the freshly lacquered floor.

ANGUS
6 *Alea jacta est.*

Despite the circumstances, Paul is impressed by Angus's
reference.

Highlighting and numbering added by counsel; unhighlighted text is context and is not claimed; pages reproduced without alteration.

# Theme – Table 43. The Shared Interest and the Forgotten Dream (sheet 2 of 2, steps 7–13)

**Matched beat**

7 During the trip to the city, they visit a place tied to the shared interest

8 There they bicker: one of them wants to be done with it

9 The other insists on it

10 And it is dismissed in a word or two

11 Late on, a book recalls it

12 He describes the travel in conditional terms

13 The specific goal of the travel, the long-forgotten college dream, is referenced

***Frisco*, pp. 81, 82, 109 and 115**

81.

Willis looks sceptically at the place, an entrance to a grungy-looking basement with a faded canopy that does indeed say ‘Sixth Gallery’.

AMY (CONT’D)
7 It’s where Allen Ginsberg first performed ‘Howl’! Kerouac was too shy to read that night, so he just shouted out encouragement. Neal Cassady passed around the hat so they could buy more whiskey sours.

82.

WILLIS
8 Great. And now we’ve seen it we can go home.

AMY
9 No! We have to go in there!

*[p. 82: intervening unmatched material omitted]*

Amy, Danny, Valerie are taking in the scene as Willis descends the stairs and joins them.

AMY
This is awesome.

WILLIS
10 It’s very loud.

109.

AMY
You could read to me, Jeff.

11 Willis looks puzzled, but then sees the paperback copy of ‘On the Road’ on the bedside table and understands.

He picks it up and begins to read.

WILLIS
(Reads.)
I first met Dean Moriarty not long after my wife and I split up. I had just gotten over a serious illness that I won’t bother to talk about, except that it had something to do with the miserably weary split-up and my feeling that everything was dead. With the coming of Dean Moriarty began the part of my life you could call my life on the

115.

MARGARET
But if we fire you what will you do? We’re the only children’s hospital in the city and-

WILLIS
12 I’ve been thinking I might drive across the United States.

MARGARET
What? Why?

WILLIS
13 I’m going to look for the pearl.

***The Holdovers*, pp. 77, 78 and 103**

77

**INT. BOSTON FINE ARTS MUSEUM - DAY**

7 Paul and Angus wander among ancient Greek artifacts.

ANGUS
8 Are we almost done?

PAUL
9 What’s your hurry? I thought you liked Antiquity.

ANGUS
In class, maybe. But I never think about it unless I need to.

Paul directs Angus’s attention to a display of CERAMICS.

78

PAUL
Here. What do you see?

ANGUS
10 I don’t know. A bunch of pottery.

103

**INT. FACULTY RESIDENCE - PAUL’S ROOM - DAY**

The place is largely emptied out. Paul is packing a box. In
11 one box is a stack of copies of “Meditations.”

Mary appears in the doorway.

MARY
I missed you at breakfast.

PAUL
I was busy.

MARY
Have you decided where you’re going to go?

PAUL
Yes and no. First I’m going to stash my stuff at a friend’s in Syracuse. Then... I don’t know.
12 Maybe I’ll start in Carthage.

MARY
I was hoping you’d say that.

13 She hands him a small gift. He opens it. It’s a leather-bound NOTEBOOK. He’s touched.

MARY (CONT’D)
For your monograph.

Highlighting and numbering added by counsel; unhighlighted text is context and is not claimed; pages reproduced without alteration.

