NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER
Julia B. Cherlow - State Bar No. 290538
jcherlow@birdmarella.com
Desiree Moshayedi - State Bar No. 355014
dmoshayedi@birdmarella.com
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110
ATTORNEY(S) FOR: Plaintiff Simon Stephenson

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON STEPHENSON, an individual,<br><br>Plaintiff(s),<br>v.<br>ALEXANDER PAYNE, an individual, DAVID HEMINGSON, an individual, MARK JOHNSON, an individual, GRAN VIA PRODUCTIONS LLC, MIRAMAX, LLC, HONEST SCHOLAR PRODUCTIONS, LLC, MIRAMAX DISTRIBUTION SERVICES, LLC, FOCUS FEATURES LLC, UNIVERSAL PICTURES HOME ENTERTAINMENT LLC, NBCUNIVERSAL MEDIA, LLC, and DOES 1-10 inclusive,<br>Defendant(s) | CASE NUMBER:<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiff Simon Stephenson or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Comcast Corporation | Ultimate parent corporation of NBCUniversal Media, LLC and the affiliated Focus/Universal defendants. |
| beIN Media Group | Majority owner of Miramax, LLC (51% interest). |
| Paramount Global | Owner of a 49% interest in Miramax, LLC. |
| Paramount Skydance Corporation | Parent corporation of Paramount Global; indirect ownership interest in Miramax, LLC. |

See Attachment A

October 28, 2026
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Julia B. Cherlow, Attorneys for Plaintiff Simon Stephenson

# ATTACHMENT A

| PARTY | CONNECTION / INTEREST |
|---|---|
| Simon Stephenson | Plaintiff |
| Alexander Payne | Defendant |
| David Hemingson | Defendant |
| Mark Johnson | Defendant |
| Gran Via Productions LLC<br>Miramax, LLC | Defendant |
| Honest Scholar Productions, LLC | Defendant |
| Miramax Distribution Services, LLC | Defendant |
| Focus Features LLC | Defendant |
| Universal Pictures Home Entertainment LLC | Defendant |
| NBCUniversal Media, LLC | Defendant |