AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Central District of California

SIMON STEPHENSON, an individual,

*Plaintiff(s)*

v.

ALEXANDER PAYNE, an individual, DAVID HEMINGSON, an individual, MARK JOHNSON, an individual, GRAN VIA PRODUCTIONS LLC, MIRAMAX, LLC, HONEST SCHOLAR PRODUCTIONS, LLC, MIRAMAX DISTRIBUTION SERVICES, LLC, FOCUS FEATURES LLC, UNIVERSAL PICTURES HOME ENTERTAINMENT LLC, NBCUNIVERSAL MEDIA, LLC, and DOES 1-10 inclusive,

*Defendant(s)*

Civil Action No. 2:26-cv-12615-MCS (KSx)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
ALEXANDER PAYNE, an individual
(See Attachment A)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Julia B. Cherlow - State Bar No. 290538
Desiree Moshayedi - State Bar No. 355014
BIRD, MARELLA, RHOW, LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/05/2026

*Signature of Clerk or Deputy Clerk*

# ATTACHMENT A

DAVID HEMINGSON, an individual,
MARK JOHNSON, an individual,
GRAN VIA PRODUCTIONS LLC,
MIRAMAX, LLC,
HONEST SCHOLAR PRODUCTIONS, LLC,
MIRAMAX DISTRIBUTION SERVICES, LLC,
FOCUS FEATURES LLC,
UNIVERSAL PICTURES HOME ENTERTAINMENT LLC,
NBCUNIVERSAL MEDIA, LLC