## Theme – Table 44. The Dream Exchange (text table, sheet 1 of 2)

Each cell quotes the passage highlighted for that move, with its page: *Frisco*, Second Draft (Jan. 20, 2013); *The Holdovers*, Awards Draft.

| # | Move | *Frisco* | *The Holdovers* |
|---|---|---|---|
| 1 | A question from the listener prompts it | “Have you heard of him?” (p. 9) | “Let me ask you something: if you could go anywhere on Earth, where would you go?” (p. 37) |
| 2 | Willis/Paul volunteers the dream: travel with a purpose, tied to the shared interest | “When I read this book I made a vow I was going to drive across America. Just get in the car and go. See what happened along the way. Find the pearl.” (p. 9) | “Oh... Greece, Italy, Egypt, Peru. Carthage -- Tunisia now, of course. In college I started a monograph on …” (p. 37) |
| 3 | Amy/Angus asks why not | “Why not?” (p. 9) | “Why not just write a book?” (p. 37) |
| 4 | His poor excuse | “I went to college. I was pre-med. I had to earn money. I got married. I had kids. Life got in the way.” (p. 9) | “I’m not sure I have an entire book in me.” (p. 37) |
| 5 | He is scolded for it, and the scene ends | “How depressingly square. Could you leave now, Jeff?” (p. 9) | “Mary and Angus exchange a look.” … “You can’t even have a whole dream, can you?” (p. 37) |

# Theme – Table 44. The Dream Exchange (sheet 2 of 2)

**Matched move**

1 A question from the listener prompts it

2 Willis/Paul volunteers the dream: travel with a purpose, tied to the shared interest

3 Amy/Angus asks why not

4 His poor excuse

5 He is scolded for it, and the scene ends

***Frisco*, p. 9**

9.

Willis notices a book on the bedside table and picks it up.
It is a battered paperback copy of 'On the Road'

WILLIS (CONT'D)
You like Kerouac?

AMY
1 Have you heard of him?

WILLIS
2 When I read this book I made a vow
I was going to drive across
America. Just get in the car and
go. See what happened along the
way. Find the pearl.

AMY
And did you?

WILLIS
Well, no.

AMY
3 Why not?

WILLIS
4 I went to college. I was pre-med. I
had to earn money. I got married. I
had kids. Life got in the way.

AMY
5 How depressingly square. Could you
leave now, Jeff?

***The Holdovers*, p. 37**

37

MARY
1 Let me ask you something: if you
could go anywhere on Earth, where
would you go?

PAUL
2 Oh... Greece, Italy, Egypt, Peru.
Carthage -- Tunisia now, of course.
In college I started a monograph on
Carthage. I'd like to finish it
one day. A monograph is like a
book, only shorter.

MARY
I know what a monograph is.

ANGUS
3 Why not just write a book?

PAUL
4 I'm not sure I have an entire book
in me.

5 Mary and Angus exchange a look.

MARY
You can't even have a whole dream,
can you?

Highlighting and numbering added by counsel; unhighlighted text is context and is not claimed; pages reproduced without alteration.

# Theme – Table 45. The Untenably Low Standing at Work: the Object and the Successful Double (sheet 1 of 2, steps 1–6)

**Matched beat**

1 An object set up at the start shows his work going unrewarded while another is honored

2 He sees the double, with a woman or women beside him

3 Willis/Paul recognizes him

4 The wives underscore the contrast: Willis can't even be on a billboard with his; Cavanaugh's is by his side

5 An institution's verdict, inverted: Willis passed over by his; Paul's double rewarded by his

6 Despite his advantages, the double turns out not to be boastful

***Frisco*, pp. 5, 65 and 66**

5.

9 **INT. WILLIS' CAR - FREMONT BRIDGE - DAY** 9

Willis sits in his beaten-up Volare in heavy traffic on the Fremont bridge. He is dressed for work in his Goofy tie.

He looks across at a billboard.

It displays a large advert for **'PORTLAND CHILDREN'S HOSPITAL: WHERE FAMILY COMES FIRST'.**

These words are accompanied by a PICTURE of a perfect family, a husband and wife and their two daughters.

We recognise the female models as Susie, Alexis and Blake,
1 but the man where Willis should be – slim, tanned, smiling, perfect teeth – is obviously an ACTOR.

65.

Willis sips his drink. A moment of quiet and peace.

2 Then, a little way down the bar, he spots a familiar face: the HANDSOME MAN from the Portland Children's billboard.

The man is even more perfect-looking in the flesh. He is saying goodnight to TWO WOMEN who look like they are also models.

Willis laughs ruefully into his drink. Of all the bars in all the world.

WILLIS
3 Don't I know you from somewhere?

HANDSOME MAN
I don't think so.

Willis points at the guy, pretending he has just remembered.

WILLIS
Portland Children's.

66.

HANDSOME MAN
I'm sorry?

WILLIS
You're on the billboard for
Portland Children's Hospital.
4 You're on it with my wife and
daughters, actually.

HANDSOME MAN
Oh, Okay. Sounds about right.

WILLIS
5 Yeah. I wasn't considered – you
know – photogenic or happy enough.
So, to you.
(Raises drink.)
Mr Happy Handsome Guy. Happy Happy
Handsome Guy. Happy Handsome Guy,
right up there on the billboard
with my family, where I have to
pass it every day.

Willis downs his drink.

HANDSOME MAN
6 I'm not happy.

***The Holdovers*, pp. 6 and 79**

6

Paul's eyes settle on a crystal bottle of COGNAC tied with ribbon.

DR. WOODRUP
(noticing)
1 Remy Martin, Louis XIII. Christmas
gift from the Board of Trustees.

PAUL
How generous of them.

79

HUGH (O.C.)
Paul Hunham? Is that you?

2 Paul turns to see a COUPLE, Paul's age, approaching at speed. They have that holiday glow.

HUGH (CONT'D)
Hugh. Hugh Cavanaugh.

PAUL
3 Yes, of course. Wow. Hugh
Cavanaugh. How are you, Hugh?

HUGH
God, what's it been, thirty years?
4 This is my wife Karen. Honey, this
is Paul Hunham. We went to Harvard
together.

MRS. CAVANAUGH
Hi, Paul.

PAUL
(thrown)
Yes, we did. Wow. So what're you
up to, Hugh? Still in the area?

HUGH
Oh yes, still here in Boston.
Cambridge.

MRS. CAVANAUGH
5 Harvard. He just got tenure.
Statistics.

HUGH
Karen.

MRS. CAVANAUGH
6 He won't blow his own horn, so I
blow it for him.

Highlighting and numbering added by counsel; unhighlighted text is context and is not claimed; pages reproduced without alteration.

## Theme – Table 45. The Untenably Low Standing at Work: the Object and the Successful Double (sheet 2 of 2, steps 7–9)

| Matched beat | *Frisco*, pp. 67, 106 and 118 | *The Holdovers*, pp. 81, 83 and 106 |
|---|---|---|
| 7 The encounter resolves surprisingly well | 67.<br>WILLIS<br>7 Can I buy you another drink there?<br><br>HANDSOME MAN<br>Sure. | 81<br>HUGH<br>7 Well, Paul, I'm so glad you landed on your feet. You look swell.<br><br>PAUL<br>You too. So swell. |
| 8 His standing put in terms of his low pay | 106.<br>BLAKE<br>Yeah. Why don't you have a car like Bill Drake's?<br><br>WILLIS<br>I'm a paediatrician. Bill Drake is an eye surgeon. Our jobs reward us in different ways.<br><br>ALEXIS<br>8 Yeah. Bill Drake's job rewards him with actual money. | 83<br>PAUL<br>Dr. Green knew. Only Dr. Green. He'd always believed in me, so he gave me a job. Adjunct faculty --<br>8 zero respect and even less pay, so nobody batted an eye -- and I've been at the school ever since. |
| 9 As he leaves, the object returns with its meaning reversed | 118.<br>123 **INT. WILLIS' RV ON BRIDGE - DAY** 123<br><br>Willis in his RV on the Fremont bridge.<br><br>9 WORKMEN are changing the Ventran advert for one that features a picture of a PEARL.<br><br>We cannot yet see what the product is, just that the advertisement involves a gleaming pearl.<br><br>Willis pulls into the lane for the interstate, puts his foot to the floor, and drives off into the distance. | 106<br>INSIDE THE CAR<br><br>9 Paul reaches into a box and pulls out Woodrup's CRYSTAL BOTTLE of Louis XIII. He uncorks it, takes a swig, swishes it around like mouthwash and spits it out the window. Blinker on, he cautiously pulls out onto the road, then steps on the gas. |

Highlighting and numbering added by counsel; unhighlighted text is context and is not claimed; pages reproduced without alteration.

# Mood – Table 46. The Paired Montage: Opening Images of Decline and the Act 3 Reprise

| Matched beat | *Frisco*, pp. 1, 115 and 116 | *The Holdovers*, pp. 1, 96 and 97 |
|---|---|---|
| 1 An opening montage of the institution, downbeat in its images of decline, neither lead in frame | 1 **INT. CHILDREN'S HOSPITAL - CORRIDOR - DAY** 1<br>1 A long, empty, hospital corridor lined with abandoned gurneys.<br>*[p. 1: intervening unmatched material omitted]*<br>2 **INT. CHILDREN'S HOSPITAL - SUNBEAM WARD - DAY** 2<br>A faded sign - painted by children long ago - welcomes visitors to SUNBEAM WARD<br>*[p. 1: intervening unmatched material omitted]*<br>3 **INT. CHILDREN'S HOSPITAL - PLAYROOM - DAY** 3<br>A decapitated teddy bear in an empty playroom.<br>A flickering television connected to a broken games console. | **EXT. BARTON, MASS. - DAY**<br>1 Snow falls on a working-class New England town in decline. Taverns, churches and weather-beaten houses taper off toward a shuttered textile mill close to a river.<br>**EXT. BARTON ACADEMY - DAY**<br>Gothic spires and Georgian buildings. Ivy League romance, writ small.<br>**INT. CHAPEL - DAY**<br>As the last note rings out, the Choirmaster smiles at his young charges and critiques their performance, ending with...<br>CHOIRMASTER<br>Very good. Excellent.<br>**EXT. QUAD - DAY**<br>Boys hurry across the frigid campus. A few of them toss a football as they hustle to class. |
| 2 In Act 3, a reprise of the institutional montage that implies nothing has changed<br>3 It ends on Willis/Paul at work<br>*[In* Frisco*, Willis's voice-over runs over these scenes; the comparison here is of the mood created by the images.]* | 115.<br>2 A clock ticking in an empty waiting room.<br>116.<br>*[p. 116: intervening unmatched material omitted]*<br>119 **INT. PLASTER ROOM - DAY** 119<br>2 A row of CHILDREN sit with various arms and legs in plaster casts.<br>*[p. 116: intervening unmatched material omitted]*<br>120 **INT. NEONATAL NURSERY - DAY** 120<br>Mobiles dangle above rows of cribs of PERFECT NEWBORN BABIES.<br>*[p. 116: intervening unmatched material omitted]*<br>121 **INT. PEDIATRIC CLINIC ROOM - DAY** 121<br>3 Willis sits in his chair in the clinic room.<br>He has his insulated coffee cup in front of him and he is wearing his Goofy tie. | 96<br>**NEW SEMESTER - JANUARY 11, 1971**<br>**EXT. QUAD - DAY**<br>2 The CROSS-COUNTRY TEAM races across the quad in watch caps and grey sweats.<br>**INT. WEIGHT ROOM - DAY**<br>The Barton CREW cranks away on indoor rowing machines as the COACH keeps the cadence, urging them on.<br>97<br>**INT. NEW GYMNASIUM - DAY**<br>2 The BASKETBALL TEAM runs drills on the new gym floor.<br>**INT. STUDENT DORMITORY - DAY**<br>Boys dress, laugh, fight. Two play lacrosse in the hall. Smith steps from the shower, toweling his FRESHLY-CUT hair.<br>**INT. KITCHEN - DAY**<br>The cooks are back at work. Mary checks the seasoning on a big pot of soup.<br>MARY<br>This is too much paprika. Why did you put in all that paprika? Follow the recipe. Now you've got to add a third cup of water. Come on.<br>**INT. PAUL'S CLASSROOM - DAY**<br>*[p. 97: intervening unmatched material omitted]*<br>PAUL<br>(sweeping in)<br>3 Welcome back, you snarling Visigoths. I trust you all enjoyed a refreshing holiday. |

Highlighting and numbering added by counsel; unhighlighted text is context and is not claimed; pages reproduced without alteration.

# Mood – Table 47. The Service Staged as the Funeral

## Matched beat

1. The dead teenager's picture at the front
2. The mother figure in the congregation
3. The clergyman concedes the congregation's impatience
4. A short tribute to the dead teenager

## *Frisco*, pp. 111–112

111.

115 **INT. CHURCH - DAY** 115

[1] A small church, a WHITE COFFIN at the front overlaid with a simple wreath and a BLACK AND WHITE PHOTO OF AMY.

The photograph is a recent one, but Amy looks surprisingly young; in life the force of her personality made her seem older than she really was.

A MINISTER stands at a lectern, addressing a SMALL [2] CONGREGATION: Willis, Susie, Anne, Melcher, a couple of Nurses, a few others.

MINISTER
Our music today was all selected by Amy herself. I'm not sure it is what any of us would have chosen, but it is what Amy wanted and that [3] is what is important. This first song is at least a short one.

A moment later, the music starts.

It is some kind of awful THRASH METAL DIRGE.

The congregation are mostly bemused.

Anne is horrified and seems about to cry.

*[pp. 111–112: intervening unmatched material omitted]*

112.

Willis takes a deep breath and looks out at the congregation.

WILLIS (CONT'D)
[4] Well, Amy Morrison was fifteen years old. She liked Jack Kerouac and she took absolutely no shit from anybody. She would have made more of even one more week of life than any of us in this room have done in years and even though I only knew her for a short time she was my friend and I am going to miss the absolute hell out of her.

## *The Holdovers*, pp. 12–14

12

**INT. CHAPEL - DAY**

The mood is festive, abuzz with anticipation for the coming holiday. Accompanied by a booming PIPE ORGAN, FATHER JOE leads a hymn.

CLOSE-UPS of the walls, where names of alumni killed in war [1] are carved into stone. We end on a portrait of CURTIS EZRA LAMB in uniform, with a plaque bearing the dates 1951-1970.

[2] STUDENTS, PARENTS and STAFF clog the pews. Mary sits prominently in the front row, a cardigan over her uniform.

ALL
*...now Thy gracious kingdom bring.*

FATHER JOE
Please be seated. Welcome, Barton students, faculty and parents.
(MORE)

13

FATHER JOE (CONT'D)
[3] I know you're all anxious to start the holidays -- I can see the boys shifting in their seats -- but before we release you to your bountiful tables and the blessings of family, let us pray for those less fortunate. Let us remember the poor and the helpless, the cold, the hungry and the oppressed...

*[p. 13: intervening unmatched material omitted]*

FATHER JOE
And finally let us pray for the soul of Curtis Lamb, Barton class of 1969. Just this year, Curtis gave his life valiantly in the service of his country. And let us again extend our deepest condolences to one of the most cherished members of the Barton family, his mother Mary.

14

Mary can barely hide a mix of powerful emotions -- grief, anger, resentment -- behind a stoic face.

FATHER JOE (O.S.) (CONT'D)
[4] Mary, we remember Curtis as such an outstanding and promising young man, and we know this holiday season will be especially difficult without him. Please know that we accompany you in your grief.

Highlighting and numbering added by counsel; unhighlighted text is context and is not claimed; pages reproduced without alteration.

# Mood – Table 48. The Dead Teenager's Old-Fashioned Music and the Composed Face That It Breaks

**Matched beat**

1 The grieving character has not cried
*Mary is earlier described as stoic (p. 14); despite her son's death, we have not seen her cry.*

2 Music the dead teenager chose or loved is played in company

3 The song is named, an unusually old-fashioned choice for a teenager: a 1960s singer; a 1930s jazz musician

4 The character who has kept a composed face tries to hold it together

5 After an interruption, the resolve is restated more firmly

6 The composure begins to slip

7 The song plays on as the character listens

8 The character who has kept a composed face breaks down

9 For the first time: the composure gone

10 The scale of the grief, and its effect on those around

***Frisco*, pp. 112–113**

112.

[1] Willis takes his place back in the pew. He has not cried.

113.

MINISTER
[2] Amy had requested that we play one more song.

The music comes on.

Gently strummed melodic chords. They sound vaguely familiar, but initially nobody can quite place the song.

On Willis as the words start.

[3] The song is 'San Francisco' by Scott McKenzie.

SCOTT MCKENZIE (LYRICS)
If you're going to San Francisco
Be sure to wear some flowers in your hair,
If you're going to San Francisco
You're going to meet some gentle people there.

On Willis.

[4] He does not want to.

He looks around.

[5] He is going to make sure that he does not.

[6] But then he starts to tear up.

[7] SCOTT MCKENZIE (LYRICS) (CONT'D)
For those who come to San Francisco
Summertime will be a love-in there
In the streets of San Francisco
Gentle people with flowers in their hair.

[8] [9] And then Willis is openly weeping, the first time in years.

[10] Willis is crying so hard that several other members of the congregation turn to look at him.

***The Holdovers*, pp. 64–66**

64

**BY THE STEREO**

[1] Still with Danny and a little drunk, Mary cues up a record, but she has trouble dropping the needle and makes horrible scratching noise.

[2] Finally Artie Shaw's "WHEN WINTER COMES" comes on.

MARY
Danny, do you know Curtis used to love Artie Shaw? We used to dance
[3] to this. I mean, what teenage kid listens to Artie Shaw?

A MALE GUEST heads toward the stereo.

MALE GUEST
You're kidding me. Can't we play something a little hipper?

MARY
Don't touch that goddamn record.

DANNY
Maybe you better sit down.

MARY
[4] Danny, I'm okay.

65

He puts his arm around her. She removes it.

MARY (CONT'D)
[5] I said I'm okay!

[6] [7] Teetering, she finds a seat. We move CLOSER to her as she listens. Danny looks at her, seeing she's unreachable.

MARY (CONT'D)
Get me another drink.

*[pp. 65–66: intervening unmatched material omitted]*

66

**INT. MISS CRANE'S HOUSE - KITCHEN - NIGHT**

-- where Mary stands by the sink, her back turned away. Danny is next to her, trying in vain to comfort her.

[8] Paul approaches, finding Mary weeping quietly.

PAUL
Mary? Mary, are you all right?

MARY
Just leave me alone.

DANNY
You want me to take you home?

MARY
Back off!

Stung, Danny retreats. Paul closes the door. Mary starts to SOB.

MARY (CONT'D)
He's gone.

[9] [10] No more brave face. Real grief in real time. The enormity of her heartbreak leaves the men speechless.

Highlighting and numbering added by counsel; unhighlighted text is context and is not claimed; pages reproduced without alteration.

## Setting – Table 49. Each Setting Paired with the Event That Occurs in It

Each setting paired with the event that occurs in it, in story order. *Frisco* is cited by page of the Second Draft (Jan. 20, 2013) as Fr.; *The Holdovers* by page of the Awards Draft as Aw.

| Function | *Frisco* | *The Holdovers* |
|---|---|---|
| An institution where Amy/Angus lives or remains, though eligible or expected to leave, and where Willis/Paul works and feels trapped | Portland Children’s Hospital | Barton Academy |
| A crowded eating place where Willis/Paul’s workplace isolation is shown | The hospital canteen (Fr. 14) | The school dining hall (Aw. 5–6) |
| Margaret/Woodrup’s room, where Willis/Paul is warned | A hospital meeting room (Fr. 10) | The headmaster’s office (Aw. 6) |
| Where the teenager smokes | The hospital balcony (Fr. 23–24) | The school quad (Aw. 17–18) |
| The check-in where the lie is told | The hotel reception (Fr. 51–52) | Admissions at the hospital emergency room (Aw. 43–44) |
| Willis/Paul’s walk through his workplace before seeing Valerie/Mary at a distance | The medical conference and the Ventran stand (Fr. 54–56) | The empty school and the kitchen staff common room (Aw. 25–26) |
| A place where Willis/Paul finds the missing Amy/Angus absorbed in something artistic | City Lights bookstore, a poetry reading (Fr. 58) | The auditorium, the piano (Aw. 70) |
| Where the caretaking argument happens | Outside City Lights bookstore, then a cab (Fr. 59–60) | A school hallway, at the pay phone (Aw. 39–40) |
| An emergency room | San Francisco hospital (Fr. 63) | Barton hospital (Aw. 42) |
| The set-piece social event | The hotel lobby, auditorium and bar, for his talk (Fr. 70–75) | Miss Crane’s house (Aw. 57–67) |
| The celebratory meal | A “cheap and cheerful restaurant in Chinatown” (Fr. 75) | The school dining hall, “the immense room” (Aw. 71) |
| A place tied to the shared niche interest | City Lights and the Sixth Gallery (Fr. 58, 81–82) | The Greek wing of the Museum of Fine Arts (Aw. 77) |
| A bar or restaurant where something alcoholic is ordered for a minor by name | The Sixth Gallery jazz club (Fr. 83–84) | The Boston restaurant (Aw. 92–94) |
| The minor served alcohol, then the lights-against-the-dark image | The Sixth Gallery, then Nob Hill (Fr. 82–86) | The Boston restaurant, then its parking lot (Aw. 92–95) |
| Fun specific to the city | Pier 39 and the sea lions (Fr. 89–90) | Candlepin bowling (Aw. 85–87) |
| Back at work in his first-scene clothes | The children’s ward (Fr. 103–104) | Paul’s classroom (Aw. 97–98) |
| Margaret/Woodrup’s office again, with aggrieved parents present | Margaret Brown’s office (Fr. 114) | The headmaster’s office (Aw. 99) |

## Drafts – Table 50. Changes Across the Drafts of *The Holdovers*

All three drafts of *The Holdovers* contain, in substance, the 24 elements of Exhibit 2, Table 16, with one exception: the journey back from Boston (element 20) first appears in the September 2021 draft, together with the New Year's Eve "not in here" rule-breaking that follows it. (The rule-breaking occurs slightly out of sequence with *Frisco*'s, so it is not a numbered element but is listed in Table 24, row 20.) The table below shows the specific passages corresponding to *Frisco* that are present in some drafts and absent from others. Tables 1–15 set out the material corresponding to *Frisco* that was removed from or added to the drafts.

| No. | Passage | *Frisco* p. | May 6, 2021 | Sept. 16, 2021 | Awards Draft | Shown in |
|---|---|---|---|---|---|---|
| 1 | Paul's age stated | 2 | **Present** (p. 1) | **Present** (p. 1) | Absent (p. 2) | Table 9 |
| 2 | The first summons: "Tell him …" and "Now" | 10 | **Present** (p. 2) | **Present** (p. 2) | Absent (p. 2) | Table 5 |
| 3 | The boss's warning about further parental complaints | 13 | **Present** (p. 9) | Absent (pp. 8–9) | Absent (p. 9) | Table 6 |
| 4 | The cognac, the symbolic object, seen again in Act 1 | 29 | Absent (p. 27) | Absent (p. 26) | **Present** (p. 25) | Table 16 (element 24) |
| 5 | "When did you last": the time given and the description | 61–62 | **Present** (p. 38) | **Present** (p. 37) | Absent (p. 36) | Table 7 |
| 6 | The hotel booking: a medical conference given as the reason | 50 | **Present** (p. 40) | Absent (p. 39) | Absent (p. 39) | Tables 1–2 |
| 7 | The caretaking argument: a second scene heading | 60 | **Present** (p. 41) | **Present** (p. 40) | Absent (p. 40) | Table 3 |
| 8 | The close of the check-in: "Dad?" | 52 | Absent (pp. 44–45) | **Present** (p. 43) | **Present** (p. 44) | Table 12 |
| 9 | The close of the check-in: Angus addresses Paul about the fictitious wife | 52 | Absent (pp. 44–45) | Absent (p. 43) | **Present** (p. 44) | Table 12 |
| 10 | The party: Paul's rare moment of contentment before he sees the handsome man | 65 | Absent (pp. 67, 71) | Absent (pp. 64, 67) | **Present** (p. 65) | Table 10 |
| 11 | The dead parent: Paul asks for clarification | 8 | Absent (p. 74) | **Present** (p. 69) | **Present** (p. 67) | Table 13 |
| 12 | The dead parent: the step-parent named as such | 8 | Absent (p. 74) | **Present** (p. 70) | Absent (p. 67) | Table 13 |
| 13 | The dead parent: the step-parent described in financial terms, with "just" | 8 | Absent (p. 74) | Absent (p. 70) | **Present** (p. 67) | Table 13 |
| 14 | Christmas dinner: the group at ease | 75 | Absent (p. 77) | **Present** (p. 73) | **Present** (p. 71) | Table 15 |
| 15 | Christmas dinner: Mary's tease | 75 | Absent (p. 77) | Absent (p. 73) | **Present** (p. 71) | Table 15 |
| 16 | The hotel: a bellboy shows them in, and Angus chooses the bed | 52 | **Present** (p. 84) | **Present** (p. 79) | Absent (no arrival scene) | Table 8 |
| 17 | The skating rink: Angus teaches Paul to "lean" | 87–88 | **Present** (p. 89) | **Present** (pp. 83–84) | Absent (pp. 78–79) | Table 4 |
| 18 | The nephew lie: the name "Leonard" | 12 | Absent (p. 91) | Absent (p. 85) | **Present** (p. 80) | Table 14 |
| 19 | Candlepin bowling alley, reworked from the carnival: coaching; the bar; the girls | 89–91 | Absent: carnival (pp. 94–96) | Absent: carnival (pp. 88–90) | **Present** (pp. 85–87) | Table 16 (element 18) |
| 20 | The journey back from Boston | 97 | Absent (p. 106) | **Present**, at night (p. 99) | **Present** (p. 95) | Table 16 (element 20) |
| 21 | New Year's Eve: the "not in here" rule stated and broken, seen from outside | 110–111 | Absent (p. 106) | **Present** (pp. 100–101) | **Present** (pp. 95–96) | Tables 11 and 28 |
| 22 | New Year's Eve: to the kitchen, where Paul commits the infraction himself | 110 | Absent (p. 106) | Absent (pp. 100–101) | **Present** (p. 96) | Table 11 |
| 23 | The second meeting: the boss rebukes Paul by name | 114 | Absent (p. 111) | **Present** (p. 106) | **Present** (p. 101) | Table 22 |
| 24 | The ambition: Carthage named | 115 | Absent (p. 113) | **Present** (p. 108) | **Present** (p. 103) | Table 23 |
| 25 | The last image: the departing car | 118 | Absent (p. 117) | Absent (p. 112) | **Present** (p. 107) | Table 16 (element 24) |

In the May and September drafts the Boston evening ends at a winter carnival, where Paul tells a Salvation Army Santa that his "uniform is historically inaccurate," and Santa glares. In the Awards Draft the carnival becomes a candlepin bowling alley, where Angus coaches Paul and wins him over, then a bar, where Paul's lecture on Santa's "uniform" meets a weary stare while Angus bowls with girls in the distance. The corresponding *Frisco* passages are San Francisco's Pier 39 sea lions (p. 89) and the police precinct, with its weary uniformed police officer and Amy visible with Danny in the background (pp. 90–91).

*Frisco* is cited by page of the Second Draft (Jan. 20, 2013); each *Holdovers* draft by its printed page, an absent passage where its scene falls. Tables 1–15 are in Exhibit 1; Tables 16–49 in Exhibit 2.